USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/3/2022_

**GORDON & HAFFNER, LLP**
**Attorneys at Law**
480 Mamaroneck Avenue
Harrison, New York 10528

----------

(718) 631-5678

December 28, 2021

VIA ECF and EMAIL: Torres_NYSDChambers@nysd.uscourts.gov

Hon. Analisa Torres
United States District Judge
United States District Court,
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

   Re: *Sigalit Yehuda v. Jossef Kahlon,* 21-cv-08921 (AT)

Dear Judge Torres:

  We represent the Plaintiff in the above-referenced case and write to inform the Court that the parties are presently unable to file the joint letter, Case Management Plan or Scheduling Order because the Defendant has not yet been served. We expect the Defendant will be served within the next ten days in compliance with Fed. R. Civ. Proc. 4(m) and request that the December 30, 2021 deadline for the above-referenced submissions as set forth in your Honor's November 16, 2021 Order (Dkt. No. 2) be rescheduled to an appropriate date at the Court's convenience following filing of the Return of Service.

  Per your Honor's Individual Rule I. C, I declare that: (1) the original date set for these submissions is December 30, 2021; (2) the requested extension is needed because Defendant has not yet been served; (3) there have been no previous requests for an extension; (4) n/a; and (5) n/a,

  Your Honor's consideration of this request is appreciated.

            Respectfully submitted,

            /s/ *Steven R. Haffner*
            Steven R. Haffner

GRANTED. By **February 4, 2022**, the parties shall file their joint letter and proposed case management plan and scheduling order.

SO ORDERED.

Dated: January 3, 2022
   New York, New York

                ANALISA TORRES
                United States District Judge