AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

YEHUDA SIGALIT )
*Plaintiff* )
v. ) Case No. 21-CV-08921
JOSSEF KAHLON )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant

Date: 01/25/2022

*Attorney's signature*

Richard S. Naidich (4102)
*Printed name and bar number*
Naidich Wurman, LLP.
111 Great Neck Road - Suite #214
Great Neck, New York 11021

*Address*

rnaidich@nwlaw.com
*E-mail address*

(516) 498-2900
*Telephone number*

(516) 466-3555
*FAX number*