# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YEHUDA SIGALIT,<br><br>-v-<br><br>JOSSEF KAHLON | Plaintiff,<br><br><br><br>Defendant. |

Case No. 1:21-CV-08921

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Defendant - Counterclaim- Plaintiff        (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** March 28, 2022

**Signature of Attorney**

**Attorney Bar Code:** RSN-4102

Form Rule7_1.pdf   SDNY Web 10/2007