```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/7/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YEHUDA SIGALIT,

                Plaintiff,

-against-

JOSSEF KAHLON,

                Defendant.

21 Civ. 8921 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 13, 2022, the Court ordered the parties to file a joint status report not later than one week in advance of the case management conference scheduled for July 12, 2022. ECF No. 32 ¶¶ 15, 16. This submission is overdue. Additionally, the parties stated that they wish to be referred for a settlement conference before a magistrate judge after the close of fact discovery, which concluded on June 20, 2022. *Id.* ¶¶ 5, 10.

    Accordingly, the case management conference scheduled for July 12, 2022, is ADJOURNED *sine die*. The Court shall set a new date for the case management conference following the conclusion of the settlement conference.

    SO ORDERED.

Dated: July 7, 2022
       New York, New York

ANALISA TORRES
United States District Judge