UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YEHUDA SIGALIT,

                Plaintiff,

-against-

JOSSEF KAHLON,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2022
```

21 Civ. 8921 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 20, 2022, fact discovery concluded. *See* ECF No. 32 ¶ 5. On July 5, 2022, the parties' pre-motion letters for summary judgment were due. *See id.* ¶¶ 8, 16. On August 4, 2022, expert discovery concluded. *See id.* ¶ 7. On November 29, 2022, the Honorable James L. Cott held a settlement conference. Dkt Entry 11/29/2022.

    The Court has been advised that the parties now intend to extend discovery. Accordingly, by **December 9, 2022**, the parties shall file their request to extend discovery or shall file their premotion letters for summary judgment.

    SO ORDERED.

Dated: December 5, 2022
       New York, New York

                                                  ANALISA TORRES
                                     United States District Judge