UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| SIGALIT YEHUDA | : |
| Plaintiff, | : |
| v. | : 21-cv-08921 (AT) |
| JOSSEF KAHLON, | : |
| Defendant/Counterclaim Plaintiff | : |
| v. | : |
| AVRAHAM YEHUDA | : |
| Counterclaim Defendant | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Motion for Summary Judgment, Rule 56.1 Statement of Undisputed Facts, the Declaration of Daniel L. Abrams dated January 30, 2023 and its exhibits, the Declaration of Yossef Kahlon dated January 28, 2023 and its exhibits, this Notice of Motion, and such other and further papers and proceedings as may be filed or had, Defendant Counterclaim Plaintiff Yossef Kahlon, by and through counsel, will move this Court, before the Honorable Analisa Torres, at the United States Courthouse, 40 Foley Square, Rm. 240, New York, NY 10007, at a time and date to be determined by the Court, for a judgment and order dismissing the claim against Kahlon in its entirety, granting summary judgment on liability for Kahlon's claim for contribution against Sigalit Yehuda and Avraham Yehuda, with the Court setting an inquest for damages, and for such further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to the scheduling order entered on December 19, 2022, Plaintiff's and Counterclaim Defendant's opposition papers, if any, are to be

served on or before February 21, 2023, and Kahlon's reply papers, if any, are to be served on or before March 6, 2023.

Dated: January 30, 2023

>LAW OFFICE OF DANIEL L. ABRAMS, PLLC
>1250 Broadway, 36th Floor
>New York, NY 10001
>Phone: (646) 821-4575
>
>
>By: *Daniel Abrams*
>         Daniel L. Abrams