UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SIGALIT YEHUDA                       :
                                     :
    Plaintiff,                       :
                                     :
            v.                   : 21-cv-08921 (AT)
                                     :
JOSSEF KAHLON,                       : **DECLARATION OF DANIEL L.**
                                     : **ABRAMS IN SUPPORT OF**
    Defendant/Counterclaim Plaintiff   : **DEFENDANT/COUNTERCLAIM**
                                     : **PLAINTIFF'S MOTION FOR**
            v.                   : **SUMMARY JUDGMENT**
                                     :
AVRAHAM YEHUDA                       :
                                     :
    Counterclaim Defendant           :
------------------------------------x

DANIEL L. ABRAMS hereby declares pursuant to 28 U.S.C. § 1746 as follows:

    1. I am an attorney licensed to practice in the State of New York and also a member of the Bar of this Court. I represent the Defendant/Counterclaim Plaintiff Jossef Kahlon in the above-referenced case. I appeared in this case on January 4, 2023. My knowledge of the below is based on my review of the file which I received from predecessor counsel, Richard Naidich, Esq.

    2. Attached hereto as Exhibit 1 is the transcript from the deposition of Jossef Kahlon which was conducted on November 1, 2022

    3. Attached hereto as Exhibit 2 is a letter from Steven Haffner, who is counsel for the Plaintiff and the Counterclaim Defendant in this case, to Jordan Weiss, dated April 23, 2020.

    4. Attached hereto as Exhibit 3 is the transcript from the deposition of Sigalit Yehuda which was conducted on September 19, 2022.

    5. Attached hereto as Exhibit 4 is the transcript from the deposition of Avraham Yehuda which was conducted on November 2, 2022.

I swear under penalty of perjury that the foregoing is true and correct.

Dated: January 30, 2023

By: *Daniel Abrams*<br>Daniel L. Abrams