## GORDON & HAFFNER, LLP
### Attorneys at Law
480 Mamaroneck Avenue
Harrison, New York 10528

(718) 631-5678

April 23, 2020

VIA EMAIL: JWeiss@goodwinlaw.com

Jordan Weiss, Esq.
Goodwin Proctor LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018

Re: Zuchaer & Zuchaer LLC to Project Verte, Inc.

We represent Avi Yehuda. Mr. Yehuda has advised you represent Amir Chaluts, a principal of Project Verte, Inc. I understand Project Verte believes it acquired from Zuchaer & Zuchaer, LLC ("Zuchaer LLC"), a one hundred percent interest Flowerdale LLC and, further, that Flowerdale owns three tracks of land situate in Dallas County Texas.

First, please be advised that Zuchaer LLC did not have the right to sell Flowerdale to Project Verte. Rather, Flowerdale was committed by Moshe Zuchaer to Zuchaer & Zuchaer Consulting, Inc. ("Zuchaer Inc."), a corporation in which Mr. Yehuda has a one-third ownership and 50% voting interest. At no time did Mr. Yehuda consent or authorize any transfer of Zuchaer Inc.'s Flowerdale shares to Zuchaer LLC or to any other person or entity. Moreover, on information and belief, no consideration has been received by Zuchaer Inc. for its interest in Flowerdale.

Second, Flowerdale owns two, not three, tracks of land in Dallas County, namely, two tracks of land known as 3200 Stag Rd. The third track Project Verte may believe it acquired, known as 3450 E. Ledbetter Dr., Dallas Texas, is owned by TJ Management Group, LLC, a company in



DEFENDANT'S
EXHIBIT NO. 2
FOR IDENTIFICATION
DATE: 9/19/2022   RPTR: KF

Jordan Weiss, Esq.
April 23, 2020
Page 2/2

which Mr. Yehuda has a fifty percent membership interest. As an equal co-owner of that company, any conveyance of the third parcel would require Mr. Yehuda's written consent, which has not been given.

    All rights reserved.

    Sincerely,

    /s// *Steven R. Haffner*
    Steven R. Haffner