☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code and telephone no. | 1 Rents $ | OMB No. 1545-0115 **2008** Form 1099-MISC | **Miscellaneous Income** |
|---|---|---|---|
| TJ MANAGEMENT GROUP LLC<br>210 5TH AVE. #401<br>NEW YORK, NY 10010 | 2 Royalties $ | | |
| | 3 Other income $ | 4 Federal Income tax withheld $ 352,890.00 | Copy B<br>For Recipient |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
|---|---|---|---|---|
| 72-1564755 | 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 | | | |

| RECIPIENT'S name, address, and ZIP code | 7 Nonemployee compensation $ 1,176,300.00 | 8 Substitute payments in lieu of dividends or interest $ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|---|
| YEHUDA AVRAHAM<br>86 PINHAS ROZEN<br>TEL AVIV, IS | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale. ☐ | 10 Crop insurance proceeds $ | |
| | 11 | 12 | |

| Account number (optional) | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
|---|---|---|---|

| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |
|---|---|---|---|---|

Form **1099-MISC**                    (Keep for your records.)              Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city, state, ZIP code and telephone no. | 1 Rents $ | OMB No. 1545-0115 **2008** Form 1099-MISC | **Miscellaneous Income** |
|---|---|---|---|
| | 2 Royalties $ | | |
| | 3 Other income $ | 4 Federal income tax withheld $ | Copy B<br>For Recipient |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
|---|---|---|---|---|

| RECIPIENT'S name, address, and ZIP code | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported |
|---|---|---|---|
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale. ☐ | 10 Crop insurance proceeds $ | |
| | 11 | 12 | |

| Account number (optional) | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
|---|---|---|---|

| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |
|---|---|---|---|---|

Form **1099-MISC**                    (Keep for your records.)              Department of the Treasury - Internal Revenue Service

## Form 1099-MISC (2009) — Copy B For Recipient

☐ CORRECTED (if checked)

| Field | Value |
|---|---|
| PAYER'S name, street address, city, state, ZIP code and telephone no. | TJ MANAGEMENT GROUP LLC<br>210 5TH AVE. #401<br>NEW YORK, NY 10010 |
| OMB No. | 1545-0115 |
| 1 Rents | $ |
| 2 Royalties | $ |
| 3 Other income | $ |
| 4 Federal Income tax withheld | $ 510,000.00 |
| PAYER'S Federal identification number | 72-1564755 |
| RECIPIENT'S identification number | 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 |
| 5 Fishing boat proceeds | $ |
| 6 Medical and health care payments | $ |
| RECIPIENT'S name, address, and ZIP code | YEHUDA AVRAHAM<br>86 PINHAS ROZEN<br>TEL AVIV, IS |
| 7 Nonemployee compensation | $ 1,700,000.00 |
| 8 Substitute payments in lieu of dividends or interest | $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale | ☐ |
| 10 Crop insurance proceeds | $ |
| 13 Excess golden parachute payments | $ |
| 14 Gross proceeds paid to an attorney | $ |
| 15a Section 409A deferrals | $ |
| 15b Section 409A income | $ |
| 16 State tax withheld | $ |
| 17 State/Payer's state no. | |
| 18 State income | $ |

(Keep for your records.) Department of the Treasury - Internal Revenue Service

---

## Form 1099-MISC (2009) — Copy B For Recipient

☐ CORRECTED (if checked)

| Field | Value |
|---|---|
| PAYER'S name, street address, city, state, ZIP code and telephone no. | |
| OMB No. | 1545-0115 |
| 1 Rents | $ |
| 2 Royalties | $ |
| 3 Other income | $ |
| 4 Federal income tax withheld | $ |
| PAYER'S Federal identification number | |
| RECIPIENT'S identification number | |
| 5 Fishing boat proceeds | $ |
| 6 Medical and health care payments | $ |
| RECIPIENT'S name, address, and ZIP code | |
| 7 Nonemployee compensation | $ |
| 8 Substitute payments in lieu of dividends or interest | $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale | ☐ |
| 10 Crop insurance proceeds | $ |
| 13 Excess golden parachute payments | $ |
| 14 Gross proceeds paid to an attorney | $ |
| 15a Section 409A deferrals | $ |
| 15b Section 409A income | $ |
| 16 State tax withheld | $ |
| 17 State/Payer's state no. | |
| 18 State income | $ |

(Keep for your records.) Department of the Treasury - Internal Revenue Service

## Form 1099-MISC (first copy)

☐ VOID   ☐ CORRECTED (if checked)

| Field | Value |
|---|---|
| PAYER'S name, street address, city, state, ZIP code and telephone no. | TJ MANAGEMENT GROUP LLC<br>210 5TH AVE. #401<br>NEW YORK, NY 10010 |
| 1 Rents | $ |
| 2 Royalties | $ |
| 3 Other income | $ |
| 4 Federal Income tax withheld | $ 660,000.00 |
| OMB No. | 1545-0115 |
| Year | 2010 |
| Form | 1099-MISC |
| | Miscellaneous Income — Copy D File Copy |
| PAYER'S Federal identification number | 72-1564755 |
| RECIPIENT'S identification number | 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 |
| 5 Fishing boat proceeds | $ |
| 6 Medical and health care payments | $ |
| RECIPIENT'S name, address, and ZIP code | Avraham Yehuda |
| 7 Nonemployee compensation | $ 2,200,000.00 |
| 8 Substitute payments in lieu of dividends or interest | $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale | ☐ |
| 10 Crop insurance proceeds | $ |
| 11 | |
| 12 | |
| Account number (optional) | |
| 2nd TIN not. | ☐ |
| 13 Excess golden parachute payments | $ |
| 14 Gross proceeds paid to an attorney | $ |
| 15a Section 409A deferrals | $ |
| 15b Section 409A income | $ |
| 16 State tax withheld | $ |
| 17 State/Payer's state no. | |
| 18 State income | $ |

Form 1099-MISC — Department of the Treasury - Internal Revenue Service

---

## Form 1099-MISC (second copy)

☐ VOID   ☐ CORRECTED (if checked)

| Field | Value |
|---|---|
| PAYER'S name, street address, city, state, ZIP code and telephone no. | (blank) |
| 1 Rents | $ |
| 2 Royalties | $ |
| 3 Other income | $ |
| 4 Federal income tax withheld | $ |
| OMB No. | 1545-0115 |
| Year | 2010 |
| Form | 1099-MISC |
| | Miscellaneous Income — Copy D File Copy |
| PAYER'S Federal identification number | |
| RECIPIENT'S identification number | |
| 5 Fishing boat proceeds | $ |
| 6 Medical and health care payments | $ |
| RECIPIENT'S name, address, and ZIP code | (blank) |
| 7 Nonemployee compensation | $ |
| 8 Substitute payments in lieu of dividends or interest | $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale | ☐ |
| 10 Crop insurance proceeds | $ |
| 11 | |
| 12 | |
| Account number (optional) | |
| 2nd TIN not. | ☐ |
| 13 Excess golden parachute payments | $ |
| 14 Gross proceeds paid to an attorney | $ |
| 15a Section 409A deferrals | $ |
| 15b Section 409A income | $ |
| 16 State tax withheld | $ |
| 17 State/Payer's state no. | |
| 18 State income | $ |

Form 1099-MISC — Department of the Treasury - Internal Revenue Service