

**CREDIT SUISSE**
CH-1211 Genève 70 (0251)
Your adviser: Asaf Ravoh, Tel. 044 333 64 10
Clearing No.: 4835  / BIC: CRESCHZZ12A

Private Banking

Current account  39702-42
Currency:         US dollars
IBAN:             CH89 0483 5003 9702 4200 0

Avraham Yehuda
86 Pinchas Rosen
IL-69512 Tel Aviv
Israel



December 30th, 2006

## Statement of account per 31.12.2006

Sheet 1/2

| Date | Text | Debit | Credit | Value | Balance |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| 02.11.06 | Payment TJ MANAGEMENT GROUP LLC 8 LAWSON LN |  | 441'000.00 | 02.11.06 | 441'000.00 |
|  |  |  |  |  |  |
| 13.11.06 | Payment TJ MANAGEMENT GROUP LLC 8 LAWSON LN |  | 574'000.00 | 10.11.06 | 574'000.00 |
|  |  |  |  |  |  |
| 22.12.06 | Payment TJ MANAGEMENT GROUP LLC 8 LAWSON LN |  | 490'000.00 | 22.12.06 |  |

Continued on next page

P000117



**CREDIT SUISSE**

**CREDIT SUISSE**
CH-1211 Genève 70 (0251)
Your adviser: Roney Michael Balson, Tel. 044 334 61 30
Clearing No.: 4835  / BIC: CRESCHZZ12A

Private Banking

Current account  39702-42
Currency:         US dollars
IBAN:             CH89 0483 5003 9702 4200 0

Mr
Avraham Yehuda
86 Pinchas Rosen
IL-69512 Tel Aviv
Israel

June 30th, 2007

## Statement of account per 30.06.2007

Sheet 1/2

| Date | Text | Debit | Credit | Value | Balance |
|---|---|---|---|---|---|
| 05.01.07 | Payment TJ MANAGEMENT GROUP LLC 8 LAWSON LN | | 630'000.00 | 05.01.07 | |



Continued on next page

P000118



Current account 39702-42
Avraham Yehuda
Tel Aviv

## Statement of account per 31.12.2007

Sheet 2/2

| Date | Text | Debit | Credit | Value | Balance |
|---|---|---|---|---|---|
| 24.12.07 | Payment YOSSEF KAHLON TJ MGMT GROUP LLC 8 LA | | 560'000.00 | 21.12.07 | |
| 24.12.07 | | | | | |

Yours sincerely

CREDIT SUISSE

Form without signature

Conditions for investments in a non-Swiss currency: The obligations of the bank shall be discharged exclusively at the place of business of the branch managing the accounts and solely through the establishment of a credit entry in the country of the currency concerned at a bank named by the client or, in the absence of such instructions, at the bank's own branch or a correspondent bank. The laws in force at the location of the branch managing the accounts shall be binding. The transaction is subject to any measures taken by the country of the currency in question. The location of the branch managing the accounts shall be the sole place of jurisdiction.

Pursuant to Art. 7 para. 2 of our bank's General Conditions, account statements are deemed to have been accepted if no complaints are received within one month.

P000119



**CREDIT SUISSE**
CH-Genève 70 (0251)
Your adviser: Roney Michael Balson, Tel. 044 334 61 30
Clearing No.: 4835  / BIC: CRESCHZZ12A

Private Banking

**Current account** 39702-42
Currency: US dollars
IBAN: CH89 0483 5003 9702 4200 0

Mr
Avraham Yehuda
86 Pinchas Rosen
IL-69512 Tel Aviv
Israel

January 1st, 2009

## Statement of account per 31.12.2008

Sheet 1/2

| Date | Text | Debit | Credit | Value | Balance |
|---|---|---|---|---|---|
| 10.11.08 | Payment | | | | |
| 20.11.08 | | | | | |
| 20.11.08 | | | | | |
| 19.12.08 | | | | | |
| 19.12.08 | | | | | |
| 25.11.08 | | | | | |
| 16.12.08 | Payment TJ MANAGEMENT GROUP LLC 9 STREAM CT | | 490'000.00 | 10.12.08 | |
| 16.12.08 | | | | | |
| 30.12.08 | | | | | |
| 30.12.08 | Payment TJ MANAGEMENT GROUP LLC 9 STREAM CT | | 168'000.00 | 30.12.08 | |
| 31.12.08 | | | | | |

