**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

## SPECIAL WARRANTY DEED

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF DALLAS | § | |

That FLOWERDALE LLC, a Texas limited liability company, acting herein by and through its duly authorized and undersigned sole Member, owning property in the County of Dallas, State of Texas, hereinafter called "Grantor" (whether one or more), for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable considerations to Grantor in hand paid by TJ MANAGEMENT GROUP, LLC, a New York limited liability company, whose address for notice hereunder is 8 Lawson Lane, Great Neck, NY 11021, hereinafter called "Grantee" (whether one or more), HAS GRANTED, SOLD, AND CONVEYED, and by these presents GRANTS, SELLS AND CONVEYS, unto said Grantee, that certain tract of land, together with all improvements thereon, and all rights and interests appurtenant thereto, situated in Dallas County, Texas, as more particularly described in *Exhibit "A"* attached hereto and made a part hereof.

TO HAVE AND TO HOLD the above described premises, together with all and singular the rights and appurtenances thereto in any way belonging, unto the said Grantee, its successors and assigns forever; and Grantor does hereby bind themselves, their successors and assigns to WARRANT AND FOREVER DEFEND, all and singular the said premises unto the said Grantee, their heirs and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof, by, through and under Grantor but not otherwise, subject however, to all matters of record, to the extent the same are validly existing and applicable to the Property (hereinafter referred to collectively as the "Permitted Encumbrances").

GRANTEE AGREES THAT THE REAL PROPERTY HEREIN IS BEING CONVEYED IN ITS "AS IS, WHERE IS, WITH ALL FAULTS" CONDITION. GRANTOR MAKES NO REPRESENTATIONS OR WARRANTIES, EXPRESS OR IMPLIED, WITH RESPECT TO THE CONDITION OF THE PROPERTY, ITS HABITABILITY OR MERCHANTABILITY, ITS FITNESS FOR ANY PURPOSE WHATSOEVER, SOIL CONDITIONS, DRAINAGE, FLOODING CHARACTERISTICS, UTILITIES, STRUCTURAL OR OTHER CONDITIONS AFFECTING THE PROPERTY. FURTHER, GRANTOR MAKES NO REPRESENTATIONS WITH RESPECT TO ANY TOXIC OR HAZARDOUS WASTE OR SUBSTANCES (INCLUDING, WITHOUT LIMITATION, RADON OR ASBESTOS) ON, OR THAT MAY HAVE BEEN ON, THE PROPERTY, OR THE REMOVAL OF ANY HAZARDOUS OR TOXIC WASTE OR SUBSTANCES FROM THE PROPERTY. GRANTEE AGREES THAT GRANTEE IS NOT RELYING ON ANY

SPECIAL WARRANTY DEED                                                                    PAGE 1

WARRANTIES OR REPRESENTATIONS FROM GRANTOR WITH RESPCT TO ANY SUCH MATTERS, AND GRANTEE AGREES THAT GRANTEE SHALL RELY SOLELY ON GRANTEE'S INSPECTIONS OF THE PROPERTY WITH RESPECT TO ALL SUCH MATTERS, AND GRANTEE EXPRESSLY RELEASES GRANTOR FROM ALL OBLIGATION AND LIABILITY FOR SUCH MATTERS, KNOWN OR UNKNOWN, REGARDLESS WHETHER SUCH MATTERS EXIST AT THE DATE HEREOF OR ON THE CLOSING DATE. TO THE FULLEST EXTENT ALLOWED BY APPLICABLE LAW, GRANTEE EXPRESSLY WAIVES ALL CLAIMS UNDER FEDERAL, STATE OR OTHER LAW THAT GRANTEE MIGHT OTHERWISE HAVE AGAINST GRANTOR RELATING TO THE CONDITION OR HABITABILITY OF THE PROPERTY. GRANTEE FURTHER RECOGNIZES THAT IT IS A MATERIAL INDUCEMENT TO GRANTOR TO CONSUMMATE THE PURCHASE AND THE SALE OF THE REAL PROPERTY THAT THE GRANTEE CONFIRMS THE MATTERS SET FORTH HEREIN.

When this Deed is executed by more than one person, male or female, or when the Grantee is more than one person, the instrument shall read as though pertinent verbs, nouns, and pronouns were changed correspondingly, and when executed by or to a corporation, the words, "heirs, executors, and administrators" or "heirs and assigns" shall be construed to mean "successors and assigns". Reference to any gender shall include either gender and, in the case of a corporation, shall include the neuter gender, all as the case may be.

EXECUTED this the __10__ day of __SEPTEMBER__ 2007.

**GRANTOR:**

**FLOWERDALE LLC,**
a Texas limited liability
company

By: Capital TT, LLC,
its Sole Member

By: _____
Ted Flomenhaft
Managing Member

**GRANTEE:**

**TJ MANAGEMENT GROUP, LLC,**
a New York limited liability company

By:_____
Jossef Kahlon, Managing Member

SPECIAL WARRANTY DEED                                          PAGE 2

## ACKNOWLEDGMENTS

THE STATE OF _Texas_      §
                          §
COUNTY OF _Dallas_        §

This instrument was acknowledged before me this _10th_ day of September, 2007, by Ted Flomenhaft, Managing Member of Capital TT, LLC, a _Texas_ limited liability company, sole Member of Flowerdale LLC, a Texas limited liability company, on behalf of such limited liability companies.



LINDA. THETFORD
Notary Public, State of Texas
My Commission Expires
April 14, 2009

_Linda Thetford_
Notary Public In and For
The State and County Aforesaid

THE STATE OF _New York_   §
                          §
COUNTY OF _Nassau_        §

This instrument was acknowledged before me this _7th_ day of September, 2007, by Jossef Kahlon, Managing Member of TJ Management Group, LLC, a New York limited liability company, on behalf of such limited liability company.

Notary Public In and For
The State and County Aforesaid

DARRYL SKOWRENSKI
Notary Public, State of New York
No. 01SK5030699
Qualified in Queens County
Commission Expires 7/18/10

SPECIAL WARRANTY DEED                                      PAGE 3

EXHIBIT "A"

A 8.2375 acre tract of land situated in the George L.Haas Survey, Abstract No. 641, Dallas County, Texas, being part of the City of Dallas Block 5836, more particularly described as follows:

Beginning at a 5/8" iron rod found for a corner in the Northerly line of S.H. Loop 12 (variable width R.O.W.) lying North 29 degrees 02 minutes 02 seconds West, along the Easterly line of that tract conveyed to Loomis Limited Partnership No. Forty, by Deed recorded in Volume 79212, Page 2865, Deed Records, Dallas County, Texas, a distance of 37.71 feet from a capped iron rod found at the Southeast corner of Loomis tract;

Thence, North 29 degrees 02 minutes 02 seconds West, along the Easterly line of Loomis tract, passing a capped iron rod found at its Northeast corner, common with the Southeast corner of that tract conveyed to Don Love and Bill Fair III, on December 4, 1973, and continuing along the Easterly line of Love and Fair tract, a total distance of 545.09 feet, to a 5/8" iron rod found for a corner in the South line of Ledbetter Drive (100 foot R.O.W.);

Thence, North 60 degrees 47 minutes 58 seconds East along the South line of Ledbetter Drive, a distance of 502.95 feet, to a 5/8" iron rod found for corner in the Westerly line of D.P. & L. ROW;

Thence, departing the South line of Ledbetter Drive and along the Westerlyu line of D.P. & L. ROW, the following:

South 60 degrees 32 minutes 02 seconds East, 141.46 feet, to a 5/8" iron rod found for a corner;

South 64 degrees 02 minutes 02 seconds East, 157.00 feet, to a 5/8" iron rod found for a corner;

South 66 degrees 02 minutes 02 seconds East, 50.00 feet, to a 5/8" iron rod found for a corner;

South 67 degrees 32 minutes 02 seconds East, 148.00 feet, to a 5/8" iron rod found for a corner;

South 74 degrees 20 minutes 33 seconds East, 92.33 feet, to a D.P. & L. Co. concrete monument found for a corner;

South 70 degrees 39 minutes 00 seconds East, 83.61 feet, to a 5/8" iron rod found for a corner in the Northerly line of S.H. Loop 12;

Thence, South 66 degrees 22 minutes 58 seconds West, along the Northerly line of S.H. Loop 12, 283.45 feet, to a 5/8" iron rod found for a corner;

Thence, South 57 degrees 14 minutes 29 seconds West, continuing along the Northerly line of S.H. Loop 12, 629.44 feet, to the Place of Beginning, containing 8.2375 acres of land, more or less.

AFTER RECORDING RETURN TO:
TJ MANAGEMENT GROUP, LLC
8 Lawson Lane
Great Neck, NY  11021

FILED AND RECORDED

OFFICIAL PUBLIC RECORDS

John F. Warren, County Clerk
Dallas County  TEXAS
September 11, 2007  01:43:54 PM
FEE: $28.00        20070328051



# DALLAS COUNTY TAX OFFICE
## JOHN R. AMES, CTA
TAX ASSESSOR/COLLECTOR

1201 Elm Street, Suite 2600
Dallas, Texas 75270
www.dallascounty.org/tax | 214-653-7811
email:  propertytax@dallascounty.org

## 2018 TAX STATEMENT



**TJ MANAGEMENT GROUP LLC**
**254 E 68TH ST #23B**
**NEW YORK, NY 10065-6016**

Account:  **00000445612000000**

Property Description:

3500 S LEDBETTER DR, DA

BLK 5836
TR 2 ACS 8.2375
INT201700046146 DD01182017 CO-DC
5836  000  00200  2DA5836 000

Statement Date:   November 12, 2018

| | |
|---|---|
| Land Value: | 179,420 |
| Improvement Value: | 0 |
| Agriculture Value: | 0 |
| Market Value: | 179,420 |

| Jurisdiction | Taxable Value | Tax Rate | Tax Due |
|---|---|---|---|
| DAL CNTY | 179,420 | .243100 | $436.17 |
| HOSP DIST | 179,420 | .279400 | $501.30 |
| COLL DIST | 179,420 | .124000 | $222.48 |
| SCH EQUAL | 179,420 | .010000 | $17.94 |
| DALLAS ISD | 179,420 | 1.412035 | $2,533.47 |
| DALLAS CTY | 179,420 | .776700 | $1,393.56 |

Total taxes for account:          $5,104.92
Previous payment on account:          $0.00

Pay taxes online at:
www.dallascounty.org/tax

| Total Due If Paid By January 31, 2019 |
|---|
| **$5,104.92** |

*Your check may be converted to electronic funds transfer*

# Return This Portion With Your Payment

Account: **00000445612000000**

2          0000000000040405060102000000000000118000510492  0

| IF PAID IN | P&I | TOTAL DUE |
|---|---|---|
| Feb | 7% | $5,462.26 |
| Mar | 9% | $5,564.36 |

| Total Due If Paid By January 31, 2019 |
|---|
| **$5,104.92** |
| Amount Paid: $_____._____ |

