

# LIGATT Security International

INCORPORATED UNDER THE LAWS OF THE STATE OF CALIFORNIA

COMMON STOCK

## THIS CERTIFIES THAT

Is The Owner Of

*TJ MANAGEMENT GROUP, LLC*

*"FIFTY MILLION FIVE HUNDRED FIVE THOUSAND FIFTY"*

FULLY PAID AND NON-ASSESSABLE SHARES OF THE COMMON STOCK PAR VALUE OF EACH OF

## LIGATT Security International

TRANSFERABLE ON THE BOOKS OF THE CORPORATION IN PERSON OR BY DULY AUTHORIZED ATTORNEY UPON SURRENDER OF THIS CERTIFICATE PROPERLY ENDORSED. THIS CERTIFICATE IS NOT VALID UNTIL COUNTERSIGNED BY THE TRANSFER AGENT AND REGISTERED BY THE REGISTRAR.
WITNESS THE FACSIMILE SEAL OF THE CORPORATION AND THE FACSIMILE SIGNATURES OF ITS DULY AUTHORIZED OFFICERS.

DATED: 01/19/2011

COUNTERSIGNED AND REGISTERED:
**ISLAND STOCK TRANSFER**   Transfer Agent

By _____   Authorized Signature

100 Second Avenue South, Suite 705S, St. Petersburg, FL, 33701
727.289.0010

*50,505,050*   SHARES
CUSIP NO. 50187W208

CERTIFICATE NUMBER

990



Gregory Evans
CEO.

Lakesha Wilson
President/COO.

LIGATT Security International Corporate Seal CALIFORNIA



NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT.
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA.

NUMBER
5235

AUTHORIZED COMMON STOCK:
4,000,000,000 SHARES
PAR VALUE: $0.0001

# IN-SYSTCOM, Inc.
## INTERNET SYSTEMS COMMUNICATIONS

***222,350,918***

CUSIP NO. 45324Y 20 8

This Certifies that ***T J MANAGEMENT GROUP LLC***

Is The Record Holder Of ***TWO HUNDRED TWENTY TWO MILLION THREE HUNDRED
FIFTY THOUSAND NINE HUNDRED EIGHTEEN***

Shares of IN-SYSTCOM, INC. Common Stock

transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

Dated: May 6, 2011

Wilbur L. Riner
CHAIRMAN & CEO

SECRETARY

Countersigned & Registered
WESTERN STATES TRANSFER
AND REGISTRAR, INC.
Sandy Utah 84092
1911 Ryan Park Ave
TRANSFER AGENT AND REGISTRAR

By

IN-SYSTCOM, INC.
CORPORATE
Seal
NEVADA

M1147501202030

# LIGATT Security International

INCORPORATED UNDER THE LAWS OF THE STATE OF CALIFORNIA

CERTIFICATE NUMBER

991

COMMON STOCK

CUSIP No. 50187W208

SHARES

`*50,505,050*`

## THIS CERTIFIES THAT

*TJ MANAGEMENT GROUP, LLC*

Is The Owner Of   *'FIFTY MILLION FIVE HUNDRED FIVE THOUSAND FIFTY'*

FULLY PAID AND NON-ASSESSABLE SHARES OF THE COMMON STOCK PAR VALUE OF EACH OF

## LIGATT Security International

TRANSFERABLE ON THE BOOKS OF THE CORPORATION IN PERSON OR BY DULY AUTHORIZED ATTORNEY UPON SURRENDER OF THIS CERTIFICATE PROPERLY ENDORSED. THIS CERTIFICATE IS NOT VALID UNTIL COUNTERSIGNED BY THE TRANSFER AGENT AND REGISTERED BY THE REGISTRAR. WITNESS THE FACSIMILE SEAL OF THE CORPORATION AND THE FACSIMILE SIGNATURES OF ITS DULY AUTHORIZED OFFICERS.



Gregory Evans
CEO.

Lakesha Wilson
President/COO.

