UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/2023
```

YEHUDA SIGALIT,

      Plaintiff,

-against-

JOSSEF KAHLON,

      Defendant.

JOSSEF KAHLON,

      Counterclaim-Plaintiff,

-against-

YEHUDA SIGALIT and AVRAHAM YEHUDA,

      Counterclaim-Defendants.

21 Civ. 8921 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The Court has reviewed the parties' letters dated January 23 and 30, 2023. ECF Nos. 58–59. Accordingly:

1. Sigalit's request to file a cross-motion for summary judgment is GRANTED;
2. By **February 21, 2023**, Sigalit shall file her joint opposition and cross-motion for summary judgment; and
3. By **March 14, 2023**, Kahlon shall file his joint opposition and reply, if any.

SO ORDERED.

Dated: January 31, 2023
   New York, New York

                     _____
                       ANALISA TORRES
                    United States District Judge