UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

YEHUDA SIGALIT,                                    Case No.: 1:21-cv-08921(AT)

          Plaintiff,

-against-                                          PROPOSED
                                           ORDER TO SHOW CAUSE

JOSSEF KAHLON,

          Defendant.
------------------------------------------------------------x
JOSSEF KAHLON,

          Counterclaim-Plaintiff,

-against-

YEHUDA SIGALIT AND AVRAHAM YEHUDA,

          Counterclaim-Defendants.
------------------------------------------------------------x

      Upon the declarations of Richard S. Naidich and Robert P. Johnson sworn to on February 13, 2023, it is hereby:

      ORDERED, that Jossef Kahlon, and the parties to this action and/or their counsel shall show cause before a motion term of this Court, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, or by videoconference, on _____, 2023 at _____ o'clock am/pm thereof, or a soon as the parties and counsel may be heard, why an order should not be issued pursuant to Local Rule 1.4 permitting Richard Stephen Naidich and Robert Philip Johnson to withdraw from representing Jossef Kahlon, and it is hereby

ORDERED, that good cause having been shown, service of a copy of this order and the annexed declarations of Richard S. Naidich and Robert P. Johnson shall be made upon Jossef Kahlon at his regularly used email address known to counsel, on or before _____, 2023, which shall be deemed good and sufficient service thereof.

Dated: New York, New York
       February _____, 2023

_____
Hon Analisa Torres

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
YEHUDA SIGALIT,                                                                   Case No.: 1:21-cv-08921(AT)

                Plaintiff,

-against-                                                                                    DECLARATION OF RICHARD S.
                                                                                    NAIDICH IN SUPPORT OF
                                                                                     MOTION TO WITHDRAW

JOSSEF KAHLON,

                Defendant.
-------------------------------------------------------------------X
JOSSEF KAHLON,

                Counterclaim-Plaintiff,

-against-

YEHUDA SIGALIT AND AVRAHAM YEHUDA,

                Counterclaim-Defendants.
-------------------------------------------------------------------X

       Richard Naidich, an attorney admitted and in good standing to practice before this Court, hereby declares under penalties of perjury:

       1.    I am a principal of Naidich Wurman LLP. counsel to defendant Jossef Kahlon.

       2.    Pursuant to Local Civil Rule 1.4 and Section 1.16 (c) of the Rules of Professional Conduct, I seek on behalf of this Firm to withdraw from representing Jossef Kahlon and Jossef Kahlon has indicated his consent to the withdrawal, and he obtained replacement counsel. Further details may be provided in-camera should the Court require.

       3.    Pursuant to Rule 1.16 (c)(1), withdrawal can be accomplished without material adverse effect on the interest of the client, or delay of the proceedings. The parties have completed

discovery and depositions and defendant Kahlon's replacement counsel is actively engaged in motion practice and has completely undertaken the representation of my former client. There is no necessity for myself or my firm to be involved in this action.

4. This Firm does not intend to assert a charging or retaining lien in this case and has already turned over our file to new counsel, who has replaced my firm pursuant to a Consent to Change Attorney.

5. I regularly communicate with Mr. Kahlon at his personal e-mail address.

Dated: New York, New York
February 13, 2023

Richard S. Naidich, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YEHUDA SIGALIT,                                    Case No.: 1:21-cv-08921(AT)

               Plaintiff,

-against-                                          DECLARATION OF ROBERT P.
                                                                         JOHNSON
                                                                         NAIDICH IN SUPPORT OF
                                                                          MOTION TO WITHDRAW

JOSSEF KAHLON,

               Defendant.
-----------------------------------------------------------------X
JOSSEF KAHLON,

               Counterclaim-Plaintiff,

-against-

YEHUDA SIGALIT AND AVRAHAM YEHUDA,

               Counterclaim-Defendants.
-----------------------------------------------------------------X

    Robert P. Johnson, an attorney admitted and in good standing to practice before this Court, hereby declares under penalties of perjury:

    1.    I am of counsel to Naidich Wurman LLP. counsel to defendant Jossef Kahlon.

    2.    Pursuant to Local Civil Rule 1.4 and Section 1.16 (c) of the Rules of Professional Conduct, I seek on behalf of this Firm to withdraw from representing Jossef Kahlon and Jossef Kahlon has indicated his consent to the withdrawal, and he obtained replacement counsel. Further details may be provided in-camera should the Court require.

3.   Pursuant to Rule 1.16 (c)(1), withdrawal can be accomplished without material adverse effect on the interest of the client, or delay of the proceedings. The parties have completed discovery and depositions and defendant Kahlon's replacement counsel is actively engaged in motion practice and has completely undertaken the representation of my former client. There is no necessity for myself or my firm to be involved in this action.

4.   This Firm does not intend to assert a charging or retaining lien in this case and has already turned over our file to new counsel, who has replaced my firm pursuant to a Consent to Change Attorney.

5.   I regularly communicate with Mr. Kahlon at his personal e-mail address.

Dated: New York, New York
       February 13, 2023

_____
Robert P. Johnson, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YEHUDA SIGALIT,                            Case No.: 1:21-cv-08921(AT)

        Plaintiff,

-against-                                              ORDER

JOSSEF KAHLON,

        Defendant.
-----------------------------------------------------------------X
JOSSEF KAHLON,

        Counterclaim-Plaintiff,

-against-

YEHUDA SIGALIT AND AVRAHAM YEHUDA,

        Counterclaim-Defendants.
-----------------------------------------------------------------X

ORDERED that upon consent of the Parties, Richard S. Naidich and Robert P. Johnson request to withdraw from representing defendant/third-party counterclaim plaintiff Jossef Kahlon is GRANTED.

Dated: New York, New York
       February _____, 2023

                                                           _____
                                                           Hon Analisa Torres, U.S. D.J.