```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
YEHUDA SIGALIT,

          Plaintiff,

-against-

JOSSEF KAHLON,

          Defendant.
-------------------------------------------------------------x
JOSSEF KAHLON,

          Counterclaim-Plaintiff,

-against-

YEHUDA SIGALIT AND AVRAHAM YEHUDA,

          Counterclaim-Defendants.
-------------------------------------------------------------x

Case No.: 1:21-cv-08921(AT)

ORDER

      ORDERED that upon consent of the Parties, Richard S. Naidich and Robert P. Johnson request to withdraw from representing defendant/third-party counterclaim plaintiff Jossef Kahlon is GRANTED. The Clerk of Court is directed to terminate Richard S. Naidich and Robert P. Johnson from the docket.

Dated: February 14, 2023
      New York, New York

                                      ANALISA TORRES
                                      United States District Judge