UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

| | |
|---|---|
| SIGALIT YEHUDA, | : |
| | : 21-cv-08921 (AT) |
| Plaintiff, | : |
| | : |
| v. | : **NOTICE OF CROSS-MOTION** |
| | : **FOR SUMMARY JUDGMENT** |
| JOSSEF KAHLON | : |
| | : |
| Defendant/Counterclaim Plaintiff, | : |
| | : |
| v. | : |
| | : |
| AVRAHAM YEHUDA, | : |
| | : |
| Counterclaim Defendant. | : |
| | : |

-------------------------------------------------------------------x

**PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Avraham Yehuda, dated March 15, 2023, Declaration of Steven R. Haffner, of same date, with exhibits; and Memorandum of Law, dated of same date; and upon all prior proceedings had herein, Plaintiff, by her attorneys, Gordon & Haffner, LLP, will move this Court before the Honorable Analisa Torres, at a time and date to be set by the Court, at the United States Courthouse, located at 500 Pearl Street, Courtroom 15D, New York, New York, for an order pursuant to Fed. R. Civ. Proc. 56, granting Plaintiff's cross-motion for summary judgment for an interlocutory judgment of accounting directing Defendant to provide Plaintiff with a verified statement of account of all of Defendant's dealings with the parties' company, TJ Management Group, LLC, and with its property and earnings during the period November 15, 2004 to date the accounting is provided;

and awarding Plaintiff such other and further relief as this Court deems just and proper.

Dated: March 15, 2023

                                     **GORDON & HAFFNER, LLP**
                                     *Attorneys for Plaintiff*

                                     By: /s/ *Steven R. Haffner*
                                           Steven R. Haffner, Esq.
                                           480 Mamaroneck Avenue
                                           Harrison, New York 10528
                                           (718) 631-5678

**LAW OFFICE OF DANIEL L. ABRAMS, PLLC**
1250 Broadway, 36th Floor
New York, NY 10001
Phone: (646) 821-4575

*Attorneys for Defendant*