**GORDON & HAFFNER, LLP**
**Attorneys at Law**
480 Mamaroneck Avenue
Harrison, New York 10528
----------
(718) 631-5678

April 29, 2021

<u>VIA</u> <u>EMAIL</u>: dslarskey@slarskey.com

Mr. Jossef Kahlon
c/o David Neal Slarskey, Esq.
Slarskey LLC
420 Lexington Avenue, Suite 2525
New York, New York 10170

Re:   *<u>TJ Management Group, LLC: Jossef Kahlon and Yehuda Sigalit, Members</u>*

Dear Mr. Slarskey:

    We represent Yehuda Sigalit, a 50% member of TJ Management Group, LLC and write, on her behalf, to demand that her co-member, Jossef Kahlon ("Kahlon"), provide a verified statement of account of all of Kahlon's dealings with TJ Management Group, LLC ("TJMG"), and its property and earnings during the period November 15, 2004 to the present, including but not limited to:

(a) all distributions, dividends, salary, compensation or other monies taken or received by Kahlon (or by anyone at his direction); and,

(b) all monies paid by TJMG to third parties for services rendered to, or for benefits received by, Kahlon (or to anyone at his direction) in connection with TJMG.

    Please mail the requested accounting to the undersigned at the above address and a copy by email, on or before May 11, 2021. All further rights are reserved.

                                        Sincerely,

                                /s/ *<u>Steven R. Haffner</u>*
                                  Steven R. Haffner