UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| SIGALIT YEHUDA | : |
| Plaintiff, | : |
| v. | : 21-cv-08921 (AT) |
| JOSSEF KAHLON, | : |
| Defendant/Counterclaim Plaintiff | : |
| v. | : |
| AVRAHAM YEHUDA | : |
| Counterclaim Defendant | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF MOTION FOR PARTIAL RECONSIDERATION**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Motion for Reconsideration, and with reference to the prior summary judgment record only, and such other and further papers and proceedings as may be filed or had, Defendant Counterclaim Plaintiff Yossef Kahlon ("Kahlon"), by and through counsel, will move this Court, before the Honorable Analisa Torres, at the United States Courthouse, 500 Pearl Street, Courtroom 15D, New York, NY 10007, at a time and date to be determined by the Court, for an order pursuant to Federal Rule of Civil Procedure 54(b) and Local Rule 6.3, reconsidering in part the Court's August 30, 2023 Order, to the extent the Order contained a finding that there was $10 million in consideration that Kahlon or his company "indisputably received in relation to the property, regardless of whether the sale actually occurred," and upon reconsideration, amending its Order to omit the aforementioned factual finding, and for such further relief as the Court deems just and proper.

Dated: September 13, 2023

                                  LAW OFFICE OF DANIEL L. ABRAMS, PLLC
                                  1250 Broadway, 36th Floor
                                  New York, NY 10001
                                  Phone: (646) 821-4575

                                  By: *Daniel Abrams*
                                        Daniel L. Abrams