```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YEHUDA SIGALIT,

        Plaintiff,

-against-

JOSSEF KAHLON,

        Defendant/Counterclaim Plaintiff,

-against-

AVRAHAM YEHUDA,

        Counterclaim Defendant.

21 Civ. 8921 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 30, 2023, the Court denied Defendant Jossef Kahlon's motion for summary judgment. ECF No. 82. The Court denied Kahlon's motion for partial reconsideration on December 14, 2023. ECF No. 90.

    Accordingly, by **February 26, 2024**, the parties shall submit a joint letter updating the Court on the status of settlement negotiations and whether the parties intend to proceed to trial. If the parties intend to proceed to trial, the letter shall include the parties' blackout dates in the second and third quarters of 2024.

    SO ORDERED.

Dated: February 12, 2024
      New York, New York

_____
ANALISA TORRES
United States District Judge