UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIGALIT YEHUDA | : |
|     Plaintiff, | : |
| v. | 21-cv-08921 (MMG) |
| JOSSEF KAHLON, | NOTICE OF MOTION TO WITHDRAW |
|     Defendant/Counterclaim Plaintiff | : |
| v. | : |
| AVRAHAM YEHUDA | : |
|     Counterclaim Defendant | : |

PLEASE TAKE NOTICE that, upon the accompanying Declaration dated February 26, 2024, and the accompanying Memorandum of Law, I hereby move this Court, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and New York Rule of Professional Conduct 1.16, for an Order permitting my withdrawal as counsel for Jossef Kahlon in the above-captioned action. A proposed order granting the motion to withdraw is annexed hereto.

Dated: February 26, 2024

                                LAW OFFICE OF DANIEL L. ABRAMS, PLLC

                                *Daniel Abrams*
                                By: Daniel L. Abrams (DA 7258)
                                Attorney for Jossef Kahlon
                                1250 Broadway, 36th Floor
                                New York, New York, 10001
                                (646) 821-4575