UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SIGALIT YEHUDA                                    :
                                                  :
        Plaintiff,                                :
                                                  :
                    v.                            : 21-cv-08921 (MMG)
                                                  :
JOSSEF KAHLON,                                    : DECLARATION OF DANIEL L.
                                                  : ABRAMS IN SUPPORT OF MOTION
        Defendant/Counterclaim Plaintiff          : TO WITHDRAW
                                                  :
                    v.                            :
                                                  :
AVRAHAM YEHUDA                                    :
                                                  :
        Counterclaim Defendant                    :

_____ x

Daniel L. Abrams, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746:

   1.  I am an attorney duly admitted to this Court and am representing the

Defendant/Counterclaim-Plaintiff in this matter. I make this motion seeking leave to withdraw as

the attorney for the Defendant/Counterclaim-Plaintiff, Jossef Kahlon.

   2.  The relationship between Mr. Kahlon and I has irretrievably broken down, become

acrimonious, and has deteriorated to the extent that it will be unreasonably difficult for me to

continue representing Mr. Kahlon.

   3.  Pursuant to Local Civil Rule 1.4:

        An attorney who has appeared as attorney of record for a party may be relieved . . . only

        by order of the Court . . . . Such an order may be granted only upon a showing by

        affidavit or otherwise of satisfactory reasons for withdrawal . . . and the posture of the

        case, including its position, if any, on the calendar and whether or not the attorney is

        asserting a retaining or charging lien. All applications to withdraw must be served upon

        the client and (unless excused by the Court) upon all other parties.

4.   This case is not presently on a trial calendar, though the Court has asked the parties and Counsel for their availability for a trial in the Second and Third Quarters of 2024.

5.   I assert a retaining lien for an unpaid and overdue invoice from January, 2024, as well as the legal work I have done in February of 2024, which has not yet been included on an invoice.  While the overdue balance is substantial, I am *not* moving to withdraw based on Mr. Kahlon's failure to pay on time.

6.   If required I am prepared to make an *in camera* submission which will demonstrate irreconcilable differences between Mr. Kahlon and I, and that it is unreasonably difficult for me to carry out my employment effectively.  That being said, as shown in the accompanying Memorandum of Law, the Court can grant this Motion without becoming privy to the specifics of my conflict with Mr. Kahlon.

7.   I have advised Mr. Kahlon to secure replacement counsel.  Mr. Kahlon is looking for other Counsel and wishes to be represented by somebody else.  Mr. Kahlon should, in my view, have at least 30 days to secure replacement counsel.

8.   I have served this motion on Mr. Kahlon at his home address via FedEx.  I have also e-mailed this motion to him at the e-mail address I regularly use to communicate with him.

9.   I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 26, 2024

By: *Daniel Abrams*

Daniel L. Abrams (DA 7258)