UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SIGALIT YEHUDA                             :
                                           :
    Plaintiff,                             :
                                           :
                v.                       :  21-cv-08921 (MMG)
                                           :
JOSSEF KAHLON,                             :  MEMORANDUM OF LAW
                                           :  SUPPORTING MOTION TO
    Defendant/Counterclaim Plaintiff       :  WITHDRAW
                                           :
                v.                       :
                                           :
AVRAHAM YEHUDA                             :
                                           :
    Counterclaim Defendant                 :
                                           :
_____x

    As discussed in the accompanying Declaration of Daniel L. Abrams, the relationship between Mr. Kahlon and the undersigned has irretrievably broken down, become acrimonious, and has deteriorated to the extent that it will be unreasonably difficult for the undersigned to continue representing Mr. Kahlon.

    The "existence of an irreconcilable conflict between attorney and client is a proper basis for an attorney to cease representing his client." *Generale Bank, New York Branch v. Wassell*, No. 91 Civ. 1768 (PKL), 1992 WL 42168, at *1 (S.D.N.Y. Feb. 24, 1992) (granting withdrawal even though "the Court is not privy to the specifics of the conflict between (attorney and client)"); *Preeya v. Fancy 57 Cleaners, Inc.*, No. 11 Civ. 1522 (RJS), 2012 WL 12884417, at *1 (S.D.N.Y. Sept. 24, 2012) ("It is well-established that irreconcilable differences are a proper basis for withdrawal[.]") (internal citations and quotation marks omitted); *Cantineri v. Carrere*, 964 N.Y.S.2d 439, 439-440 (4th Dept. 2013) (applying Rule 1.16(c)(7) of the New York Rules of Professional Conduct); accord *Naguib v. Pub. Health Solutions*, No. 12–CV–2561, 2014 WL

2002824, at *1 (E.D.N.Y. May 15, 2014). The Court does not need to become privy to the details of the attorney-client dispute in order to grant a motion to withdraw based on an irreconcilable conflict. *See Generale Bank, New York Branch, supra,* at *1.

Dated: February 26, 2024

                              LAW OFFICE OF DANIEL L. ABRAMS, PLLC

*Daniel Abrams*
By: Daniel L. Abrams (DA 7258)
Attorney for Jossef Kahlon
1250 Broadway, 36th Floor
New York, New York, 10001
(646) 821-4575