

1250 Broadway<br>36th Floor<br>New York, NY 10001

February 26, 2024

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Sigalit Yehuda v. Jossef Kahlon, 21-cv-08921 (MMG)**

Dear Judge Garnett:

    I represent the Defendant and Counterclaim Plaintiff Jossef Kahlon ("Kahlon") in the above-captioned case, and write jointly with Counsel for the Plaintiff and Counterclaim Defendants, as contemplated in Judge Torres' Order dated February 12, 2024.

    Earlier today I filed a Motion to Withdraw from the representation of Kahlon. The parties jointly request that the trial date be set after this Motion is decided, to allow, if the Motion is granted, incoming counsel an opportunity to weigh in on the matters which are the subject of the requested joint letter.

                                   Respectfully submitted,

                                   *Daniel Abrams*
                                   Daniel L. Abrams

cc: Steven Haffner, Esq.

Phone: 646-821-4575
Fax: 646-536-8905
www.lawyerquality.com
E-mail: dan@lawyerquality.com