USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

SIGALIT YEHUDA

    Plaintiff,

        v.

JOSSEF KAHLON,

    Defendant/Counterclaim Plaintiff

        v.

AVRAHAM YEHUDA

    Counterclaim Defendant

------------------------------------x

21-cv-08921 (MMG)

[Proposed] ORDER PERMITTING WITHDRAWAL OF COUNSEL

Upon receiving the Motion to Withdraw of Daniel L. Abrams as Counsel for Defendant/Counterclaim-Plaintiff Jossef Kahlon (the "Motion"), the supporting Memorandum of Law, and the Declaration of Daniel L. Abrams in Support of the Motion, and good cause appearing, IT IS ORDERED that the Motion to Withdraw Daniel L. Abrams as Counsel for Defendant and Counterclaim-Plaintiff Jossef Kahlon, is GRANTED, and IT IS FURTHER ORDERED that the Clerk of the Court is directed to remove Daniel L. Abrams from all future ECF notifications in this matter.

Dated: February 26, 2024

Hon. Margaret M. Garnett
United States District Court Judge