UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YEHUDA SIGALIT,

                Plaintiff,

-against-

JOSSEF KAHLON,

                Defendant.

JOSSEF KAHLON,

                Counterclaim Plaintiff,

-against-

YEHUDA SIGALIT and AVRAHAM YEHUDA,

                Counterclaim Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/26/2024

21-CV-08921 (MMG) (JC)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      It is hereby ORDERED that defendant Jossef Kahlon must secure replacement counsel no later than **April 15, 2024**.  Within 30 days of new counsel filing a notice of appearance, counsel for all parties are directed to submit a joint letter, not to exceed three single-spaced pages, updating the Court on the status of any settlement discussions and whether the parties intend to proceed to trial.  If the parties intend to proceed to trial, the letter shall include the parties' estimated length of trial and counsels' blackout dates from September 3, 2024, through March 31, 2025.

      All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated:  March 26, 2024
         New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge