UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YEHUDA SIGALIT,

        Plaintiff,

   -against-

JOSSEF KAHLON,

        Defendant.

JOSSEF KAHLON,

        Counterclaim Plaintiff,

   -against-

YEHUDA SIGALIT and AVRAHAM YEHUDA,

        Counterclaim Defendants.

21-CV-08921 (MMG) (JC)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

  As discussed and for the reasons stated at the May 28 conference, it is hereby ORDERED that Defendant shall file a verified statement of accounting and any supporting documents on or before **September 30, 2024**, and Plaintiff shall file any objections on or before **November 15, 2024**.

  It is further ORDERED that the remaining counterclaims in this case shall be set for trial starting on **Monday, February 3, 2025**. If the Defendant intends to claim a right to a jury trial as to the remaining counterclaims, he shall file a letter on the docket so stating, no later than **June 11, 2024**. If such a letter is filed, Plaintiff shall file a letter-response no later than **June 21, 2024**. The Court shall issue a separate scheduling order regarding the dates and deadlines for the parties' pre-trial materials and Final Pretrial Conference upon determining whether a trial on the counterclaims will be heard by a jury or by the Court.

Dated: May 29, 2024
    New York, New York

                  SO ORDERED.

                  MARGARET M. GARNETT
                  United States District Judge