UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YEHUDA SIGALIT,

                Plaintiff,

-against-

JOSSEF KAHLON,

                Defendant.

---

JOSSEF KAHLON,

                Counterclaim Plaintiff,

-against-

YEHUDA SIGALIT and AVRAHAM YEHUDA,

                Counterclaim Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2024

21-CV-08921 (MMG) (JC)

**TRIAL SCHEDULING ORDER**

---

MARGARET M. GARNETT, United States District Judge:

      It is hereby ORDERED that this matter is scheduled for jury trial beginning **Monday, February 10, 2025, at 9:30 a.m. That trial date should be treated as a firm date.** (If counsel fails to bring conflicts with the trial date involving any and all witnesses to the Court's attention within the next three business days, no adjournments will be granted in the future on that basis, absent a true emergency.) The parties are advised that the trial date will not be adjourned on account of a settlement in principle; put differently, unless the parties (1) file a stipulation of dismissal or settlement; or (2) appear in person to put the material terms of a settlement on the record (and the Court approves the settlement to the extent that such approval is required), the parties should be prepared to go to trial as scheduled. The jury day will typically run from 9:30 a.m. until 5:00 p.m. However, once a jury has been selected, counsel should expect to be present in court beginning at 9:00 a.m. and shall be available after 5:00 p.m. to discuss scheduling and any disputed matters that may arise.

      Counsel are referred to Sections V and VI of the Court's Individual Rules & Practices (available at https://nysd.uscourts.gov/hon-margaret-m-garnett) ("Individual Rules"), which govern pre-trial procedures and related filings, as well as trial procedures.

      It is further ORDERED that the parties must file a Joint Pretrial Order, in accordance with Rule V(A)(1) of the Court's Individual Rules, on or before **January 6, 2025.**

      It is further ORDERED that, in accordance with Rule V(A) and Rule V(B) of the Court's Individual Rules, on or before **January 6, 2025**, parties shall also file and serve all required pretrial filings, including motions addressing any evidentiary issues or other matters that should be resolved *in limine*, and joint requests to charge, a joint proposed verdict sheet, and joint

2

proposed *voir dire* questions. All motions *in limine* must comply with Rule V(A)(2) of the Individual Rules. Any party wishing to file a motion *in limine* must first confer in good faith with the opposing party in an effort to resolve the dispute; all motions *in limine* must include a representation that the meet-and-confer process occurred and was unsuccessful. Absent leave of the Court, each party must file a single memorandum of law in support of *all* motions *in limine* filed by that party.

It is further ORDERED that, in accordance with Rule V(A)(2) of the Individual Rules, responses to motions *in limine* are due within one week of the filing of the motion *in limine*; no reply briefs shall be filed.

It is further ORDERED that, in accordance with Rule V(D)(2) of the Court's Individual Rules, the parties shall email to the Court and to opposing counsel by **10:00 a.m. on February 7, 2025,** an electronic copy of each exhibit sought to be admitted (with each filename corresponding to the relevant exhibit number — *e.g.*, "PX-1," "DX-1," etc.). If the files are too large for submission by email, the parties shall send a file-transfer link containing the files to the Court and to opposing counsel. In accordance with Rule V(D)(2) of the Court's Individual Rules, by **10:00 a.m. on February 7, 2025,** the parties shall also provide the Court with physical copies of the exhibit list (*see* Rule V(D)(1) of the Court's Individual Rules) and the documentary exhibits. Each hard copy shall be pre-marked (that is, with an exhibit sticker).

It is further ORDERED that counsel for all parties shall appear for a final pretrial conference on **Monday, January 27, 2025, at 9:30 a.m.**, in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. It is further ORDERED that prior to the final pretrial conference, counsel for both parties, along with the parties themselves, shall meet in person for at least one hour to discuss settlement of this matter.

It is further ORDERED that if the parties wish to have another settlement conference before Magistrate Judge Cott, they should contact his chambers **promptly** to schedule a settlement conference as soon as Judge Cott's schedule permits.

Counsel are further referred to Rule V(E)(2) of the Individual Rules regarding a technology walkthrough and test. Counsel are required to contact the Courtroom Deputy by no later than **January 27, 2025,** to make the necessary arrangements.

Dated: July 22, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge