

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2024
```

Minyao Wang
77 Water Street, Suite 2100
New York, New York 10005
Minyao.Wang@lewisbrisbois.com
Direct: 646.989.9428

September 25, 2024

**VIA ECF**
Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, NY 10007

Re:  **Unopposed Extension Request in *Sigalit Yehuda v. Jossef Kahlon* 21-cv-08921 (MMG) (JC)**

Dear Judge Garnett:

I am counsel to Defendant Kahlon in the above-entitled action and I write with the consent of Plaintiffs' counsel, Steven Haffner. Pursuant to this Court's May 29, 2024 Order, Mr. Kahlon is required to file a verified statement of accounting by September 30, 2024 and Plaintiffs are required to file any responses by November 15, 2024 (*See* ECF. No. 102).

Due to competing professional and personal obligations for myself and my co-counsel, David Haft, it is necessary to seek an adjournment of these deadlines. I have discussed this situation with Mr. Haffner. Mr. Haffner states that he does not oppose an extension of the September 30, 2024 deadline to **October 18, 2024**, which takes into account the Rosh Hashanah and Yom Kippur religious holidays. Plaintiff's response deadline is adjourned from November 15, 2024 to **December 11, 2024**.

This is the parties' first request for an extension of these deadlines.

I thank the Court for its consideration.

Respectfully,

Minyao Wang of
LEWIS BRISBOIS BISGAARD & SMITH LLP

---

Application GRANTED. It is hereby ORDERED that Defendant's verified statement of accounting shall be due no later than **October 18, 2024** and Plaintiff's responses thereto, if any, shall be due on or before **December 11, 2024**. The Clerk of Court is respectfully directed to terminate Dkt. No. 107.

SO ORDERED. Dated September 26, 2024

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE