UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YEHUDA SIGALIT,<br><br>    Plaintiff,<br><br>  -against-<br><br>JOSSEF KAHLON,<br><br>    Defendant.<br><br>JOSSEF KAHLON,<br><br>    Counterclaim Plaintiff,<br><br>  -against-<br><br>YEHUDA SIGALIT and AVRAHAM YEHUDA,<br><br>    Counterclaim Defendants. | Case No. 21-CV-08921 (MMG) (JC) |

  Mr. Jossef Kahlon certifies through undersigned counsel and pursuant to this Court's May 29, 2024 Order (ECF No. 102) that he has produced to Plaintiffs relevant financial documents reasonably available to him.  Mr. Kahlon submits that the produced documents are self-explanatory and no further elaboration is required.  Mr. Kahlon is willing to meet and confer with Plaintiffs to address any outstanding issues.

DATED: October 18, 2024    **LEWIS BRISBOIS BISGAARD & SMITH LLP**
                  Fort Lauderdale, Florida 33301
                  Telephone: (954) 728-1280
                  Facsimile: (954) 678-4090
                  By:/s/ *David H. Haft* _____
                  David H. Haft, Esq.
                  david.haft@lewisbrisbois.com