**GORDON & HAFFNER, LLP**
Attorneys at Law
480 Mamaroneck Avenue
Harrison, New York 10528
----------
(718) 631-5678

December 11, 2024

VIA ECF

Hon. Margaret M. Garnett
United States District Judge
United States District Court,
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, NY 10007

      Re:    <u>*Sigalit Yehuda v. Jossef Kahlon*, 21-cv-08921 (MG)</u>

Dear Judge Garnett:

      We represent the Plaintiff and Counterclaim Defendant Sigalit Yehuda and Counterclaim Avraham Yehuda ("Yehuda Parties") in the above-referenced case.

      Counsel write to jointly request that, prior to any referral to a referee of Defendant's accounting, that counsel be given ten days to resolve their dispute over whether Defendant's accounting (DE #109) complied with Judge Torres August 30, 2023 Order (DE #82) granting Plaintiff summary judgment on their accounting claim and directing Defendant to provide an accounting.

      The Court's consideration of this request is appreciated.

                                                      Respectfully,

                                                      /s/ <u>*Steven R. Haffner*</u>
                                                         Steven R. Haffner

cc.:    Minyao Wang, Esq.    (via ECF and email)
         David Haft, Esq.      (via ECF and email)

---

Request GRANTED. By **December 23, 2025**, the parties are directed to file a joint letter regarding the status of their dispute regarding Defendant's accounting. This Order does not impact any other dates or deadlines in this action, including pre-trial or trial dates and deadlines.

SO ORDERED. Date 12/16/2024

HON. MARGARET M. GARNETT
U.S. DISTRICT JUDGE