UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YEHUDA SIGALIT,

                Plaintiff,

-against-

JOSSEF KAHLON,

                Defendant.

JOSSEF KAHLON,

                Counterclaim Plaintiff,

-against-

YEHUDA SIGALIT and AVRAHAM YEHUDA,

                Counterclaim Defendants.

21-CV-08921 (MMG) (JC)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2025

MARGARET M. GARNETT, United States District Judge:

      As discussed and for the reasons stated during the February 25, 2025 conference, it is hereby ORDERED that Plaintiff-Counterclaim Defendants shall file their anticipated motion for contempt, including any motion regarding any further prayer for relief or request for a dispositive judgment on the claims in this action, no later than **April 25, 2025**. Defendant-Counterclaim Plaintiff Jossef Kahlon's opposition shall be due **May 23, 2025**, and Plaintiff-Counterclaim Defendants reply in support of their motion shall be due **June 6, 2025**.

      It is further ORDERED that Mr. Kahlon shall file a sworn affidavit, under penalty of perjury, attaching any relevant supporting documentation, regarding the reason why he was not present at the February 25 conference, by no later than **Friday, February 28, 2025**. Mr. Kahlon's failure to appear was in violation of the Court's orders at the January 10, 2025 conference, at which the Court ordered that Mr. Kahlon must appear in person at the next conference if he had not fully complied with Judge Torres' August 30, 2023 Order (Dkt. No. 82) and with the Court's orders regarding production of documents and provision of a satisfactory affidavit, made at the January 10, 2025 conference. It appears that Mr. Kahlon was well-aware that he was required to be present at the February 25 conference, because counsel represented that he was able to attend and intended to be present, were it not for a personal emergency that arose only the morning of the conference.

      As discussed at the February 25 conference, Mr. Haft, counsel for Mr. Kahlon, is further ORDERED to update his ECF account so that his address, firm affiliation, and other contact information is accurate on the docket, by **February 28, 2025**.

      Finally, it is further ORDERED that Mr. Haft, counsel for Mr. Kahlon, must **promptly** order a copy of the transcript of the February 25 conference and review the transcript with Mr. Kahlon.

Dated: February 25, 2025
       New York, New York

                            SO ORDERED.

                            MARGARET M. GARNETT
                            United States District Judge