UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
YEHUDA SIGALIT,

                                                             Case No. 21-cv-08921 (MMG)(JC)

                      Plaintiff,

          - against -                             **NOTICE OF MOTION**

JOSSEF KAHLON,

                      Defendant.
-------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that, upon the annexed declaration of Minyao Wang, Esq., and all prior pleadings and proceedings heretofore had herein, the undersigned attorneys will move this Court, at the United States Courthouse, United States Courthouse, 40 Foley Square, New York, NY 10007, before the Honorable Margaret M. Garnett, U.S.D.J., on a date to be determined by the Court, for an Order: (a) pursuant to Rule 1.4 of this Court's Local Civil Rules, permitting Minyao Wang and Lewis Brisbois Bisgaard & Smith LLP to withdraw as counsel for Defendant Jossef Kahlon; and (b) granting such other and further relief as is just and proper.

Dated:  New York, New York
         March 7, 2025

                                                    **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                                                     By: /s/ Minyao Wang, Esq.
                                                        Minyao Wang, Esq.
                                                        *Attorneys for Defendant*
                                                        77 Water Street, Suite 2100
                                                        New York, New York 10005
                                                        (212) 232-1300
                                                        Minyao.wang@lewisbrisbois.com

To:    Steven R. Haffner
        Gordon & Haffner, LLP
        18-15 215 Street
        Suite 4J
        Bayside, NY 11360
        (917)-902-1497
        Fax: (718)-225-5429
        Email: haffner.steven@gmail.com

**CERTIFICATE OF SERVICE**

    Minyao Wang, an attorney duly admitted to practice before this Court, certifies that on March 7, 2025, he caused served via ECF the Notice of Motion and Declaration upon the attorneys of record for the plaintiff, and on David Haft, and upon the client Mr. Kahlon by FedEx.

        /s/Minyao Wang
        Minyao Wang