**GORDON & HAFFNER, LLP**

| **Attorneys at Law** | *David E. Gordon, Esq.* |
|---|---|
| 480 Mamaroneck Avenue | *Senior Counsel* |
| Harrison, New York 10528 | |

----------

(718) 631-5678

April 23, 2025

<u>VIA</u> <u>ECF</u> and <u>EMAIL</u>:  GarnettNYSDChambers@nysd.uscourts.gov

Hon. Margaret M. Garnett
United States District Judge
United States District Court,
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, NY 10007

   Re: *<u>Sigalit Yehuda v. Jossef Kahlon,</u>* <u>21-cv-08921 (MG)</u>

Dear Judge Garnett:

  We represent the Plaintiff and Counterclaim Defendant Yehuda Sigalit and Counterclaim Defendant Avraham Yehuda in the above-referenced case and submit this letter application, pursuant to your Honor's Individual Rule 1(B)(5), to request an extension, from April 25, 2025 to May 13, 2025, of Plaintiff's time to move for contempt and related relief based on Defendant's repeated failures to comply with the Court's prior orders directing him to account.

  Per your Individual Rule 1(B)(5), I declare that:

(1) <u>Reason for Proposed Extension</u>:  The undersigned counsel's serious health concerns and recent hospitalization of his 12-year-old son who, until this past Monday, had been recovering at home.

(2) <u>Original Date</u>: set for Plaintiff and Counterclaim Defendants' motion for contempt and related relief is April 25, 2025.

(3) <u>Previous Requests</u>:  None.

(4) <u>Consent</u>: Defendant's counsel has not responded to my email seeking Defendant's consent to the requested extension.

(5) <u>Proposed Extensions of Other Scheduled Dates</u>: Other briefing schedule dates (opposition and reply) be similarly extended eighteen days to avoid prejudice to any party.

Hon. Margaret M. Garnett
April 23, 2025
Page 2/2

    Your Honor's consideration of this request is appreciated.

                                         Respectfully submitted,

                                         /s/ *Steven R. Haffner*
                                            Steven R. Haffner


cc: David Haft, Esq.   (via ECF and email)