UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YEHUDA SIGALIT,

Plaintiff,

-against-

JOSSEF KAHLON,

Defendant.

------------------------------------------------------------------x
JOSSEF KAHLON,

Counterclaim-Plaintiff,

- against –

YEHUDA SIGALIT and AVRAHAM YEHUDA,

Counterclaim-Defendants.
------------------------------------------------------------------x

Case No. 21-cv-08921 (MMG) (JC)

NOTICE OF MOTION

     PLEASE TAKE NOTICE that, upon the annexed declaration of David H. Haft, Esq., and all prior pleadings and proceedings heretofore had herein, the undersigned attorneys will move this Court, at the United States Courthouse, United States Courthouse, 40 Foley Square, New York, NY 10007, before the Honorable Margaret M. Garnett, U.S.D.J., on a date to be determined by the Court, for an Order: (a) pursuant to Rule 1.4 of this Court's Local Civil Rules, permitting David H. Haft, Esq. and the law firm of David H. Haft, P.A. to withdraw as counsel for Defendant Jossef Kahlon; and (b) granting such other and further relief as is just and proper. A proposed Order granting the instant Motion to Withdraw is annexed hereto

Dated: September 4, 2025
New York, New York

Respectfully Submitted,

/s/ David H. Haft_____
David H. Haft, Esq.
David H. Haft, P.A.
1526 Cardinal Way, Suite A
Weston, FL 33327
Telephone: (516) 782-3612
Email: David@Dhaftlaw.com
Former Attorneys for Defendant Jossef Kahlon

TO:
Steven R. Haffner
Gordon & Haffner, LLP
18-15 215 Street Suite 4J
Bayside, NY 11360
(917)-902-1497
Fax: (718)-225-5429
Email: haffner.steven@gmail.com

Jossef Kahlon
9 Stream Court
Great Neck, New York 11023