UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
YEHUDA SIGALIT,

     -against-

JOSSEF KAHLON,                                        **Case No. 21-cv-08921 (MMG) (JC)**
                                                     **DECLARATION OF DAVID H. HAFT**

     Defendant.
----------------------------------------------------------------x
JOSSEF KAHLON,

     Counterclaim-Plaintiff.

       - against –

YEHUDA SIGALIT and AVRAHAM YEHUDA,

     Counterclaim-Defendants.
 ----------------------------------------------------------------x

     DAVID H. HAFT, Esq., an attorney duly admitted to practice law before the Courts of the

State of New York and Florida, declares the following under the penalties of perjury:

     1.     I am a partner with the law firm of David H. Haft, P.A. (the "Firm"), counsel for

1.     I am a partner with the law firm Darrow Everett LLP, attorneys for
Defendant/Counterclaim-Plaintiff Jossef Kahlon ("Defendant" or "Kahlon") in the above-
captioned action.  I am fully familiar with the facts and circumstances set forth herein based
upon my personal knowledge and review of the file maintained by my office.


Dated: May 16, 2025
Miami, Florida

           **DARROW EVERETT, LLP**

           **David H. Haft, Esq.**

           **1 SE 3rd Avenue, Suite 2520**
           **Miami, Florida 33131**
           **Tel.: (305) 686-5159 dhaft@darroweverett.com**
           *Attorneys for Defendant/Counterclaim Plaintiff Jossef
Kahlon*

TO:

LAW OFFICES OF DAVID C. BERG
David C. Berg, Esq.
Attorneys for Defendants
425 Madison Avenue, 19th Floor
New York, New York 10017
(212) 542-2427