UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
YEHUDA SIGALIT,

    -against-

JOSSEF KAHLON,

    Defendant.

Case No. 21-cv-08921 (MMG) (JC)
**[PROPOSED ORDER] ON MOTION TO WITHDRAW**

-------------------------------------------------------------------x
JOSSEF KAHLON,

    Counterclaim-Plaintiff.

    - against –

YEHUDA SIGALIT and AVRAHAM YEHUDA,

    Counterclaim-Defendants.
-------------------------------------------------------------------x

    Upon the Motion to Withdraw of David H. Haft, Esq., and the law firm of David H. Haft, P.A., as counsel for Defendant/Counterclaim-Plaintiff Jossef Kahlon, and the Declaration of David H. Haft, Esq. in support of the Motion, and good cause having been shown, IT IS ORDERED that:

    1.    The Motion to Withdraw of David H. Haft, Esq., and the law firm of David H. Haft, P.A., as counsel for Defendant/Counterclaim-Plaintiff Jossef Kahlon, is GRANTED;

    2.    David H. Haft, Esq., and the law firm of David H. Haft, P.A., are hereby relieved of any further obligations as counsel for Defendant herein; and

    3.    IT IS FURTHER ORDERED that the Clerk of the Court is directed to remove avid H. Haft, Esq., and the law firm of David H. Haft, P.A., from all future ECF notifications in this matter.

Dated:_____

_____
Hon. Margaret M. Garnett
United States District Court Judge