Continued on next page

P000120



Current account 39702-42
Avraham Yehuda
Tel Aviv

## Statement of account per 31.03.2009

Sheet 2/2

| Date | Text | Debit | Credit | Value | Balance |
|---|---|---|---|---|---|
| 26.02.09 | ███████████ | | ███ | ███ | ███ |
| | ███████████████ | | ███ | ███ | ███ |
| | ███████████████ | | ███ | ███ | |
| | ███████████████ | | ███ | ███ | |
| | ███████████████ | | ███ | ███ | |
| | ███████████████ | | ███ | ███ | |
| | ███████████████ | | ███ | ███ | |
| | ███████████████ | | ███ | ███ | |
| 25.02.09 | █████ | ███ | | ███ | |
| 26.02.09 | ███████████ S | ███ | | ███ | |
| 26.02.09 | █████████ | | | | |
| 02.03.09 | █████████ | | ███ | | |
| 04.03.09 | █████████ | | ███ | | |
| 04.03.09 | █████ | | ███ | | |
| 12.03.09 | Payment<br>TJ MANAGEMENT GROUP LLC 9 STREAM CT | | 155'000.00 | 12.03.09 | 236'025.99 |
| | ███████ | | ███ | ███ | |
| | ███████ | | | | |

Yours sincerely

CREDIT SUISSE

Form without signature

Conditions for investments in a non-Swiss currency: The obligations of the bank shall be discharged exclusively at the place of business of the branch managing the accounts and solely through the establishment of a credit entry in the country of the currency concerned at a bank named by the client or, in the absence of such instructions, at the bank's own branch or a correspondent bank. The laws in force at the location of the branch managing the accounts shall be binding. The transaction is subject to any measures taken by the country of the currency in question. The location of the branch managing the accounts shall be the sole place of jurisdiction.

Pursuant to Art. 7 para. 2 of our bank's General Conditions, account statements are deemed to have been accepted if no complaints are received within one month.



Current account  39702-42
Avraham Yehuda
Tel Aviv

## Statement of account per 31.12.2009

Sheet 2/3

| Date | Text | Debit | Credit | Value | Balance |
|---|---|---|---|---|---|
| 11.08.09 | ■■■ | ■■■ | ■■■ | | |
| 17.08.09 | ■■■ | | ■■■ | | |
| 13.08.09 | ■■■ | | ■■■ | | |
| 08.09.09 | ■■■ | ■■■ | ■■■ | | |
| 08.09.09 | ■■■ | | ■■■ | | |
| 14.09.09 | ■■■ | ■■■ | | ■■■ | |
| 14.09.09 | ■■■ | ■■■ | | ■■■ | |
| 14.09.09 | ■■■ | ■■■ | | ■■■ | |
| 14.09.09 | ■■■ | ■■■ | | ■■■ | |
| 14.09.09 | ■■■ | ■■■ | | ■■■ | |
| 14.09.09 | ■■■ | ■■■ | | | ■■■ |
| 23.09.09 | ■■■ | | ■■■ | | |
| 23.09.09 | ■■■ | | ■■■ | | |
| 23.09.09 | ■■■ | | ■■■ | | ■■■ |
| 24.09.09 | ■■■ | | ■■■ | | |
| 24.09.09 | ■■■ | | ■■■ | | |
| 24.09.09 | ■■■ | | ■■■ | | |
| 24.09.09 | ■■■ | | ■■■ | | ■■■ |
| 22.09.09 | ■■■ | ■■■ | | | |
| 25.09.09 | ■■■ | | ■■■ | | |
| 25.09.09 | ■■■ | | ■■■ | | ■■■ |
| 08.10.09 | ■■■ | ■■■ | | ■■■ | |
| 08.10.09 | ■■■ | | ■■■ | | |
| 14.10.09 | Payment TJ MANAGEMENT GROUP LLC 9 STREAM CT | | 545'000.00 | 13.10.09 | 933'294.25 |
| 28.10.09 | Payment TJ MANAGEMENT GROUP LLC 9 STREAM CT | | 490'000.00 | 27.10.09 | 1'423'294.25 |
| 30.10.09 | ■■■ | | ■■■ | | ■■■ |