**Remit To:**
**John R. Ames, CTA**
**P O Box 139066**
**Dallas, Texas 75313-9066**

TJ MANAGEMENT GROUP LLC
254 E 68TH ST #23B
NEW YORK, NY 10065-6016

v15.1.65

**Property Account Number:** 00000445612000000

## Year-to-Year Comparison

| Year | Jurisdiction | Appraisal Value | Taxable Value | Tax Rate | Tax Due | * Tax % Change |
|------|-------------|-----------------|---------------|----------|---------|----------------|
| 2018 | DAL CNTY | 179,420 | 179,420 | .243100 | $436.17 | 0% |
| 2017 | | 179,420 | 179,420 | .243100 | $436.17 | 0% |
| 2016 | | 179,420 | 179,420 | .243100 | $436.17 | 0% |
| 2015 | | 179,420 | 179,420 | .243100 | $436.17 | -33% |
| 2014 | | 269,140 | 269,140 | .243100 | $654.28 | 0% |
| 2013 | | 269,140 | 269,140 | .243100 | $654.28 | 0% |
| 2018 | HOSP DIST | 179,420 | 179,420 | .279400 | $501.30 | 0% |
| 2017 | | 179,420 | 179,420 | .279400 | $501.30 | 0% |
| 2016 | | 179,420 | 179,420 | .279400 | $501.30 | -2% |
| 2015 | | 179,420 | 179,420 | .286000 | $513.14 | -33% |
| 2014 | | 269,140 | 269,140 | .286000 | $769.74 | 4% |
| 2013 | | 269,140 | 269,140 | .276000 | $742.83 | 0% |
| 2018 | COLL DIST | 179,420 | 179,420 | .124000 | $222.48 | >-1% |
| 2017 | | 179,420 | 179,420 | .124238 | $222.91 | 1% |
| 2016 | | 179,420 | 179,420 | .122933 | $220.57 | >-1% |
| 2015 | | 179,420 | 179,420 | .123650 | $221.85 | -34% |
| 2014 | | 269,140 | 269,140 | .124775 | $335.82 | <1% |
| 2013 | | 269,140 | 269,140 | .124700 | $335.62 | 0% |
| 2018 | SCH EQUAL | 179,420 | 179,420 | .010000 | $17.94 | 0% |
| 2017 | | 179,420 | 179,420 | .010000 | $17.94 | 8% |
| 2016 | | 179,420 | 179,420 | .009271 | $16.63 | -7% |
| 2015 | | 179,420 | 179,420 | .010000 | $17.94 | -33% |
| 2014 | | 269,140 | 269,140 | .010000 | $26.91 | 0% |
| 2013 | | 269,140 | 269,140 | .010000 | $26.91 | 0% |
| 2018 | DALLAS ISD | 179,420 | 179,420 | 1.412035 | $2,533.47 | 10% |
| 2017 | | 179,420 | 179,420 | 1.282085 | $2,300.32 | 0% |
| 2016 | | 179,420 | 179,420 | 1.282085 | $2,300.32 | 0% |
| 2015 | | 179,420 | 179,420 | 1.282085 | $2,300.32 | -33% |
| 2014 | | 269,140 | 269,140 | 1.282085 | $3,450.60 | 0% |
| 2013 | | 269,140 | 269,140 | 1.282085 | $3,450.60 | 0% |
| 2018 | DALLAS CTY | 179,420 | 179,420 | .776700 | $1,393.56 | >-1% |
| 2017 | | 179,420 | 179,420 | .780400 | $1,400.19 | >-1% |
| 2016 | | 179,420 | 179,420 | .782500 | $1,403.96 | -2% |
| 2015 | | 179,420 | 179,420 | .797000 | $1,429.98 | -33% |
| 2014 | | 269,140 | 269,140 | .797000 | $2,145.05 | 0% |
| 2013 | | 269,140 | 269,140 | .797000 | $2,145.05 | 0% |

## School District Tax Rate Breakdown

| DALLAS ISD | | 2018 | 2017 |
|------------|-------|----------|----------|
| | M & O | 1.170000 | 1.040050 |
| | I & S | .242035 | .242035 |
| | Total Tax Rate | 1.412035 | 1.282085 |

## 5 Year Comparison

| | * Appraisal Value | * Taxable Value | * Tax Rate | * Tax % Change |
|------------|-------------------|-----------------|------------|----------------|
| DAL CNTY | -33% | -33% | 0% | -33% |
| HOSP DIST | -33% | -33% | 1% | -33% |
| COLL DIST | -33% | -33% | >-1% | -34% |
| SCH EQUAL | -33% | -33% | 0% | -33% |
| DALLAS ISD | -33% | -33% | 10% | -27% |
| DALLAS CTY | -33% | -33% | -3% | -35% |

# RETURN THIS PORTION WITH YOUR PAYMENT

* Denotes Rounding



# IMPORTANT INFORMATION & TAXPAYER RESPONSIBILITIES

*The following is provided to better assist our taxpayers.*

Taxes for the current year (2018) are due and payable in full on October 1, and are delinquent if not paid on or before January 31.  State law requires that penalty and interest be charged on taxes paid after January 31. Penalty and interest to be added for delinquent payments are as follows, additional 12% interest per annum thereafter.

### Delinquent Penalty and Interest Schedule

| February | 7% | May | 13% | August | 19% | November | 22% |
|---|---|---|---|---|---|---|---|
| March | 9% | June | 15% | September | 20% | December | 23% |
| April | 11% | July | 18% | October | 21% | January | 24% |

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD,  YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

Taxpayers with an over 65 or disabled exemption qualify for an installment payment plan on their residence homestead. Please contact the Customer Care Center prior to January 31 for details at 214-653-7811.

---

### Dallas County Tax Office
Customer Care Center
**214-653-7811**

Questions regarding:
- Tax amounts
- Tax Rates
- Due dates
- Statements



Pay taxes, print statements and payment information at:
**www.dallascounty.org/tax**

Chase Pay by Phone 866-863-8323 (English)
Chase Pay by Phone 866-361-1741 (Spanish)

    

Chase Bank convenience fees are applicable on Debit/Credit Cards.

Make checks payable
and remit to:
**John R. Ames, CTA, Tax Assessor/Collector**
**P O Box 139066**
**Dallas, TX  75313-9066**

---

- The Tax Assessor/Collector **does not** have legal authority to **forgive or waive** any **penalty or interest charges**.
- Delinquent **Real Property** taxes not paid prior to **July 1** are subject to an additional penalty, up to 20%, as provided under section 33.07 of the Texas Property Tax Code.
- Delinquent **Business Personal Property** taxes not paid prior to **April 1** are subject to an additional penalty, up to 20%, as provided under section 33.11 of the Texas Property Tax Code.
- Payments by mail are credited according to the **U.S. Postmark (not meters)**.  Those bearing postmarks past deadlines will incur full penalty and interest charges.
- Payment by mail on (or shortly before) January 31 could delay the processing of your payment.
- If you receive a tax statement that should be paid by your mortgage company, contact your Mortgage Company immediately.
- Failure to receive a tax statement does not relieve the property owner of the tax, penalty or interest liability.  If you did not receive a statement for each piece of property you own - **NOW** is the time to inquire about your other statements.
- Property taxes in Texas are assessed at 100% Market value by the appraisal district as of January 1 of each year and covers a period of one year from that date (January - December).
- A $30 fee is added to returned items.
- Partial payments are accepted.

---

### Appraisal Districts

**Questions regarding:**
- Address Corrections
- Ownership (if you don't own)
- Exemptions (free of charge)
- Property Descriptions
- Incorrect City or School District
- Value

Appraisal Districts are separate local agencies and are not part of County Government or the Dallas County Tax Office.

| Name: | Online: | Phone: |
|---|---|---|
| Dallas Central Appraisal District | www.dallascad.org | 214-631-0910 |
| Collin Central Appraisal District | www.collincad.org | 469-742-9200 or 866-467-1110 |
| Denton Central Appraisal District | www.dentoncad.com | 940-349-3800 or 972-434-2602 |
| Ellis Central Appraisal District | www.elliscad.org | 972-937-3552 or 866-348-3552 |
| Kaufman County Appraisal District | www.kaufman-cad.org | 972-932-6081 |
| Rockwall Central Appraisal District | www.rockwallcad.com | 972-771-2034 |
| Tarrant Appraisal District | www.tad.org | 817-284-0024 |



**DALLAS COUNTY TAX OFFICE**
1201 Elm Street, Suite 2600
Dallas, Texas 75270
www.dallascounty.org/tax | 214-653-7811
email: propertytax@dallascounty.org

**JOHN R. AMES, CTA**
TAX ASSESSOR/COLLECTOR

# 2019 TAX STATEMENT



**TJ MANAGEMENT GROUP LLC**
**254 E 68TH ST #23B**
**NEW YORK, NY 10065-0000**

**Account:  00000445612000000**

Property Description:

3500 S LEDBETTER DR, DA

BLK 5836
TR 2 ACS 8.2375
INT201700046146 DD01182017 CO-DC
5836  000  00200  2DA5836 000

Statement Date:    October 01, 2019

| Land Value: | 179,420 |
|---|---|
| Improvement Value: | 0 |
| Agriculture Value: | 0 |
| Market Value: | 179,420 |

| Jurisdiction | Taxable Value | Tax Rate | Tax Due |
|---|---|---|---|
| DAL CNTY | 179,420 | .243100 | $436.17 |
| HOSP DIST | 179,420 | .269500 | $483.54 |
| COLL DIST | 179,420 | .124000 | $222.48 |
| SCH EQUAL | 179,420 | .010000 | $17.94 |
| DALLAS ISD | 179,420 | 1.310385 | $2,351.09 |
| DALLAS CTY | 179,420 | .776600 | $1,393.38 |

| | | |
|---|---|---|
| Total taxes for account: | $4,904.60 | Pay taxes online at: |
| Previous payment on account: | $0.00 | www.dallascounty.org/tax |