DATED: 01/19/2011

COUNTERSIGNED AND REGISTERED:
**ISLAND STOCK TRANSFER**   Transfer Agent

By _____   Authorized Signature

100 Second Avenue South, Suite 705S, St. Petersburg, FL, 33701
727.289.0010

Corporate Seal
LIGATT Security International
CALIFORNIA

# LIGATT Security International

INCORPORATED UNDER THE LAWS OF THE STATE OF CALIFORNIA

*50,505,051*

**SHARES**

CUSIP NO. 50187W208

COMMON STOCK

## CERTIFICATE NUMBER

992



## THIS CERTIFIES THAT

IS THE OWNER OF

*TJ MANAGEMENT GROUP, LLC*

*'FIFTY MILLION FIVE HUNDRED FIVE THOUSAND FIFTY-ONE'*

FULLY PAID AND NON-ASSESSABLE SHARES OF THE COMMON STOCK PAR VALUE OF EACH OF

## LIGATT Security International

TRANSFERABLE ON THE BOOKS OF THE CORPORATION IN PERSON OR BY DULY AUTHORIZED ATTORNEY UPON SURRENDER OF THIS CERTIFICATE PROPERLY ENDORSED. THIS CERTIFICATE IS NOT VALID UNTIL COUNTERSIGNED BY THE TRANSFER AGENT AND REGISTERED BY THE REGISTRAR. WITNESS THE FACSIMILE SEAL OF THE CORPORATION AND THE FACSIMILE SIGNATURES OF ITS DULY AUTHORIZED OFFICERS.

DATED: 01/19/2011



Gregory Evans
CEO.

Lakesha Wilson
President/COO.

COUNTERSIGNED AND REGISTERED:
**ISLAND STOCK TRANSFER**
Transfer Agent

By _____ Authorized Signature

100 Second Avenue South, Suite 705S, St. Petersburg, FL, 33701
727.289.0010

Corporate Seal
LIGATT Security International
CALIFORNIA



# NutriPure

## BEVERAGES, INC.

INCORPORATED UNDER THE LAWS
OF THE STATE OF NEVADA.

AUTHORIZED COMMON STOCK:
4,000,000,000 SHARES
PAR VALUE $.001

17835

*263,937,538*

CUSIP NO. 67074A 20 6

THIS CERTIFIES THAT          TJ MANAGEMENT GROUP LLC

IS THE RECORD HOLDER OF   *TWO HUNDRED SIXTY THREE MILLION NINE HUNDRED THIRTY SEVEN THOUSAND*
*FIVE HUNDRED THIRTY EIGHT*

**NutriPure Beverages, Inc.**

Common Shares of
transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this
Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by
the Registrar.
WITNESS the facsimile seal of the corporation and the facsimile signatures of its duly authorized officers.

Dated:   MAY 12, 2011

PRESIDENT

NutriPure Beverages, Inc.
CORPORATE Seal
NEVADA

OTC STOCK TRANSFER INC. SALT LAKE CITY, UTAH

COUNTERSIGNED & REGISTERED

COUNTERSIGNED Transfer Agent-Authorized Signature

550 04778

#30-C • Copyright© 2007 • Reynolds Graphics, Inc. • Salt Lake City, Utah

267C-05122011-1 SC

NUMBER

2313   2313

SHARES

24137931

# PRG GROUP, INC.

INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE

PAR VALUE $0.001
COMMON STOCK

CUSIP NO   693569 10 5

**THIS CERTIFIES THAT**   TJ MANAGEMENT GROUP LLC   3475   125

is the owner of   24137931

FULLY PAID AND NON-ASSESSABLE SHARES OF THE COMMON STOCK PAR VALUE OF $0.001 EACH OF

# PRG GROUP, INC.

transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar. Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

PRESIDENT & CEO

SECRETARY

DATED   **04/13/2011**

Countersigned and Registered:

By

SIGNATURE STOCK TRANSFER, INC.
(Plano, Texas) Transfer Agent

Authorized Signature

COST
BASIS
ON FILE

PRG GROUP, INC.
CORPORATE
Seal
DELAWARE



NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

UnderSea Recovery
Corporation
Cusip 904346 10 3

AUTHORIZED COMMON STOCK: 250,000,000 SHARES
PAR VALUE: $.001

Legal

4143

* 24,163,808 *

THIS CERTIFIES THAT   TJ MANAGEMENT GROUP LLC

IS THE RECORD HOLDER OF

* TWENTY-FOUR MILLION ONE HUNDRED SIXTY-THREE THOUSAND EIGHT HUNDRED EIGHT *

——Shares of LEGAL ACCESS TECHNOLOGIES, INC. Common Stock—
transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this
Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and
registered by the Registrar.

Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

Dated: MAY 09, 2011

**24,163,808***************************
***24,163,808*************************
*****24,163,808***********************
*****24,163,808***********************
******24,163,808*********************

Countersigned Registered
NATIONAL STOCK TRANSFER, INC.
1512 South 1100 East
Salt Lake City, UT 84105

By
Authorized Signature

PRESIDENT

TREASURER

LEGAL ACCESS TECHNOLOGIES, INC.
CORPORATE Seal
NEVADA

4143

59271



NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT.
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA.

AUTHORIZED COMMON STOCK:
4,888,000,000 SHARES
PAR VALUE $0.001

NUMBER
1887

CUSIP NO. 92658Y 20 6

SHARES
20,202,020

# Videolocity
INTERNATIONAL, INC.

This Certifies that TJ MANAGEMENT GROUP, LLC

Is The Record Holder Of TWENTY MILLION TWO HUNDRED TWO THOUSAND TWENTY

Shares of **VIDEOLOCITY INTERNATIONAL, INC.** Common Stock

transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

Dated: 01-07-2011

SECRETARY

PRESIDENT

VIDEOLOCITY INTERNATIONAL, INC.
CORPORATE Seal
NEVADA

Countersigned & Registered:
Transfer Online, Inc.
512 SE Salmon St  Portland OR 97214
(503) 227-2950

Countersigned & Registered

By:
AUTHORIZED SIGNATURE OF TRANSFER AGENT AND REGISTRAR

C 83-420



C 031-422

NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT.
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA.

**Videolocity**
INTERNATIONAL, INC.

NUMBER
1889

AUTHORIZED COMMON STOCK:
4,888,000,000 SHARES
PAR VALUE: $0.001

STATE   20,202,020

CUSIP NO. 92658Y 20 6

**This Certifies that** TJ MANAGEMENT GROUP, LLC

Is The Record Holder Of TWENTY MILLION TWO HUNDRED TWO THOUSAND TWENTY

Shares of **VIDEOLOCITY INTERNATIONAL, INC.** Common Stock

transferable on the books of the Corporation by the holder hereof, in person or by duly authorized attorney, upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

Dated:   01-07-2011

SECRETARY

PRESIDENT

(Corporate Seal: VIDEOLOCITY INTERNATIONAL, INC. CORPORATE SEAL NEVADA)

Countersigned & Registered:
Transfer Online, Inc.
512 SE Salmon St  Portland OR 97214
(503) 227-2950

Countersigned & Registered

By:
AUTHORIZED SIGNATURE OF TRANSFER AGENT AND REGISTRAR

550 04778

NUMBER

**2039**
2039

SHARES

**25000000**

CUSIP NO. 92763N 10 3

# VIPR INDUSTRIES INC.
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

PAR VALUE $0.001
COMMON STOCK

**THIS CERTIFIES THAT** TJ MANAGEMENT LLC  2281  82

is the owner of

**25000000**

FULLY PAID AND NON-ASSESSABLE SHARES OF THE COMMON STOCK PAR VALUE OF $0.001 EACH OF

# VIPR INDUSTRIES INC.

transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar. Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

DATED:   05 / 27 / 2011

Countersigned and Registered:

SIGNATURE STOCK TRANSFER, INC.
(Plano, Texas) Transfer Agent

By



Authorized Signature



PRESIDENT/CEO

John Ricac
CFO

550-04778

NUMBER

2038 2038

SHARES

25000000



PAR VALUE $0.001
COMMON STOCK

CUSIP NO. 92763N 10 3

## VIPR INDUSTRIES INC.

INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

**THIS CERTIFIES THAT** T J MANAGEMENT LLC   2281   82

is the owner of   25000000

FULLY PAID AND NON-ASSESSABLE SHARES OF THE COMMON STOCK PAR VALUE OF $0.001 EACH OF

## VIPR INDUSTRIES INC.

transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar. Witness the facsimile signatures of the Corporation and the facsimile signatures of its duly authorized officers.

DATED:   05 / 27 / 2011

Countersigned and Registered:

By

SIGNATURE STOCK TRANSFER, INC.
(Plano, Texas) Transfer Agent

Authorized Signature



PRESIDENT/CEO

John Rica
CFO

550-84778

NUMBER

**2040**

2040

SHARES

1 0 6 8 5 3 4 4

PAR VALUE $0.001
COMMON STOCK

CUSIP NO. 92763N 10 3

# VIPR INDUSTRIES INC.
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

**THIS CERTIFIES THAT** TJ MANAGEMENT LLC    2281    82

is the owner of    1 0 6 8 5 3 4 4

FULLY PAID AND NON-ASSESSABLE SHARES OF THE COMMON STOCK PAR VALUE OF $0.001 EACH OF

# VIPR INDUSTRIES INC.

transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this Certificate
properly endorsed.  This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.
Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

DATED:    05/27/2011

Countersigned and Registered:

SIGNATURE STOCK TRANSFER INC.
(Plano, Texas) Transfer Agent



Authorized Signature

By

PRESIDENT/CEO

John Ricci
CFO

VIPR INDUSTRIES INC.
CORPORATE
Seal
NEVADA

NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT

INCORPORATED UNDER THE LAWS

OF THE STATE OF NEVADA

CUSIP NO. 39340N 10 6

**Shares**

11,376,317

**Green Star Energies Inc.**

OIL & GAS DEVELOPMENT

**Green Star Energies, Inc.**

3,000,000,000 AUTHORIZED COMMON SHARES

PAR VALUE: $0.0001

Number

**5027**

5027

TJ MANAGEMENT GROUP LLC

This Certifies that

Is the Record Holder of

ELEVEN MILLION THREE HUNDRED SEVENTY SIX THOUSAND THREE
HUNDRED SEVENTEEN

Shares of Green Star Energies, Inc. Common Stock

transferable on the books of the Corporation in person or by duly authorized attorney upon
surrender of this Certificate properly endorsed. This Certificate is not valid until
countersigned by the Transfer Agent and registered by the Registrar.

Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

05-09-2011

Date

By:

Authorized Signature

Countersigned & Registered:
**Transfer Online, Inc.**
512 SE Salmon St.
Portland, OR 97214
(503) 227-2950

CEO / CHAIRMAN - STEVE RACKLEY

Green Star Energies, Inc.
CORPORATE
Seal
NEVADA

5500-4778

CUSIP NO. 03834B 10 1

**Shares**
357,142,857

NOT VALID UNLESS COUNTERSIGNED BY TRANSFER AGENT

INCORPORATED UNDER THE LAWS

OF THE STATE OF NEVADA

**Number**
C 3304

C-3304

C 844-486

# APPTECH CORP.

7,500,000,000 AUTHORIZED COMMON SHARES
PAR VALUE: $0.0001

This Certifies that   TJ MANAGEMENT GROUP, LLC

Is the Record Holder of THREE HUNDRED FIFTY SEVEN MILLION ONE HUNDRED FORTY TWO
THOUSAND EIGHT HUNDRED FIFTY SEVEN

Shares of **APPTECH CORP.** Common Stock

transferable on the books of the Corporation in person or by duly authorized attorney upon
surrender of this Certificate properly endorsed. This Certificate is not valid until
countersigned by the Transfer Agent and registered by the Registrar.

Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

Date   04-13-2011



Countersigned & Registered:
**Transfer Online, Inc.**
512 SE Salmon St.
Portland, OR 97214
(503) 227-2950

By: _Authorized Signature_

PRESIDENT

APPTECH CORP.
CORPORATE
Seal
NEVADA

# Blue Diamond Ventures

INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA.

*261,088,030* SHARES

CUSIP NO. 09539R101

CERTIFICATE NUMBER

5399

PAR VALUE $0.001
COMMON STOCK

THIS CERTIFIES THAT

Is The Owner Of

*TJ MANAGEMENT GROUP, LLC*

*TWO HUNDRED SIXTY-ONE MILLION EIGHTY-EIGHT THOUSAND THIRTY*

FULLY PAID AND NON-ASSESSABLE SHARES OF THE COMMON STOCK PAR VALUE OF $0.001 EACH OF

## Blue Diamond Ventures

TRANSFERABLE ON THE BOOKS OF THE CORPORATION IN PERSON OR BY DULY AUTHORIZED ATTORNEY UPON SURRENDER OF THIS CERTIFICATE PROPERLY ENDORSED. THIS CERTIFICATE IS NOT VALID UNTIL COUNTERSIGNED BY THE TRANSFER AGENT AND REGISTERED BY THE REGISTRAR. WITNESS THE FACSIMILE SEAL OF THE CORPORATION AND THE FACSIMILE SIGNATURES OF ITS DULY AUTHORIZED OFFICERS.

DATED: 05/11/2011



John Quincey Moaning
President

Willard Pitts
Treasurer

BLUE DIAMOND VENTURES
Corporate
Seal
NEVADA



COUNTERSIGNED AND REGISTERED:
**ISLAND STOCK TRANSFER**
Transfer Agent

By _____
Authorized Signature

100 Second Avenue South, Suite 705S, St. Petersburg, FL, 33701
727.289.0010

NUMBER

**3809**
3809

SHARES

25000000

# ICOA, INC.
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO. 449292 30 9

PAR VALUE $0.0001
COMMON STOCK

**THIS CERTIFIES THAT**    TJ MANAGEMENT GROUP LLC    5150    1547

is the owner of    25000000

FULLY PAID AND NON-ASSESSABLE SHARES OF THE COMMON STOCK PAR VALUE OF $0.0001 EACH OF

# ICOA, INC.

transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar. Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

DATED:    01 / 04 / 2011

Countersigned and Registered:

By

SIGNATURE STOCK TRANSFER, INC.
(Plano, Texas) Transfer Agent



Authorized Signature

PRESIDENT

SECRETARY

ICOA, INC.
CORPORATE
seal
NEVADA

NUMBER

**3810**

3810

SHARES

2 5 0 0 0 0 0 0

# ICOA, INC.

INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

PAR VALUE $0.0001
COMMON STOCK

CUSIP NO. 449292 30 9

**THIS CERTIFIES THAT**   TJ MANAGEMENT GROUP LLC   5150   1547

is the owner of   2 5 0 0 0 0 0 0

FULLY PAID AND NON-ASSESSABLE SHARES OF THE COMMON STOCK PAR VALUE OF $0.0001 EACH OF

## ICOA, INC.

transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar. Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

PRESIDENT

SECRETARY

DATED:   01/04/2011

Countersigned and Registered:

By

SIGNATURE STOCK TRANSFER, INC.
(Plano, Texas) Transfer Agent

Authorized Signature

ICOA, INC.
CORPORATE
Seal
NEVADA

NUMBER

3811

3811

SHARES

25000000

# ICOA, INC.
INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO 449292 30 9

PAR VALUE $0.0001
COMMON STOCK

**THIS CERTIFIES THAT**   TJ MANAGEMENT GROUP LLC   5150   1547

is the owner of   25000000

FULLY PAID AND NON-ASSESSABLE SHARES OF THE COMMON STOCK PAR VALUE OF $0.0001 EACH OF

# ICOA, INC.

transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar. Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