Continued on next page

P000122



**CREDIT SUISSE AG**
CH-Genève 70 (0251)
Your adviser: Gideon Carmeli, Tel. 044 333 63 28
Clearing No.: 4835  / BIC: CRESCHZZ12A

Private Banking

Current account  39702-42
Currency:        US dollars
IBAN:            CH89 0483 5003 9702 4200 0

Mr
Avraham Yehuda
86 Pinchas Rosen
IL-69512 Tel Aviv
Israel

July 1st, 2010

## Statement of account per 30.06.2010

Sheet 1/2

| Date | Text | Debit | Credit | Value | Balance |
|---|---|---|---|---|---|
| | | | | | |
| 13.01.10 | | | | | |
| 11.01.10 | | | | | |
| 11.01.10 | | | | | |
| 20.01.10 | | | | | |
| 19.01.10 | | | | | |
| 20.01.10 | | | | | |
| 25.01.10 | | | | | |
| 26.01.10 | | | | | |
| 04.02.10 | | | | | |
| 04.02.10 | | | | | |
| 11.02.10 | | | | | |
| 16.02.10 | | | | | |
| 25.03.10 | | | | | |
| 25.03.10 | | | | | |
| 22.04.10 | | | | | |
| 30.04.10 | Payment TJ MANAGEMENT GROUP LLC 9 STREAM CT | | 420'000.00 | 30.04.10 | |

Continued on next page

P000123



**CREDIT SUISSE AG**
CH-1211 Genève 70 (0251)
Your adviser Gideon Carmeli, Tel. 044 333 63 28
Clearing No. 4835  / BIC CRESCHZZ12A

Private Banking

Current account  39702-42
Currency  US dollars
IBAN  CH89 0483 5003 9702 4200 0

Mr
Avraham Yehuda
86 Pinchas Rosen
IL-69512 Tel Aviv
Israel

A

January 1st, 2011

## Statement of account per 31.12.2010

Page 1/3

| Date | Text | Debit | Credit | Value | Balance |
|---|---|---|---|---|---|
|  | ████████ |  | ████ |  | ████ |
|  | ████████████ |  | ████ |  | ████ |
|  | ████████████ |  | ████ |  | ████ |
|  | ████████████ |  |  |  |  |
|  | ████████████ |  | ████ |  |  |
|  | ████████████ |  | ████ |  |  |
| 02.07.10 | ████████ |  |  |  |  |
| 08.07.10 | ████████ |  | ████ |  | ████ |
|  | ████████████ |  |  |  |  |
|  | ████████████ |  | ████ |  | ████ |
| 13.07.10 | Payment TJ MANAGEMENT GROUP LLC 9 STREAM CT |  | 420'000.00 | 13.07.10 |  |
|  | ████████████ |  | ████ |  | ████ |
|  | ████████████ |  | ████ |  | ████ |
|  | ████████████ |  | ████ |  | ████ |
|  | ████████████ |  | ████ |  | ████ |

Continued on next page

P000124

Case 1:21-cv-08921-MMG   Document 64-3   Filed 01/30/23   Page 9 of 9



Continued on next page

P000125