**Total Due If Paid By January 31, 2020**
**$4,904.60**

**Other taxes are also due - call  214-653-7811**

*Your check may be converted to electronic funds transfer*

# Return This Portion With Your Payment

**Account: 00000445612000000**

2      0000000000404050601020000000000011900004904609

| IF PAID IN | P&I | TOTAL DUE |
|---|---|---|
| Feb | 7% | $5,247.93 |
| Mar | 9% | $5,346.01 |

**Total Due If Paid By January 31, 2020**
**$4,904.60**

Amount Paid: $_____.____

TJ MANAGEMENT GROUP LLC
254 E 68TH ST #23B
NEW YORK, NY 10065-0000

**Remit To:**
**John R. Ames, CTA**
**P O Box 139066**
**Dallas, Texas 75313-9066**

v15.1.71

## Year-to-Year Comparison

| Year | Jurisdiction | Appraisal Value | Taxable Value | Tax Rate | Tax Due | * Tax % Change |
|------|--------------|----------------:|--------------:|---------:|--------:|---------------:|
| 2019 | DAL CNTY   | 179,420 | 179,420 | .243100 | $436.17 | 0% |
| 2018 |            | 179,420 | 179,420 | .243100 | $436.17 | 0% |
| 2017 |            | 179,420 | 179,420 | .243100 | $436.17 | 0% |
| 2016 |            | 179,420 | 179,420 | .243100 | $436.17 | 0% |
| 2015 |            | 179,420 | 179,420 | .243100 | $436.17 | -33% |
| 2014 |            | 269,140 | 269,140 | .243100 | $654.28 | 0% |
| 2019 | HOSP DIST  | 179,420 | 179,420 | .269500 | $483.54 | -4% |
| 2018 |            | 179,420 | 179,420 | .279400 | $501.30 | 0% |
| 2017 |            | 179,420 | 179,420 | .279400 | $501.30 | 0% |
| 2016 |            | 179,420 | 179,420 | .279400 | $501.30 | -2% |
| 2015 |            | 179,420 | 179,420 | .286000 | $513.14 | -33% |
| 2014 |            | 269,140 | 269,140 | .286000 | $769.74 | 0% |
| 2019 | COLL DIST  | 179,420 | 179,420 | .124000 | $222.48 | 0% |
| 2018 |            | 179,420 | 179,420 | .124000 | $222.48 | >-1% |
| 2017 |            | 179,420 | 179,420 | .124238 | $222.91 | 1% |
| 2016 |            | 179,420 | 179,420 | .122933 | $220.57 | >-1% |
| 2015 |            | 179,420 | 179,420 | .123650 | $221.85 | -34% |
| 2014 |            | 269,140 | 269,140 | .124775 | $335.82 | 0% |
| 2019 | SCH EQUAL  | 179,420 | 179,420 | .010000 | $17.94 | 0% |
| 2018 |            | 179,420 | 179,420 | .010000 | $17.94 | 0% |
| 2017 |            | 179,420 | 179,420 | .010000 | $17.94 | 8% |
| 2016 |            | 179,420 | 179,420 | .009271 | $16.63 | -7% |
| 2015 |            | 179,420 | 179,420 | .010000 | $17.94 | -33% |
| 2014 |            | 269,140 | 269,140 | .010000 | $26.91 | 0% |
| 2019 | DALLAS ISD | 179,420 | 179,420 | 1.310385 | $2,351.09 | -7% |
| 2018 |            | 179,420 | 179,420 | 1.412035 | $2,533.47 | 10% |
| 2017 |            | 179,420 | 179,420 | 1.282085 | $2,300.32 | 0% |
| 2016 |            | 179,420 | 179,420 | 1.282085 | $2,300.32 | 0% |
| 2015 |            | 179,420 | 179,420 | 1.282085 | $2,300.32 | -33% |
| 2014 |            | 269,140 | 269,140 | 1.282085 | $3,450.60 | 0% |
| 2019 | DALLAS CTY | 179,420 | 179,420 | .776600 | $1,393.38 | >-1% |
| 2018 |            | 179,420 | 179,420 | .776700 | $1,393.56 | >-1% |
| 2017 |            | 179,420 | 179,420 | .780400 | $1,400.19 | >-1% |
| 2016 |            | 179,420 | 179,420 | .782500 | $1,403.96 | -2% |
| 2015 |            | 179,420 | 179,420 | .797000 | $1,429.98 | -33% |
| 2014 |            | 269,140 | 269,140 | .797000 | $2,145.05 | 0% |

## School District Tax Rate Breakdown

| DALLAS ISD | | 2019 | 2018 |
|------------|-----|---------:|---------:|
|  | M & O | 1.068350 | 1.170000 |
|  | I & S | .242035 | .242035 |
|  | Total Tax Rate | 1.310385 | 1.412035 |

## 5 Year Comparison

|  | * Appraisal Value | * Taxable Value | * Tax Rate | * Tax % Change |
|--|------------------:|----------------:|-----------:|---------------:|
| DAL CNTY   | -33% | -33% | 0% | -33% |
| HOSP DIST  | -33% | -33% | -6% | -37% |
| COLL DIST  | -33% | -33% | >-1% | -34% |
| SCH EQUAL  | -33% | -33% | 0% | -33% |
| DALLAS ISD | -33% | -33% | 2% | -32% |
| DALLAS CTY | -33% | -33% | -3% | -35% |

# RETURN THIS PORTION WITH YOUR PAYMENT

* Denotes Rounding



# IMPORTANT INFORMATION & TAXPAYER RESPONSIBILITIES
*The following is provided to better assist our taxpayers.*

Taxes for the current year (2019) are due and payable in full on October 1, and are delinquent if not paid on or before January 31.  State law requires that penalty and interest be charged on taxes paid after January 31. Penalty and interest to be added for delinquent payments are as follows, additional 12% interest per annum thereafter.

### Delinquent Penalty and Interest Schedule

| February | 7% | May | 13% | August | 19% | November | 22% |
|---|---|---|---|---|---|---|---|
| March | 9% | June | 15% | September | 20% | December | 23% |
| April | 11% | July | 18% | October | 21% | January | 24% |

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD,  YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

Taxpayers with an over 65 or disabled exemption qualify for an installment payment plan on their residence homestead. Please contact the Customer Care Center prior to January 31 for details at 214-653-7811.

---

**Dallas County Tax Office**
Customer Care Center
**214-653-7811**

Questions regarding:
- Tax amounts
- Tax Rates
- Due dates
- Statements

Make checks payable **John R. Ames, CTA,**
**Tax Assessor/Collector**
and remit to: **P O Box 139066**
**Dallas, TX  75313-9066**

Pay taxes, print statements and payment information at:
**www.dallascounty.org/tax**



Pay by echeck at no additional cost

  

Chase Bank convenience fees are applicabe on Credit/Debit transactions

Pay by Phone 866-863-8323 (English)
Pay by Phone 866-361-1741 (Spanish)

---

- The Tax Assessor/Collector **does not** have legal authority to **forgive or waive** any **penalty or interest charges**.
- Delinquent **Real Property** taxes not paid prior to **July 1** are subject to an additional penalty, up to 20%, as provided under section 33.07 of the Texas Property Tax Code.
- Delinquent **Business Personal Property** taxes not paid prior to **April 1** are subject to an additional penalty, up to 20%, as provided under section 33.11 of the Texas Property Tax Code.
- Payments by mail are credited according to the **U.S. Postmark (not meters)**.  Those bearing postmarks past deadlines will incur full penalty and interest charges.
- Payment by mail on (or shortly before) January 31 could delay the processing of your payment.
- If you receive a tax statement that should be paid by your mortgage company, contact your Mortgage Company immediately.
- Failure to receive a tax statement does not relieve the property owner of the tax, penalty or interest liability.  If you did not receive a statement for each piece of property you own - **NOW** is the time to inquire about your other statements.
- Property taxes in Texas are assessed at 100% Market value by the appraisal district as of January 1 of each year and covers a period of one year from that date (January - December).
- A $30 fee is added to returned items.
- Partial payments are accepted.

---

### Appraisal Districts

Questions regarding:
- Address Corrections
- Ownership (if you don't own)
- Exemptions (free of charge)
- Property Descriptions
- Incorrect City or School District
- Value

Appraisal Districts are separate local agencies and are not part of County Government or the Dallas County Tax Office.

| Name: | Online: | Phone: |
|---|---|---|
| Dallas Central Appraisal District | www.dallascad.org | 214-631-0910 |
| Collin Central Appraisal District | www.collincad.org | 469-742-9200 or 866-467-1110 |
| Denton Central Appraisal District | www.dentoncad.com | 940-349-3800 or 972-434-2602 |
| Ellis Central Appraisal District | www.elliscad.org | 972-937-3552 or 866-348-3552 |
| Kaufman County Appraisal District | www.kaufman-cad.org | 972-932-6081 |
| Rockwall Central Appraisal District | www.rockwallcad.com | 972-771-2034 |
| Tarrant Appraisal District | www.tad.org | 817-284-0024 |



# DALLAS COUNTY TAX OFFICE
## JOHN R. AMES, CTA
TAX ASSESSOR/COLLECTOR

120 Elm Street, Suite 2600
Dallas, Texas 75270
www.dallascounty.org/tax | 214-653-7811
email:  propertytax@dallascounty.org

## 2020 TAX STATEMENT



**TJ MANAGEMENT GROUP LLC**
**254 E 68TH ST #23B**
**NEW YORK, NY 10065-0000**

**Account:   0000044561200000**

Property Description:

3500 S LEDBETTER DR, DA

BLK 5836
TR 2 ACS 8.2375
INT201700046146 DD01182017 CO-DC
5836  000  00200   2DA5836 000

Statement Date:   October 02, 2020

| Land Value: | 179,420 |
|---|---|
| Improvement Value: | 0 |
| Agriculture Value: | 0 |
| Market Value: | 179,420 |

| Jurisdiction | Taxable Value | Tax Rate | Tax Due |
|---|---|---|---|
| DAL CNTY | 179,420 | .239740 | $430.14 |
| HOSP DIST | 179,420 | .266100 | $477.44 |
| COLL DIST | 179,420 | .124000 | $222.48 |
| SCH EQUAL | 179,420 | .010000 | $17.94 |
| DALLAS ISD | 179,420 | 1.296735 | $2,326.60 |
| DALLAS CTY | 179,420 | .776300 | $1,392.84 |

| | | |
|---|---|---|
| Total taxes for account: | $4,867.44 | Pay taxes online at: |
| Previous payment on account: | $0.00 | www.dallascounty.org/tax |

**Total Due If Paid By January 31, 2021**
**$4,867.44**

*Your check may be converted to electronic funds transfer*
## Return This Portion With Your Payment

**Account: 0000044561200000**

2          0000000000404050601020000000000001200000486744 0

| IF PAID IN | P&I | TOTAL DUE |
|---|---|---|
| Feb | 7% | $5,208.16 |
| Mar | 9% | $5,305.50 |

**Total Due If Paid By January 31, 2021**
**$4,867.44**
Amount Paid: $_____._____

TJ MANAGEMENT GROUP LLC
254 E 68TH ST #23B
NEW YORK, NY 10065-0000

Remit To:
**John R. Ames, CTA**
**P O Box 139066**
**Dallas, Texas 75313-9066**

v15.1.72

## Year-to-Year Comparison

| Year | Jurisdiction | Appraisal Value | Taxable Value | Tax Rate | Tax Due | * Tax % Change |
|------|-------------|-----------------|---------------|----------|---------|----------------|
| 2020 | DAL CNTY | 179,420 | 179,420 | .239740 | $430.14 | -1% |
| 2019 | | 179,420 | 179,420 | .243100 | $436.17 | 0% |
| 2018 | | 179,420 | 179,420 | .243100 | $436.17 | 0% |
| 2017 | | 179,420 | 179,420 | .243100 | $436.17 | 0% |
| 2016 | | 179,420 | 179,420 | .243100 | $436.17 | 0% |
| 2015 | | 179,420 | 179,420 | .243100 | $436.17 | 0% |
| 2020 | HOSP DIST | 179,420 | 179,420 | .266100 | $477.44 | -1% |
| 2019 | | 179,420 | 179,420 | .269500 | $483.54 | -4% |
| 2018 | | 179,420 | 179,420 | .279400 | $501.30 | 0% |
| 2017 | | 179,420 | 179,420 | .279400 | $501.30 | 0% |
| 2016 | | 179,420 | 179,420 | .279400 | $501.30 | -2% |
| 2015 | | 179,420 | 179,420 | .286000 | $513.14 | 0% |
| 2020 | COLL DIST | 179,420 | 179,420 | .124000 | $222.48 | 0% |
| 2019 | | 179,420 | 179,420 | .124000 | $222.48 | 0% |
| 2018 | | 179,420 | 179,420 | .124000 | $222.48 | >-1% |
| 2017 | | 179,420 | 179,420 | .124238 | $222.91 | 1% |
| 2016 | | 179,420 | 179,420 | .122933 | $220.57 | >-1% |
| 2015 | | 179,420 | 179,420 | .123650 | $221.85 | 0% |
| 2020 | SCH EQUAL | 179,420 | 179,420 | .010000 | $17.94 | 0% |
| 2019 | | 179,420 | 179,420 | .010000 | $17.94 | 0% |
| 2018 | | 179,420 | 179,420 | .010000 | $17.94 | 0% |
| 2017 | | 179,420 | 179,420 | .010000 | $17.94 | 8% |
| 2016 | | 179,420 | 179,420 | .009271 | $16.63 | -7% |
| 2015 | | 179,420 | 179,420 | .010000 | $17.94 | 0% |
| 2020 | DALLAS ISD | 179,420 | 179,420 | 1.296735 | $2,326.60 | -1% |
| 2019 | | 179,420 | 179,420 | 1.310385 | $2,351.09 | -7% |
| 2018 | | 179,420 | 179,420 | 1.412035 | $2,533.47 | 10% |
| 2017 | | 179,420 | 179,420 | 1.282085 | $2,300.32 | 0% |
| 2016 | | 179,420 | 179,420 | 1.282085 | $2,300.32 | 0% |
| 2015 | | 179,420 | 179,420 | 1.282085 | $2,300.32 | 0% |
| 2020 | DALLAS CTY | 179,420 | 179,420 | .776300 | $1,392.84 | >-1% |
| 2019 | | 179,420 | 179,420 | .776600 | $1,393.38 | >-1% |
| 2018 | | 179,420 | 179,420 | .776700 | $1,393.56 | >-1% |
| 2017 | | 179,420 | 179,420 | .780400 | $1,400.19 | >-1% |
| 2016 | | 179,420 | 179,420 | .782500 | $1,403.96 | -2% |
| 2015 | | 179,420 | 179,420 | .797000 | $1,429.98 | 0% |