DATED:   01/04/2011

Countersigned and Registered:

By

PRESIDENT

SECRETARY

SIGNATURE STOCK TRANSFER, INC.
(Plano, Texas) Transfer Agent

Authorized Signature



ICOA, INC. CORPORATE Seal NEVADA

NUMBER

**3812** 3812

SHARES

2 5 0 0 0 0 0 0

# ICOA, INC.

INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO. 449292 30 9

PAR VALUE $0.0001
COMMON STOCK

**THIS CERTIFIES THAT** TJ MANAGEMENT GROUP LLC   5150   1547

is the owner of   2 5 0 0 0 0 0 0

FULLY PAID AND NON-ASSESSABLE SHARES OF THE COMMON STOCK PAR VALUE OF $0.0001 EACH OF

## ICOA, INC.

transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar. Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

DATED:   0 1 / 0 4 / 2 0 1 1

Countersigned and Registered:

SIGNATURE STOCK TRANSFER, INC.
(Plano, Texas) Transfer Agent

By

Authorized Signature



PRESIDENT

SECRETARY

ICOA, INC.
CORPORATE
Seal
NEVADA

NUMBER

3813    3813

SHARES

25000000

# ICOA, INC.

INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

PAR VALUE $0.0001
COMMON STOCK

CUSIP NO. 449292 30 9

**THIS CERTIFIES THAT**    TJ MANAGEMENT GROUP LLC    5150    1547

is the owner of

25000000

FULLY PAID AND NON-ASSESSABLE SHARES OF THE COMMON STOCK PAR VALUE OF $0.0001 EACH OF

# ICOA, INC.

transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar. Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.



PRESIDENT

SECRETARY

DATED:    01 / 04 / 2011

Countersigned and Registered:

By

SIGNATURE STOCK TRANSFER, INC.
(Plano, Texas) Transfer Agent

Authorized Signature

ICOA, INC. CORPORATE Seal NEVADA

NUMBER

**3814**          3814

PAR VALUE $0.0001
COMMON STOCK

SHARES

**25000000**

CUSIP NO. 449292 30 9

# ICOA, INC.

INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

**THIS CERTIFIES THAT**     TJ MANAGEMENT GROUP LLC    5150    1547

is the owner of     **25000000**

FULLY PAID AND NON-ASSESSABLE SHARES OF THE COMMON STOCK PAR VALUE OF $0.0001 EACH OF

# ICOA, INC.

transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this Certificate
properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.
Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

PRESIDENT

SECRETARY

DATED:      01/04/2011

Countersigned and Registered:

By

SIGNATURE STOCK TRANSFER, INC.
(Plano, Texas) Transfer Agent

Authorized Signature



ICOA, INC.
CORPORATE
Seal
NEVADA

NUMBER

**3815**

3815

SHARES

**2 5 0 0 0 0 0 0**

CUSIP NO. 449292 30 9

# ICOA, INC.

INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

PAR VALUE $0.0001
COMMON STOCK

**THIS CERTIFIES THAT**    T J  M A N A G E M E N T  G R O U P  L L C     5 1 5 0     1 5 4 7

is the owner of      **2 5 0 0 0 0 0 0**

FULLY PAID AND NON-ASSESSABLE SHARES OF THE COMMON STOCK PAR VALUE OF $0.0001 EACH OF

# ICOA, INC.

transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar. Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

DATED:      **01/04/2011**

Countersigned and Registered:

SIGNATURE STOCK TRANSFER, INC.
(Plano, Texas) Transfer Agent



Authorized Signature

By



PRESIDENT

SECRETARY

NUMBER

3816

3816

SHARES

2 5 0 0 0 0 0 0

## ICOA, INC.

INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO 449292 20 9

PAR VALUE $0.0001
COMMON STOCK

**THIS CERTIFIES THAT**   TJ MANAGEMENT GROUP LLC   5150   1547

is the owner of

2 5 0 0 0 0 0 0

FULLY PAID AND NON-ASSESSABLE SHARES OF THE COMMON STOCK PAR VALUE OF $0.0001 EACH OF

## ICOA, INC.

transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar. Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

DATED:       01 / 04 / 2011

Countersigned and Registered:

By

SIGNATURE STOCK TRANSFER, INC.
(Plano, Texas) Transfer Agent

Authorized Signature

PRESIDENT

SECRETARY

ICOA, INC.
CORPORATE
Seal
NEVADA

NUMBER

**3817**    3817

SHARES

**25000000**

PAR VALUE $0.0001
COMMON STOCK

# ICOA, INC.

INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO. 449292 30 9

**THIS CERTIFIES THAT**    TJ MANAGEMENT GROUP LLC    5150    1547

is the owner of    **25000000**

FULLY PAID AND NON-ASSESSABLE SHARES OF THE COMMON STOCK PAR VALUE OF $0.0001 EACH OF

# ICOA, INC.

transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this Certificate
properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.
Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

DATED:    **01/04/2011**

Countersigned and Registered:

By

SIGNATURE STOCK TRANSFER, INC.
(Plano, Texas) Transfer Agent



Authorized Signature



PRESIDENT

SECRETARY

ICOA, INC.
CORPORATE
Seal
NEVADA

NUMBER

3818

3818

SHARES

25000000

PAR VALUE $0.0001
COMMON STOCK

# ICOA, INC.

INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO. 449292 30 9

**THIS CERTIFIES THAT**   TJ MANAGEMENT GROUP LLC   5150   1547

is the owner of

25000000

FULLY PAID AND NON-ASSESSABLE SHARES OF THE COMMON STOCK PAR VALUE OF $0.0001 EACH OF

# ICOA, INC.

transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar. Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.



PRESIDENT

SECRETARY

DATED:   01/04/2011

Countersigned and Registered

By

SIGNATURE STOCK TRANSFER, INC.
(Plano, Texas) Transfer Agent



Authorized Signature

ICOA, INC.
CORPORATE
Seal
NEVADA

NUMBER

3819          3819

SHARES

2 5 0 0 0 0 0 0

PAR VALUE $0.0001
COMMON STOCK

## ICOA, INC.

INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO. 449292 30 9

THIS CERTIFIES THAT        TJ MANAGEMENT GROUP LLC      5150      1547

is the owner of            2 5 0 0 0 0 0 0

FULLY PAID AND NON-ASSESSABLE SHARES OF THE COMMON STOCK PAR VALUE OF $0.0001 EACH OF

## ICOA, INC.

transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this Certificate
properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.
Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

DATED:        01/04/2011

Countersigned and Registered:

By

PRESIDENT

SECRETARY

SIGNATURE STOCK TRANSFER, INC.
(Plano, Texas) Transfer Agent

Authorized Signature

ICOA, INC.
CORPORATE
Seal
NEVADA

NUMBER

**3820**

SHARES

**2777777**

# ICOA, INC.

INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

CUSIP NO. 44929230 9

PAR VALUE $0.0001
COMMON STOCK

**THIS CERTIFIES THAT**     TJ MANAGEMENT GROUP LLC     5150     1547

is the owner of     **2777777**

FULLY PAID AND NON-ASSESSABLE SHARES OF THE COMMON STOCK PAR VALUE OF $0.0001 EACH OF

# ICOA, INC.

transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar. Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

DATED:     **01/04/2011**

Countersigned and Registered:

By

SIGNATURE STOCK TRANSFER, INC.
(Plano, Texas) Transfer Agent


Authorized Signature


PRESIDENT

SECRETARY

ICOA, INC.
CORPORATE
Seal
NEVADA