## School District Tax Rate Breakdown

| | | 2020 | 2019 |
|--|--|------|------|
| DALLAS ISD | M & O | 1.054700 | 1.068350 |
| | I & S | .242035 | .242035 |
| | Total Tax Rate | 1.296735 | 1.310385 |

## 5 Year Comparison

| | * Appraisal Value | * Taxable Value | * Tax Rate | * Tax % Change |
|--|-------------------|-----------------|-----------|----------------|
| DAL CNTY | 0% | 0% | -1% | -1% |
| HOSP DIST | 0% | 0% | -7% | -7% |
| COLL DIST | 0% | 0% | <1% | <1% |
| SCH EQUAL | 0% | 0% | 0% | 0% |
| DALLAS ISD | 0% | 0% | 1% | 1% |
| DALLAS CTY | 0% | 0% | -3% | -3% |

# RETURN THIS PORTION WITH YOUR PAYMENT

* Denotes Rounding



# IMPORTANT INFORMATION & TAXPAYER RESPONSIBILITIES

*The following information is provided to better assist our taxpayers.*

Taxes for the current year (2020) are due and payable in full on October 1, and are delinquent if not paid on or before January 31.  State law requires that penalty and interest be charged on taxes paid after January 31. Penalty and interest to be added for delinquent payments are as follows, additional 12% interest per annum thereafter.

### Delinquent Penalty and Interest Schedule

| February | 7% | May | 13% | August | 19% | November | 22% |
|---|---|---|---|---|---|---|---|
| March | 9% | June | 15% | September | 20% | December | 23% |
| April | 11% | July | 18% | October | 21% | January | 24% |

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD,  YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

Taxpayers with an over 65 or disabled exemption qualify for an installment payment plan on their residence homestead.  Please contact the Customer Care Center prior to January 31 for details at 214-653-7811.

---

**Dallas County Tax Office**

Customer Care Center

**214-653-7811**

Questions regarding:
- Tax amounts
- Tax Rates
- Due dates
- Statements

Make checks payable **John R. Ames, CTA,**
**Tax Assessor/Collector**
and remit to: **P O Box 139066**
**Dallas, TX  75313-9066**

Pay taxes, print statements and payment information at:

**www.dallascounty.org/tax**



Pay by echeck at no additional cost

  

Chase Bank convenience fees are applicabe on Credit/Debit transactions

Pay by Phone 866-863-8323 (English)
Pay by Phone 866-361-1741 (Spanish)

---

- The Tax Assessor/Collector **does not** have legal authority to **forgive or waive** any **penalty or interest charges**.
- Delinquent **Real Property** taxes not paid prior to **July 1** are subject to an additional penalty, up to 20%, as provided under section 33.07 of the Texas Property Tax Code.
- Delinquent **Business Personal Property** taxes not paid prior to **April 1** are subject to an additional penalty, up to 20%, as provided under section 33.11 of the Texas Property Tax Code.
- Payments by mail are credited according to the **U.S. Postmark (not meters)**.  Those bearing postmarks past deadlines will incur full penalty and interest charges.
- Payment by mail on (or shortly before) January 31 could delay the processing of your payment.
- If you receive a tax statement that should be paid by your mortgage company, contact your Mortgage Company immediately.
- Failure to receive a tax statement does not relieve the property owner of the tax, penalty or interest liability.  If you did not receive a statement for each piece of property you own - **NOW** is the time to inquire about your other statements.
- Property taxes in Texas are assessed at 100% Market value by the appraisal district as of January 1 of each year and covers a period of one year from that date (January - December).
- A $30 fee is added to returned items.
- Partial payments are accepted.

---

## Appraisal Districts

**Questions regarding:**
- Address Corrections
- Ownership (if you don't own)
- Exemptions (free of charge)
- Property Descriptions
- Incorrect City or School District
- Value

Appraisal Districts are separate local agencies and are not part of County Government or the Dallas County Tax Office.

| Name: | Online: | Phone: |
|---|---|---|
| Dallas Central Appraisal District | www.dallascad.org | 214-631-0910 |
| Collin Central Appraisal District | www.collincad.org | 469-742-9200 or 866-467-1110 |
| Denton Central Appraisal District | www.dentoncad.com | 940-349-3800 or 972-434-2602 |
| Ellis Central Appraisal District | www.elliscad.org | 972-937-3552 or 866-348-3552 |
| Kaufman County Appraisal District | www.kaufman-cad.org | 972-932-6081 |
| Rockwall Central Appraisal District | www.rockwallcad.com | 972-771-2034 |
| Tarrant Appraisal District | www.tad.org | 817-284-0024 |



# DALLAS COUNTY TAX OFFICE
**JOHN R. AMES, CTA**
TAX ASSESSOR/COLLECTOR

500 Elm Street, Suite 3300
Dallas, Texas 75202
www.dallascounty.org/tax | 214-653-7811
email: propertytax@dallascounty.org

## 2021 TAX STATEMENT



TJ MANAGEMENT GROUP LLC
254 E 68TH ST #23B
NEW YORK, NY 10065-0000

**Account:  00000445612000000**

Property Description:

3500 S LEDBETTER DR, DA

BLK 5836
TR 2 ACS 8.2375
INT201700046146 DD01182017 CO-DC
5836  000  00200  2DA5836 000

Statement Date:  October 02, 2021

| | |
|---|---:|
| Land Value: | 179,420 |
| Improvement Value: | 0 |
| Agriculture Value: | 0 |
| Market Value: | 179,420 |

| Jurisdiction | Taxable Value | Tax Rate | Tax Due |
|---|---:|---:|---:|
| DAL CNTY | 179,420 | .227946 | $408.98 |
| HOSP DIST | 179,420 | .255000 | $457.52 |
| COLL DIST | 179,420 | .123510 | $221.60 |
| SCH EQUAL | 179,420 | .010000 | $17.94 |
| DALLAS ISD | 179,420 | 1.248235 | $2,239.58 |
| DALLAS CTY | 179,420 | .773300 | $1,387.45 |

| | | |
|---|---|---|
| Total taxes for account: | $4,733.07 | Pay taxes online at: |
| Previous payment on account: | $0.00 | www.dallascounty.org/tax |

**Total Due If Paid By January 31, 2022**
**$4,733.07**

Other taxes are also due - call  214-653-7811

*Your check may be converted to electronic funds transfer*

# Return This Portion With Your Payment

**Account: 00000445612000000**

2          0000000000404050601020000000000001210000473 3079

| IF PAID IN | P&I | TOTAL DUE |
|---|---|---|
| Feb | 7% | $5,064.39 |
| Mar | 9% | $5,159.04 |

**Total Due If Paid By January 31, 2022**
**$4,733.07**

Amount Paid: $_____._____

TJ MANAGEMENT GROUP LLC
254 E 68TH ST #23B
NEW YORK, NY 10065-0000

**Remit To:**
**John R. Ames, CTA**
**P O Box 139066**
**Dallas, Texas 75313-9066**

v15.1.76

## Year-to-Year Comparison

| Year | Jurisdiction | Appraisal Value | Taxable Value | Tax Rate | Tax Due | * Tax % Change |
|------|-------------|----------------|--------------|---------|---------|----------------|
| 2021 | DAL CNTY | 179,420 | 179,420 | .227946 | $408.98 | -5% |
| 2020 | | 179,420 | 179,420 | .239740 | $430.14 | -1% |
| 2019 | | 179,420 | 179,420 | .243100 | $436.17 | 0% |
| 2018 | | 179,420 | 179,420 | .243100 | $436.17 | 0% |
| 2017 | | 179,420 | 179,420 | .243100 | $436.17 | 0% |
| 2016 | | 179,420 | 179,420 | .243100 | $436.17 | 0% |
| 2021 | HOSP DIST | 179,420 | 179,420 | .255000 | $457.52 | -4% |
| 2020 | | 179,420 | 179,420 | .266100 | $477.44 | -1% |
| 2019 | | 179,420 | 179,420 | .269500 | $483.54 | -4% |
| 2018 | | 179,420 | 179,420 | .279400 | $501.30 | 0% |
| 2017 | | 179,420 | 179,420 | .279400 | $501.30 | 0% |
| 2016 | | 179,420 | 179,420 | .279400 | $501.30 | 0% |
| 2021 | COLL DIST | 179,420 | 179,420 | .123510 | $221.60 | >-1% |
| 2020 | | 179,420 | 179,420 | .124000 | $222.48 | 0% |
| 2019 | | 179,420 | 179,420 | .124000 | $222.48 | 0% |
| 2018 | | 179,420 | 179,420 | .124000 | $222.48 | >-1% |
| 2017 | | 179,420 | 179,420 | .124238 | $222.91 | 1% |
| 2016 | | 179,420 | 179,420 | .122933 | $220.57 | 0% |
| 2021 | SCH EQUAL | 179,420 | 179,420 | .010000 | $17.94 | 0% |
| 2020 | | 179,420 | 179,420 | .010000 | $17.94 | 0% |
| 2019 | | 179,420 | 179,420 | .010000 | $17.94 | 0% |
| 2018 | | 179,420 | 179,420 | .010000 | $17.94 | 0% |
| 2017 | | 179,420 | 179,420 | .010000 | $17.94 | 8% |
| 2016 | | 179,420 | 179,420 | .009271 | $16.63 | 0% |
| 2021 | DALLAS ISD | 179,420 | 179,420 | 1.248235 | $2,239.58 | -4% |
| 2020 | | 179,420 | 179,420 | 1.296735 | $2,326.60 | -1% |
| 2019 | | 179,420 | 179,420 | 1.310385 | $2,351.09 | -7% |
| 2018 | | 179,420 | 179,420 | 1.412035 | $2,533.47 | 10% |
| 2017 | | 179,420 | 179,420 | 1.282085 | $2,300.32 | 0% |
| 2016 | | 179,420 | 179,420 | 1.282085 | $2,300.32 | 0% |
| 2021 | DALLAS CTY | 179,420 | 179,420 | .773300 | $1,387.45 | >-1% |
| 2020 | | 179,420 | 179,420 | .776300 | $1,392.84 | >-1% |
| 2019 | | 179,420 | 179,420 | .776600 | $1,393.38 | >-1% |
| 2018 | | 179,420 | 179,420 | .776700 | $1,393.56 | >-1% |
| 2017 | | 179,420 | 179,420 | .780400 | $1,400.19 | >-1% |
| 2016 | | 179,420 | 179,420 | .782500 | $1,403.96 | 0% |

## School District Tax Rate Breakdown

| DALLAS ISD | | 2021 | 2020 |
|-----------|-------|----------|----------|
| | M & O | 1.006200 | 1.054700 |
| | I & S | .242035 | .242035 |
| | Total Tax Rate | 1.248235 | 1.296735 |

## 5 Year Comparison

| | * Appraisal Value | * Taxable Value | * Tax Rate | * Tax % Change |
|-----------|-------------------|----------------|-----------|----------------|
| DAL CNTY | 0% | 0% | -6% | -6% |
| HOSP DIST | 0% | 0% | -9% | -9% |
| COLL DIST | 0% | 0% | <1% | <1% |
| SCH EQUAL | 0% | 0% | 8% | 8% |
| DALLAS ISD | 0% | 0% | -3% | -3% |
| DALLAS CTY | 0% | 0% | -1% | -1% |

# RETURN THIS PORTION WITH YOUR PAYMENT

* Denotes Rounding



# IMPORTANT INFORMATION & TAXPAYER RESPONSIBILITIES

*The following information is provided to better assist our taxpayers.*

Taxes for the current year (2021) are due and payable in full on October 1, and are delinquent if not paid on or before January 31.  State law requires that penalty and interest be charged on taxes paid after January 31. Penalty and interest to be added for delinquent payments are as follows, additional 12% interest per annum thereafter.

## Delinquent Penalty and Interest Schedule

| February | 7% | May | 13% | August | 19% | November | 22% |
|---|---|---|---|---|---|---|---|
| March | 9% | June | 15% | September | 20% | December | 23% |
| April | 11% | July | 18% | October | 21% | January | 24% |

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED, AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD,  YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

Taxpayers with an over 65 or disabled exemption qualify for an installment payment plan on their residence homestead.  Please contact the Customer Care Center prior to January 31 for details at 214-653-7811.

---

### Dallas County Tax Office
Customer Care Center
**214-653-7811**

Questions regarding:
- Tax amounts
- Tax Rates
- Due dates
- Statements

Make checks payable **John R. Ames, CTA,**
**Tax Assessor/Collector**
and remit to: **P O Box 139066**
**Dallas, TX  75313-9066**

Pay taxes, print statements and payment information at:
**www.dallascounty.org/tax**



Pay by echeck at no additional cost

  

Chase Bank convenience fees are applicabe on Credit/Debit transactions

Pay by Phone 866-863-8323 (English)
Pay by Phone 866-361-1741 (Spanish)

---

- The Tax Assessor/Collector **does not** have legal authority to **forgive or waive** any **penalty or interest charges**.
- Delinquent **Real Property** taxes not paid prior to **July 1** are subject to an additional penalty, up to 20%, as provided under section 33.07 of the Texas Property Tax Code.
- Delinquent **Business Personal Property** taxes not paid prior to **April 1** are subject to an additional penalty, up to 20%, as provided under section 33.11 of the Texas Property Tax Code.
- Payments by mail are credited according to the **U.S. Postmark (not meters)**.  Those bearing postmarks past deadlines will incur full penalty and interest charges.
- Payment by mail on (or shortly before) January 31 could delay the processing of your payment.
- If you receive a tax statement that should be paid by your mortgage company, contact your Mortgage Company immediately.
- Failure to receive a tax statement does not relieve the property owner of the tax, penalty or interest liability.  If you did not receive a statement for each piece of property you own - **NOW** is the time to inquire about your other statements.
- Property taxes in Texas are assessed at 100% Market value by the appraisal district as of January 1 of each year and covers a period of one year from that date (January - December).
- A $30 fee is added to returned items.
- Partial payments are accepted.

---

### Appraisal Districts

**Questions regarding:**
- Address Corrections
- Ownership (if you don't own)
- Exemptions (free of charge)
- Property Descriptions
- Incorrect City or School District
- Value

Appraisal Districts are separate local agencies and are not part of County Government or the Dallas County Tax Office.

| Name: | Online: | Phone: |
|---|---|---|
| Dallas Central Appraisal District | www.dallascad.org | 214-631-0910 |
| Collin Central Appraisal District | www.collincad.org | 469-742-9200 or 866-467-1110 |
| Denton Central Appraisal District | www.dentoncad.com | 940-349-3800 or 972-434-2602 |
| Ellis Central Appraisal District | www.elliscad.org | 972-937-3552 or 866-348-3552 |
| Kaufman County Appraisal District | www.kaufman-cad.org | 972-932-6081 |
| Rockwall Central Appraisal District | www.rockwallcad.com | 972-771-2034 |
| Tarrant Appraisal District | www.tad.org | 817-284-0024 |

THE FOLLOWING COMMITMENT FOR TITLE INSURANCE IS NOT VALID UNLESS YOUR NAME AND THE POLICY AMOUNT ARE SHOWN IN **SCHEDULE A,** AND OUR AUTHORIZED REPRESENTATIVE HAS COUNTERSIGNED BELOW.

**COMMITMENT FOR TITLE INSURANCE T-7**
**ISSUED BY**

# FIDELITY NATIONAL TITLE INSURANCE COMPANY

We FIDELITY NATIONAL TITLE INSURANCE COMPANY will issue our title insurance policy or policies (the Policy) to You (the proposed insured) upon payment of the premium and other charges due, and compliance with the requirements in Schedule C. Our Policy will be in the form approved by the Texas Department of Insurance at the date of issuance, and will insure your interest in the land described in Schedule A. The estimated premium for our Policy and applicable endorsements is shown on Schedule D. There may be additional charges such as recording fees, and expedited delivery expenses.

This Commitment ends ninety (90) days from the effective date, unless the Policy is issued sooner, or failure to issue the Policy is our fault. Our liability and obligations to you are under the express terms of this Commitment and end when this Commitment expires.

Issued By:
Capital Title of Texas, LLC

By Authorized Signatory

**Fidelity National Title Insurance Company**

By:

President

Attest:

SEAL

Secretary

## CONDITIONS AND STIPULATIONS

1. If you have actual knowledge of any matter which may affect the title or mortgage covered by this Commitment, that is not shown in Schedule B, you must notify us in writing. If you do not notify us in writing, our liability to you is ended or reduced to the extent that your failure to notify us affects our liability. If you do notify us, or we learn of such matter, we may amend Schedule B, but we will not be relieved of liability already incurred.

2. Our liability is only to you, and others who are included in the definition of Insured in the Policy to be issued. Our liability is only for actual loss incurred in your reliance on this Commitment to comply with its requirements, or to acquire the interest in the land. Our liability is limited to the amount shown in Schedule A of this Commitment and will be subject to the following terms of the Policy: Insuring Provisions, Conditions and Stipulations, and Exclusions.

**COMMITMENT FOR TITLE INSURANCE**

Issued By

# Fidelity National Title Insurance Company

### SCHEDULE A

Effective Date: August 15, 2017, 8:00 am   GF. No. 17-321335-DB

Commitment No.:  Not Applicable   Issued: **September 1, 2017**
(if applicable)

1.      The policy or policies to be issued are:

      (a)      OWNER POLICY OF TITLE INSURANCE (Form T-1)
              (Not applicable for improved one-to-four family residential real estate)
              Policy Amount:
              PROPOSED INSURED:

      (b)      TEXAS RESIDENTIAL OWNER POLICY OF TITLE INSURANCE -
              ONE-TO-FOUR FAMILY RESIDENCES (Form T-1R)
              Policy Amount:
              PROPOSED INSURED:

      (c)      LOAN POLICY OF TITLE INSURANCE (Form T-2)
              Policy Amount:            $2,750,000.00
              PROPOSED INSURED:

              Proposed Borrower:       Vert Logistics, Inc
      (d)      TEXAS SHORT FORM RESIDENTIAL LOAN POLICY OF TITLE INSURANCE (Form T-2R)
              Policy Amount:
              PROPOSED INSURED:
              Proposed Borrower:

      (e)      LOAN TITLE POLICY BINDER ON INTERIM CONSTRUCTION LOAN (Form T-13)
              Binder Amount:
              PROPOSED INSURED:
              Proposed Borrower:

      (f)      OTHER
              Policy Amount:
              PROPOSED INSURED:

2.      The interest in the land covered by this Commitment is:
      Fee Simple

3.      Record title to the land on the Effective Date appears to be vested in:
      TJ Management Group, LLC, a New York limited liability company, as to Tract I

      Flowerdale LLC, as to Tracts II and III

4.      Legal description of the land:

      See Exhibit A Attached

Form T-7:  Commitment for Title Insurance

Continuation of Schedule A                    Order No. 17-321335-DB

Exhibit A

Tract I:

BEING an 8.2375 acre tract of land situated in the George L. Haas Survey, Abstract No. 641, Dallas County, Texas, also being port of City of Dallas Block 5836, and being more particularly described as follows:

Beginning at a 5/8" iron rod found for a corner in the northerly line of S.H. Loop 12 variable width (ROW), lying North 29 deg. 02 min. 02 sec. west along the easterly line of that certain tract conveyed to Loomia Limited Partnership No. Forty, by Deed Recorded in volume 79212, page 2865, Deed Records, Dallas County, Texas, a distance of 37.71 feet from a capped iron rod found at the Southeast corner of said Loomis tract;

THENCE North 29 deg. 02 min. 02 sec. West along the easterly line of said Loomis tract. passing a capped iron rod found at its northeast corner, common with the southeast corner of that certain tract conveyed to Dan Love and Bill Fair Ill, on 12/04/73, and continuing along the easterly line of said Love and Fair tract, a total distance of 545.09 feet to a 5/8" iron rod found for a corner in the south line of Ledbetter Drive (100 feet ROW);

THENCE North 60 deg. 47 min. 58 sec, East along the south line of said Ledbetter Drive. a distance of 502.95 feet to a 5/8" iron rod found for corner in the westerly line of DP. & L. ROW;

THENCE departing the south line of said Ledbetter Drive and along the westerly line of sold D.P. & L. ROW, the following:

South 60 deg. 32 min. 02 sec. East, 141.45 feel to a 5/8" iron rod found for a corner;

South 64 deg. 02 min. 02 sec. East, 157.00 feel to a 5/8" iron rod found for a corner;

South 66 deg. 02 min. 02 sec. East, 50.00 feet to a 5/8" iron rod found for a corner;

South 67.deg. 32 min. 02 sec. East, 148.00 feet to s 5/8" iron rod found for a corner;

South 74 deg. 20 min. 33 sec. East, 92.33 feet to s DP. & L. Co. concrete monument found for s corner;

South 70 deg. 39 min. 00 sec. East, 83.61 feet to a 5/8" iron rod found for a corner in the aforementioned northerly line of S.H. Loop 12:

THENCE South 66 deg. 22 min. 58 sec. West, along the said northerly line of S.H. Loop 12. 283.45 feet to a 5/8" iron rod found for a corner;

THENCE south 57 deg. 14 min. 29 sec. West continuing along the said northerly line of S.H. Loop 12, 629.44 feet to the PLACE OF BEGINNING, and containing 8.2375 acres of land, more or less.

NOTE: The Company is prohibited from insuring the area or quantity of the land described herein. Any statement in the legal description contained in Schedule "A" as to area or quantity of land is not a representation that such area or quantity is correct, but is made only for informal identification purposes and does not override ltem 2 of Schedule "B" hereof.

Tract II:

Being a 48.7689 acre tract of land situated in the George L. Haas Survey, Abstract No. 641, Dallas County, Texas, being also part of Dallas Block No. A/6860, and being more particularly described

Continuation of Schedule A            Order No. 17-321335-DB

as follows:

Beginning at a 5/8" iron rod found In the south line of Stag Road, at the northwest corner of Block No. A/6860, REVISED CREST APARTMENTS ADDITION, an addition to the City of Dallas, according to the plot thereof recorded in Volume 70172, Page 2641, Deed Records, Dallas County, Texas;

THENCE departing from the south line of Stag Road and along the south line of said REVISED CREST APARTMENTS ADDITION, the following courses:

South 29 deg. 47 min. 21 sec. East, 45.41 feet to a 1/2" iron rod found for a corner;

South 85 deg. 39 min, 28 sec, East, 65.02 feet to a 1/2" iron rod found for a corner;

South 71 deg. 58 min. 28 sec. East, 52.13 feet to a 1/2" iron rod found for a corner;

South 48 deg. 03 min. 28 sec. East, 78.00 feet to a 1/2" iron rod found far a corner;

North 67 deg. 56 min. 32 sec. East, 215.90 feet to a 1/2" iron rod found for a corner;

North 60 deg. 06 min. 32 sec. East, 129.80 feet to a 1/2" iron rod found for a corner;

North 74 deg. 34 min. 32 sec. East, 95.00 feel to a 1/2" iron rod found for a corner;

South 55 deg. 52 min. 28 sec. East, 52.10 feet to a 1/2" iron rod found for a corner;

North 61 deg. 27 min. 32 sec. East, 69.70 feet ta a 1/2" iron rod found for a corner;

North 69 deg. 52 min. 32 sec. East, 51.80 feet to a 1/2" iron rod found for a corner;

North 48 deg. 07 min. 32 sec. East, 109.20 feet to a 1/2" Iron rod found for a corner;

North 26 deg. 11 min. 32 sec. East, 30.80 feet to a 1/2" iron rod found for a corner;

North 62 deg. 01 min. 32 sec. East, 54.50 feet to a 1/2" iron rod found for a corner:

North 46 deg. 32 min. 52 sec. East, 77.80 feet to a 1/2" iron rod found for a corner;

North 31 deg. 42 min. 32 sec. East, 150.20 feet to a 1/2" iron rod found for a corner;

North 05 deg. 38 min. 28 sec. West, 66.00 feet to a 1/2" iron rod found for a corner in the east line of the aforementioned REVISED CREST APARTMENTS ADDITION;

THENCE North 29 deg. 33 min. 09 sec. West, 601.48 feet along the east line of sold REVISED CREST APARTMENTS ADDITION to a TXDOT brass monument found for corner in the south line of LOOP 12 (variable width R.O,W.);

THENCE North 75 deg. 45 min. 28 sec. East, 609.69 feel along the said south line of LOOP 12 to point for a corner;

THENCE North 66 deg. 16 min. 52 sec East, 306.80 feet along the said south line of LOOP 12 to a TXTDOT brass monument found for a corner in the west line of a TEXAS POWER & LIGHT EASEMENT;

THENCE South 18 deg. 45 min. 00 sec. East, departing the south line of said Loop 12, and along west line of said TEXAS POWER & LIGHT EASEMENT LINE, a distance of approximately 905.82 feet to a flood easement line;

THENCE along the said flood easement line approximately as follows:

South 50 deg. 15 min. 22 sec. West, 57.07 feet for a corner;

Form T-7:  Commitment for Title Insurance

South 51 deg. 33 min. 12 sec. West, 99.83 feet for a corner;

South 35 deg. 29 min. 25 sec. West, 105.16 feet for a corner;

South 50 deg. 31 min. 18 sec. West, 102.68 feet for a corner;

South 49 deg. 00 min. 45 sec. West, 97.90 feet for a corner;

South 45 deg. 25 min. 20 sec. West, 108.26 feet for a corner;

South 24 deg. 52 min. 59 sec. West, 125.93 feet for a corner;

South 35 deg. 18 min. 26 sec. West, 113.45 feet for a corner;

South 29 deg. 39 min. 10 sec. West, 112.36 feet for a corner;

South 36 deg. 10 min. 07 sec, West, 113.25 feet for a corner:

South 42 deg. 05 min. 09 sec, West, 107.46 feet for a corner;

South 55 deg. 12 min. 08 sec. West, 98.28 feet for a corner;

South 54 deg. 58 min. 42 sec. West, 96.37 feel for a corner;

South 47 deg. 24 min. 27 sec. West, 104.42 feet for a corner;

South 59 deg. 58 min. 39 sec. West, 98.25 feet for a corner:

South 68 deg. 58 min. 37 sec. West, 99.92 feet for a corner;

South 81 deg. 52 min. 33 sec. West, 108.71 feet for a corner;

North 70 deg. 56 min. 56 sec. West, 147.47 feet for a corner;

South 70 deg. 33 min. 46 sec. West, 100.03 feel for a corner;

North 83 deg. 51 min. 29 sec. West, 119.06 lest for a corner;

South 84 deg. 11 min. 51 sec. West, 108.00 feet for a corner;

North 82 deg. 55 min. 54 sec. West, 125.7 feet for a corner;

South 53 deg. 09 min. 03 sec. West, 100.13 feet for a corner;

South 31 deg. 03 min. 39 sec. West, 114.71 feet for a corner;

South 55 deg. 33 min. 34 sec. West, 112.17 feet to a point in the East line of TRACT 7, J. E. & MINDRED JANE THIGPEN HOMESTEAD TRACT, as recorded In Volume 1453, Page 499, of Deed Records, Dallas County, Texas;

THENCE along last said east line, North 29 deg. 50 min. 34 sec. West, a distance of 723.44 feet to the south line of Thigpen Road (variable R.O.W.);

THENCE along the said south line of Thigpen Road as follows:

North 60 deg. 11 min. 07 sec. East, 104.69 feet;

North 29 deg. 51 min. 32 sec. west, 7.44 feet;

North 60 deg. 08 min. 28 sec. East, 516.54 feet to THE PLACE OF BEGINNING, and containing 48.7689 acres of land, more or less.

Form T-7:  Commitment for Title Insurance

Continuation of Schedule A                    Order No. 17-321335-DB

**NOTE: The Company is prohibited from insuring the area or quantity of the land described herein. Any statement in the legal description contained in Schedule "A" as to area or quantity of land is not a representation that such area or quantity is correct, but is made only for informal identification purposes and does not override Item 2 of Schedule "B" hereof.**

Tract III:

Being o 94.1183 acre tract of land situated in the George L. Haas Survey, Abstract No. 641, Dallas County, Texas, being also part of Dallas Block No. A/6860, and being more particularly described as follows:

Commencing at a 5/8" iron rod found in the south line of Stag Road, at the northwest corner of BLOCK No.. A/6860, REVISED CREST APARTMENTS ADDITION, on addition to the City of Dallas, according to the plat thereof recorded in volume 70172, Page 2641, Deed Records, Dallas County, Texas;

THENCE along the said south line of Thigpen Road (Stag Road) as follows:

South 60 deg. 08 min. 28 sec. West, 516.54 feet;

South 29 deg. 51 min. 32 sec. East, 7.44 feet;

South 60 deg. 11 min. 07 sec. West, 104.59 feet;

South 29 deg. 50 min. 34 Sec. East, 723.44 feet to THE BEGINNING POINT, and being a point ln the flood easement line;

THENCE northeasterly along the said flood easement line approximately as follows;

North 55 deg. 33 min. 34 sec. East, 112.17 feet for a corner;

North 31 deg. 03 min. 39 sec. East, 114.71 feet for a corner;

North 53 deg. 09 min. 03 sec. East, 100.13 feet for a corner;

South 82 deg. 55 min. 54 sec. East, 125.7 feet for a corner;

North 84 deg. 11 min. 51 sec, East, 108.00 feet for a corner;

South 83 deg. 51 min. 29 sec. East, 119.05 feet for a corner;

North 70 deg. 33 min. 46 sec. East, 100.03 feet for a corner;

South 70 deg. 56 min. 56 sec. East, 147.47 feet for a corner;

North 81 deg. 52 min. 33 sec. East, 108.71 feet for a corner; _

North 68 deg. 58 min. 37 sec. East, 99.92 feet for a corner; `

North 59 deg. 58 min. 39 sec. East, 98.25 feet for a corner;

North 47 deg. 24 min. 27 sec. East, 104.42 feet for a corner; .

North 54 deg. 58 min. 42 sec. East, 96.37 feel for o corner;

North 55 deg. 12 min. 08 sec. East, 98.28 feet for a corner;

North 42 deg. 05 min. 09 sec. East, 107.46 feet for a corner;

Form T-7:  Commitment for Title Insurance

Continuation of Schedule A          Order No. 17-321335-DB

North 36 deg. 10 min, 07 sec, East, 113.25 feet for a corner;

North 29 deg. 39 min. 10 sec. East, 112.35 feet for a corner;

North 35 deg. 18 min. 26 sec. East, 113.45 feet for a corner;

North 24 deg. 52 min. 59 sec. East, 125.93 feet for a corner;

North 45 deg. 25 min. 20 sec. East, 108.26 feet for a corner;

North 49 deg. 00 min. 45 sec. East, 97.90 feet for a corner;

North 50 deg. 31 min. 18 sec. East, 102.58 feet for a corner;

North 35 deg. 29 min. 25 sec. East, 105.15 feet for a corner;

North 51 deg. 33 min. 12 sec. East, 99.83 feet for a corner;

North 50 deg. 15 min. 22 sec. East, 57.07 feet to a point in the west line of TEXAS POWER & LIGHT EASEMENT LINE;

THENCE South 18 deg. 45 min. 00 sec. East, 2,111.80 feet along the last said west line to o point In the said George L. Haas Survey. Abstract No. 641;

THENCE South 60 deg. 41 min. 58 sec. West, 2,050.41 feet along the last said survey line to the southeast corner of BLOCK 6859, BELT PARTITION, as recorded in Volume 27, page 421, Deed Records, Dallas County, Texas;

THENCE North 29 deg. 50 min. 34 sec. West, 1.920.49 feet to THE PLACE OF BEGINNING, and containing 94.1183 acres of land, more or less.

NOTE: The Company is prohibited from insuring the area or quantity of the land described herein. Any statement in the legal description contained in Schedule "A" as to area or quantity of land is not a representation that such area or quantity is correct, but is made only for informal identification purposes and does not override Item 2 of Schedule "B" hereof.

Form T-7:  Commitment for Title Insurance

GF. No. 17-321335-DB

COMMITMENT FOR TITLE INSURANCE

Issued By

# Fidelity National Title Insurance Company

## SCHEDULE B

**EXCEPTIONS FROM COVERAGE**

In addition to the Exclusions and Conditions and Stipulations, your Policy will not cover loss, costs, attorneys' fees, and expenses resulting from:

1.      The following restrictive covenants of record itemized below (We must either insert specific recording data or delete this exception):

**Item No. 1, Schedule B, has been deleted in its entirety.**

2.      Any discrepancies, conflicts, or shortages in area or boundary lines, or any encroachments or protrusions, or any overlapping of improvements.

3.      Homestead or community property or survivorship rights, if any, of any spouse of any insured. (Applies to the Owner Policy only).

4.      Any titles or rights asserted by anyone, including, but not limited to, persons, the public, corporations, governments or other entities,

      a.      to tidelands, or lands comprising the shores or beds of navigable or perennial rivers and streams, lakes, bays, gulfs or oceans, or

      b.      to lands beyond the line of harbor or bulkhead lines as established or changed by any government, or

      c.      to filled-in lands, or artificial islands, or

      d.      to statutory water rights, including riparian rights, or

      e.      to the area extending from the line of mean low tide to the line of vegetation, or the rights of access to that area or easement along and across that area.

      (Applies to the Owner Policy only.)

5.      Standby fees, taxes and assessments by any taxing authority for the year  **2017**, and subsequent years; and subsequent taxes and assessments by any taxing authority for prior years due to change in land usage or ownership, but not those taxes or assessments for prior years because of an exemption granted to a previous owner of the property under Section 11.13, *Texas Tax Code*, or because of improvements not assessed for a previous tax year.  (If Texas Short Form Residential Loan Policy (T-2R) is issued, that policy will substitute "which become due and payable subsequent to Date of Policy" in lieu of "for the year  **2017**, and subsequent years.")

6.      The terms and conditions of the documents creating your interest in the land.

7.      Materials furnished or labor performed in connection with planned construction before signing and delivering the lien document described in Schedule A, if the land is part of the homestead of the owner.  (Applies to the Loan Title Policy Binder on Interim Construction Loan only, and may be

GF. No. 17-321335-DB

deleted if satisfactory evidence is furnished to us before a binder is issued.)

8.    Liens and leases that affect the title to the land, but that are subordinate to the lien of the insured mortgage.  (Applies to Loan Policy (T-2) only.)

9.    The Exceptions from Coverage and Express Insurance in Schedule B of the Texas Short Form Residential Loan Policy (T-2R).  (Applies to Texas Short Form Residential Loan Policy (T-2R) only.  Separate exceptions 1 through 8 of this Schedule B do not apply to the Texas Short Form Residential Loan Policy (T-2R).

10.    The following matters and all terms of the documents creating or offering evidence of the matters (We must insert matters or delete this exception.):

    a.    **All leases, grants, exceptions or reservations of coal, lignite, oil, gas and other minerals, together with all rights, privileges and immunities relating thereto, appearing in the Public Records whether listed in Schedule B or not.  There may be leases, grants, exceptions or reservations of mineral interest that are not listed.**

    b.    **All visible and apparent easements or uses and all underground easements or uses, the existence of which may arise by unrecorded grant or by use.**

    c.    **Rights of tenants, as tenants only, under unrecorded leases or rental agreements.**

    d.    **Rights of the public, the State of Texas and the municipality in and to that portion of subject property, if any, lying within the boundaries of any roadway, public or private.**

    e.    **Any encroachment, encumbrance, violation, variation, or adverse circumstance affecting the title that would be disclosed by an accurate and complete land survey of the land.**

    f.    **Any right of adjoining property owners in and to that part of the hereinabove property which may constitute accretion or avulsion by virtue of the possible shifting of the bed or shores of the river, stream or body of water which bounds the subject property.**

    g.    **Rights of the general public and the State of Texas in the water of streams or the rights of riparian and appropriation owners in the waters of such streams.**

    h.    **Right-of-Way easement to Trinity Rod & Gun Club, dated December 31, 1899, executed by T.R. Bradford, recorded in Volume 243, Page 563, of the Deed Records of Dallas County, Texas.**

    i.    **Right-of-Way easement to Trinity Rod & Gun Club, dated December 22, 1899, executed by Frank Thompson, executor, recorded in Volume 242, Page 597, of the Deed Records of Dallas County, Texas.**

    j.    **Right-of-Way easement to the City of Dallas for Sanitary Sewer, dated June 7, 1933, executed by Flowerdale Farm, recorded in Volume 1813, Page 284, of the**

GF. No. 17-321335-DB

Deed records of Dallas County, Texas.

k.   Right-of-Way easement executed by Flowerdale Farm to Texas Power and Light Company, dated September 18, 1936, recorded in Volume 1987, Page 179, Deed Records of Dallas County, Texas.

l.   Right-of-Way easement executed by Flowerdale Farm to Southwestern Bell Telephone Company, dated January 2, 1937, recorded in Volume 1994, Page 125, Deed records of Dallas County, Texas.

m.   Right-of-Way easement executed by Flowerdale Farm to Texas Power and Light Company, dated September 18, 1947, recorded in Volume 2886, Page 102, Deed records of Dallas County, Texas.

n.   Right-of-Way easement to the City of Dallas for Sanitary Sewer, dated March 14, 1951, executed by J.C. Currey, recorded in Volume 3487, Page 77, of the Deed Records of Dallas County, Texas.

o.   Right-of-Way easement to the City of Dallas for Open Drainage Channel, dated March 16, 1953, executed by John A. Erhard, et al, recorded in Volume 3918, Page 479, of the Deed Records of Dallas County, Texas.

p.   Right-of-Way easement to the City of Dallas for Sanitary Sewer, dated October 20, 1953, executed by Mary Currey. et al, recorded in Volume 3946, Page 595, of the Deed records of Dallas County, Texas.

q.   Right-of-Way easement to the City of Dallas for Street Purposes, dated May 27, 1964, executed by James C. Currey, Ir., et al, recorded in Volume 665, Page 1210, of the Deed records of Dallas County, Texas.

r.   Right-of-Way easement to the City of Dallas for Sanitary Sewer, dated April 8, 1970, executed by James C. Currey, Jr. et al, recorded in Volume 70113, Page 1153, of the Deed Records of Dallas County, Texas.

s.   Limited and Lack of Access as described in Condemnation proceeding Judgment in Cause #CC-69-5530-b, styled State of Texas Vs. John A. Erhard etal, a copy of said Judgment is recorded in Volume 69215, Page 1546 of the Deed Records of Dallas County, Texas.

t.   Terms, conditions and easements in Instrument by and between Landmark Development Co., and James C. Currey et al, recorded in Volume 70098, Page 453 of the Deed Records of Dallas County, Texas.

u.   That portion, if any, lying within old Dallas - Corsicana Interurban Railroad Right-of-Way, now purportedly owned by Dallas Power and Light Company.

v.   Sanitary Sewer easement as condemned by City of Dallas in Cause No. 75-1576-D.

w.   Subject to the rights, if any, of the City of Dallas and any other party reflected in Cause No. 94-07642-K, styled City of Dallas, Plaintiff and Counter-Defendant, Vs. James C. Currey, Jr. and Flowerdale, LLC, Defendants and Counter-Plaintiffs.

x.   Right-of-Way easement to the City of Dallas for Drainage and utilities, dated June 20, 1991, executed by James C. Currey, recorded in Volume 92031, Page 3406, of

GF. No. 17-321335-DB

the Deed records of Dallas County, Texas.

y.     Right-of-Way easement to the City of Dallas for Slope Easement, dated October 31, 1995, executed by James C, Currey, recorded in Volume 95225, Page 940, of the Deed Records of Dallas County, Texas.

Form T-7:  Commitment for Title Insurance

GF. No. 17-321335-DB

**COMMITMENT FOR TITLE INSURANCE**

Issued By

# Fidelity National Title Insurance Company

### SCHEDULE C

Your Policy will not cover loss, costs, attorneys' fees, and expenses resulting from the following requirements that will appear as Exceptions in Schedule B of the Policy, unless you dispose of these matters to our satisfaction, before the date the Policy is issued:

1.  Documents creating your title or interest must be approved by us and must be signed, notarized and filed for record.

2.  Satisfactory evidence must be provided that:

    a.  no person occupying the land claims any interest in that land against the persons named in paragraph 3 of Schedule A,

    b.  all standby fees, taxes, assessments and charges against the property have been paid,

    c.  all improvements or repairs to the property are completed and accepted by the owner, and that all contractors, subcontractors, laborers and suppliers have been fully paid, and that no mechanic's, laborer's or materialmen's liens have attached to the property,

    d.  there is legal right of access to and from the land,

    e.  (on a Loan Policy only) restrictions have not been and will not be violated that affect the validity and priority of the insured mortgage.

3.  You must pay the seller or borrower the agreed amount for your property or interest.

4.  Any defect, lien or other matter that may affect title to the land or interest insured, that arises or is filed after the effective date of this Commitment.

5.  Labor Lien in favor of City of Dallas in the amount of $354.23, filed March 23, 1987, recorded in Volume 87055, Page 731, Real Property Records, Dallas County, Texas.

6.  Labor Lien in favor of City of Dallas in the amount of $1,544.56, filed June 8, 1994, recorded in Volume 94109, Page 4642, Real Property Records, Dallas County, Texas.

7.  Labor Lien in favor of City of Dallas in the amount of $337.42, filed July 29, 1996, recorded in Volume 96142, Page 4605, Real Property Records, Dallas County, Texas.

8.  Labor Lien in favor of City of Dallas in the amount of $108.88, filed September 23, 1998, recorded in Volume 98186, Page 3845, Real Property Records, Dallas County, Texas.

9.  Labor Lien in favor of City of Dallas in the amount of $120.64, filed September 23, 1998, recorded in Volume 98186, Page 4027, Real Property Records, Dallas County, Texas.

10. Labor Lien in favor of City of Dallas in the amount of $132.38, filed November 18, 1998, recorded in Volume 98226, Page 6269, Real Property Records, Dallas County, Texas.

11. Labor Lien in favor of City of Dallas in the amount of $289.00, filed September 13, 1999, recorded in Volume 99213, Page 5655, Real Property Records, Dallas County, Texas.

Form T-7:  Commitment for Title Insurance

Continuation of Schedule C

GF. No. 17-321335-DB

12.    Labor Lien in favor of City of Dallas in the amount of $116.81, filed July 12, 2000, recorded in Volume 2000134, Page 1002, Real Property Records, Dallas County, Texas.

13.    Deed of Trust from Flowerdale, L.L.C. to Eddie Jenkins, Trustee, for the benefit of Mercantile Bank & Trust, FSB, securing a note in the original principal sum of $50,000.00, dated February 8, 2001, filed February 23, 2001, recorded in Volume 2001038, Page 2260, Real Property Records, Dallas County, Texas, and all terms and provisions contained therein, including, but not limited to, any additional indebtedness secured by said instrument.

14.    Financing Statement Flowerdale, L.L.C., to Mercantile Bank & Trust, FSB, filed February 23, 2001, recorded in Volume 2001038, Page 2297, Real Property Records, Dallas County, Texas.

15.    Labor Lien in favor of City of Dallas in the amount of $137.05, filed September 25, 2001, recorded in Volume 2001187, Page 7779, Real Property Records, Dallas County, Texas.

16.    Labor Lien in favor of City of Dallas in the amount of $155.21, filed June 14, 2004, recorded in Volume 2004113, Page 10771, Real Property Records, Dallas County, Texas.

17.    Labor Lien in favor of City of Dallas in the amount of $202.30, filed October 1, 2004, recorded in Volume 2004190, Page 10904, Real Property Records, Dallas County, Texas.

18.    Labor Lien in favor of City of Dallas in the amount of $207.54, filed July 28, 2005, recorded in Volume 2005146, Page 4200, Real Property Records, Dallas County, Texas.

19.    Labor Lien in favor of City of Dallas in the amount of $2,695.40, filed April 4, 2006, recorded under Clerk's File No. 200600121499, Real Property Records, Dallas County, Texas.

20.    Labor Lien in favor of City of Dallas in the amount of $229.61, filed November 8, 2006, recorded under Clerk's File No. 200600416206, Real Property Records, Dallas County, Texas.

21.    Labor Lien in favor of City of Dallas in the amount of $440.40, filed January 5, 2007, recorded under Clerk's File No. 20070006739, Real Property Records, Dallas County, Texas.

22.    Labor Lien in favor of City of Dallas in the amount of $271.21, filed January 5, 2007, recorded under Clerk's File No. 20070007807, Real Property Records, Dallas County, Texas.

23.    Labor Lien in favor of City of Dallas in the amount of $182.60, filed July 25, 2007, recorded under Clerk's File No. 20070267135, Real Property Records, Dallas County, Texas.

24.    Labor Lien in favor of City of Dallas in the amount of $247.21, filed December 7, 2007, recorded under Clerk's File No. 20070436691, Real Property Records, Dallas County, Texas.

25.    Labor Lien in favor of City of Dallas in the amount of $275.76, filed February 6, 2008, recorded under Clerk's File No. 20080038357, Real Property Records, Dallas County, Texas.

26.    Labor Lien in favor of City of Dallas in the amount of $722.24, filed April 29, 2008, recorded under Clerk's File No. 20080140169, Real Property Records, Dallas County, Texas.

27.    Labor Lien in favor of City of Dallas in the amount of $245.49, filed November 11, 2008, recorded under Clerk's File No. 20080359383, Real Property Records, Dallas County, Texas.

28.    Labor Lien in favor of City of Dallas in the amount of $179.72, filed August 1, 2011, recorded under Clerk's File No. 201100200011, Real Property Records, Dallas County, Texas.

29.    Labor Lien in favor of City of Dallas in the amount of $210.83, filed April 13, 2012, recorded under Clerk's File No. 201200105949, Real Property Records, Dallas County, Texas.

30.    Labor Lien in favor of City of Dallas in the amount of $211.64, filed January 11, 2013, recorded under

Schedule C, Page 2

Form T-7:  Commitment for Title Insurance

Continuation of Schedule C                                                    GF. No. 17-321335-DB

Clerk's File No. 201300010155, Real Property Records, Dallas County, Texas.

31.     Labor Lien in favor of City of Dallas in the amount of $233.21, filed January 11, 2013, recorded under Clerk's File No. 201300010196, Real Property Records, Dallas County, Texas.

32.     Labor Lien in favor of City of Dallas in the amount of $290.89, filed September 30, 2013, recorded under Clerk's File No. 201300308629, Real Property Records, Dallas County, Texas.

33.     Company will require the Seller(s) and/or Borrower(s) execute an Affidavit of Debts, Liens and Third Party Interests.

34.     Company requires copies of the Articles of Organization and Regulations for TJ Management Group, LLC, a New York limited liability company to determine who has authority to act on behalf of the limited liability company; verification from the Secretary of State that the Certificate of Organization has been issued; and Good Standing Certificate from the Comptroller of Public Accounts.

35.     Company requires copies of the Articles of Organization and Regulations for Flowerdale LLC to determine who has authority to act on behalf of the limited liability company; verification from the Secretary of State that the Certificate of Organization has been issued; and Good Standing Certificate from the Comptroller of Public Accounts.

36.     Company requires a current approved survey of subject property, by a Registered Professional Land Surveyor, describing the exact boundaries of the property to be insured.

37.     Title vested by virtue of Deeds recorded in Volume 95087, Page 2067 as to Tracts II and III and under Clerk's File No. 201700046146, as to Tract I, Real Property Records of Dallas County, Texas.

Form T-7:  Commitment for Title Insurance

## COMMITMENT FOR TITLE INSURANCE
### SCHEDULE D

GF No. **17-321335-DB**                                    Effective Date: **August 15, 2017, 8:00 am**

Pursuant to the requirements of Rule P-21, Basic Manual of Rules, Rates and Forms for the writing of Title Insurance in the State of Texas, the following disclosures are made:

1.    The following individuals are directors and/or officers, as indicated, of the Title Insurance Company issuing this Commitment

Pursuant to the requirements of Rule P-21, Basic Manual of Rules, Rates and Forms for the Writing of Title Insurance in the State of Texas, the following disclosures are made:

The following individuals are Officers and/or Directors of **Fidelity National Title Insurance Company, a California corporation**

| Officers: | | Directors: |
|---|---|---|
| President | Raymond Randall Quirk | Michael L. Gravelle |
| Executive Vice President | Anthony John Park | Raymond R. Quirk |
| Secretary | Michael Louis Gravelle | Anthony J. Park |
| Treasurer | Daniel  K. Murphy | |

Fidelity National Financial, Inc. owns 100% of FNTG Holdings, Inc., which owns 100% of Fidelity National Title Group, Inc., which owns 100% of **Fidelity National Title Insurance Company.**

2.    The issuing Title Insurance Agent, **Capital Title of Texas, LLC,** is a limited liability corporation whose shareholders owning or controlling one (1%) percent of said corporation, directors, and officers are listed below:

**Shareholders:**  Title Acquisition Associates LLC - 95%, Shaddock American Title - 5%

**Directors:**  William C. Shaddock

**Officers:**  William C. Shaddock, President and CEO; Laura Dawn Neill, Vice President- Agency; Tracy Robirds-McMahon, Vice President- Operations; Jason Schnell, Vice President- Chief Information Officer; Tracy Monts-Curtis, Vice President- Residential Business Development; Russell Conner, Vice President- Plant Manager and Chief Compliance Officer; Patrick McMillan, Vice President- Chief Financial Officer.

3.    You are entitled to receive advance disclosure of settlement charges in connection with the proposed transaction to which this commitment relates.  Upon your request, such disclosure will be made to you. Additionally, the name of any person, firm or corporation receiving a portion of the premium from the settlement of this transaction will be disclosed on the closing or settlement statement.

You are further advised that the estimated title premium* is:

| | |
|---|---|
| Owner's Policy | **$0.00** |
| Loan Policy | **$13,841.00** |
| Endorsement Charges | **$0.00** |
| Other | **$0.00** |
| Total | **$13,841.00** |

Of this total amount: 15% will be paid to the policy issuing Title Insurance Company: 85% will be retained by the issuing Title Insurance Agent; and the remainder of the estimated premium will be paid to other parties as follows:

| Amount | To Whom | For Services |
|---|---|---|

"   *The estimated premium is based upon information furnished to us as of the date of this Commitment for Title Insurance.  Final determination of the amount of the premium will be made at closing in accordance with the Rules and Regulations adopted by the Commissioner of Insurance."

## COMMITMENT FOR TITLE INSURANCE (Form T-7)
## TEXAS TITLE INSURANCE INFORMATION

Title insurance insures you against loss resulting from certain risks to your title. The commitment for Title Insurance is the title insurance company's promise to issue the title insurance policy. The commitment is a legal document. You should review it carefully to completely understand it before your closing date.

El seguro de título le asegura en relación a pérdidas resultantes de ciertos riesgos que pueden afectar el título de su propiedad.

El Compromiso para Seguro de Título es la promesa de la compañía aseguradora de títulos de emitir la póliza de seguro de título. El Compromiso es un documento legal. Usted debe leerlo cuidadosamente y entenderlo completamente antes de la fecha para finalizar su transacción.

Your Commitment for Title Insurance is a legal contract between you and us. The Commitment is not an opinion or report of your title. It is a contract to issue you a policy subject to the Commitment's terms and requirements.

Before issuing a Commitment for Title Insurance (the Commitment) or a Title Insurance Policy (the Policy), the Title Insurance Company (the Company) determines whether the title is insurable. This determination has already been made. Part of that determination involves the Company's decision to insure the title except for certain risks that will not be covered by the Policy. Some of these risks are listed in Schedule B of the attached Commitment as Exceptions. Other risks are stated in the Policy as Exclusions. These risks will not be covered by the Policy. The Policy is not an abstract of title nor does a Company have an obligation to determine the ownership of any mineral interest.

**--MINERALS AND MINERAL RIGHTS** may not be covered by the Policy.  The Company may be unwilling to insure title unless there is an exclusion or an exception as to Minerals and Mineral Rights in the Policy. Optional endorsements insuring certain risks involving minerals, and the use of improvements (excluding lawns, shrubbery and trees) and permanent buildings may be available for purchase. If the title insurer issues the title policy with an exclusion or exception to the minerals and mineral rights, neither this Policy, nor the optional endorsements, ensure that the purchaser has title to the mineral rights related to the surface estate.

Another part of the determination involves whether the promise to insure is conditioned upon certain requirements being met. Schedule C of the Commitment lists these requirements that must be satisfied or the Company will refuse to cover them. You may want to discuss any matters shown in Schedules B and C of the Commitment with an attorney. These matters will affect your title and your use of the land.

When your Policy is issued, the coverage will be limited by the Policy's Exceptions, Exclusions and Conditions, defined below.

**--EXCEPTIONS** are title risks that a Policy generally covers but does not cover in a particular instance. Exceptions are shown on Schedule B or discussed in Schedule C of the Commitment. They can also be added if you do not comply with the Conditions section of the Commitment. When the Policy is issued, all Exceptions will be on Schedule B of the Policy.

**--EXCLUSIONS** are title risks that a Policy generally does not cover. Exclusions are contained in the Policy but not shown or discussed in the Commitment.

--**CONDITIONS** are additional provisions that qualify or limit your coverage. Conditions include your responsibilities and those of the Company. They are contained in the Policy but not shown or discussed in the Commitment. The Policy Conditions are not the same as the Commitment Conditions.

You can get a copy of the policy form approved by the Texas Department of Insurance by calling the Title Insurance Company at 1-(800) 442-7067 or by calling the title insurance agent that issued the Commitment. The Texas Department of Insurance may revise the policy form from time to time.

You can also get a brochure that explains the policy from the Texas Department of Insurance by calling 1-800-252-3439.

Before the Policy is issued, you may request changes in the policy. Some of the changes to consider are:

> Request amendment of the "area and boundary" exception (Schedule B, paragraph 2). To get this amendment, you must furnish a survey and comply with other requirements of the Company.  On the Owner's Policy, you must pay an additional premium for the amendment.  If the survey is acceptable to the Company and if the Company's other requirements are met, your Policy will insure you against loss because of discrepancies or conflicts in boundary lines, encroachments or protrusions, or overlapping of improvements. The Company may then decide not to insure against specific boundary or survey problems by making special exceptions in the Policy. Whether or not you request amendment of the "area and boundary" exception, you should determine whether you want to purchase and review a survey if a survey is not being provided to you.

> Allow the Company to add an exception to "rights of parties in possession." If you refuse this exception, the Company or the title insurance agent may inspect the property. The Company may except to and not insure you against the rights of specific persons, such as renters, adverse owners or easement holders who occupy the land. The Company may charge you for the inspection. If you want to make your own inspection, you must sign a Waiver of Inspection form and allow the Company to add this exception to your Policy.

The entire premium for a Policy must be paid when the Policy is issued. You will not owe any additional premiums unless you want to increase your coverage at a later date and the Company agrees to add an Increased Value Endorsement.

# DELETION OF ARBITRATION PROVISION
### (Not applicable to the Texas Residential Owner's Policy)

ARBITRATION is a common form of alternative dispute resolution.  It can be a quicker and cheaper means to settle a dispute with your Title Insurance Company.  However, if you agree to arbitrate, you give up your right to take the Title Insurance Company to court and your rights to discovery of evidence may be limited in the arbitration process.  In addition, you cannot usually appeal an arbitrator's award.

**Your policy contains an arbitration provision (shown below).  It allows you or the Company to require arbitration if the amount of insurance is $2,000,000 or less.  If you want to retain your right to sue the Company in case of a dispute over a claim, you must request deletion of the arbitration provision before the policy is issued. You can do this by signing this form and returning it to the Company at or before the closing of your real estate transaction or by writing to the Company.**

The arbitration provision in the Policy is as follows:

"Either the Company or the Insured may demand that the claim or controversy shall be submitted to arbitration pursuant to the Title Insurance Arbitration Rules of the American Land Title Association ("Rules"). Except as provided in the Rules, there shall be no joinder or consolidation with claims or controversies of other persons. Arbitrable matters may include, but are not limited to, any controversy or claim between the Company and the Insured arising out of or relating to this policy, any service in connection with its issuance or the breach of a policy provision, or to any other controversy or claim arising out of the transaction giving rise to this policy. All arbitrable matters when the Amount of Insurance is $2,000,000 or less shall be arbitrated at the option of either the Company or the Insured, unless the Insured is an individual person (as distinguished from an Entity). All arbitrable matters when the Amount of Insurance is in excess of $2,000,000 shall be arbitrated only when agreed to by both the Company and the Insured. Arbitration pursuant to this policy and under the Rules shall be binding upon the parties. Judgment upon the award rendered by the Arbitrator(s) may be entered in any court of competent jurisdiction."

_____          _____
SIGNATURE                                                              DATE