UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YEHUDA SIGALIT,

      -against-

JOSSEF KAHLON,

      Defendant.

------------------------------------------------------------------x
JOSSEF KAHLON,

      Counterclaim-Plaintiff.

        - against –

YEHUDA SIGALIT and AVRAHAM YEHUDA,

      Counterclaim-Defendants.

------------------------------------------------------------------x

**Case No. 21-cv-08921 (MMG) (JC)**
**<u>AMENDED NOTICE OF MOTION</u>**

      **PLEASE TAKE NOTICE** that, upon the annexed declaration of David H. Haft, Esq., and all prior pleadings and proceedings heretofore had herein, the undersigned attorneys will move this Court, at the United States Courthouse, United States Courthouse, 40 Foley Square, New York, NY 10007, before the Honorable Margaret M. Garnett, U.S.D.J., on a date to be determined by the Court, for an Order: (a) pursuant to Rule 1.4 of this Court's Local Civil Rules, permitting David H. Haft, Esq. and the law firm of David H. Haft, P.A. to withdraw as counsel for Defendant Jossef Kahlon; and (b) granting such other and further relief as is just and proper.  A proposed Order granting the instant Motion to Withdraw is annexed hereto

Dated: September 15, 2025
New York, New York

                    Respectfully Submitted,
                    */s/ David H. Haft_____*
                    David H. Haft, Esq.
                    David H. Haft, P.A.
                    1526 Cardinal Way, Suite A
                    Weston, FL 33327
                    Telephone: (516) 782-3612
                    Email: David@Dhaftlaw.com
                    Former Attorneys for Defendant Jossef Kahlon

TO:

Steven R. Haffner

Gordon & Haffner, LLP

18-15 215 Street Suite 4J

Bayside, NY 11360

(917)-902-1497

Fax: (718)-225-5429

Email: haffner.steven@gmail.com


Jossef Kahlon

9 Stream Court

Great Neck, New York 11023

## **CERTIFICATE OF SERVICE**

David H. Haft, an attorney duly admitted to practice before this Court, certifies that on September 15, 2025, he caused served via ECF the Notice of Motion and Declaration upon the attorneys of record for the plaintiff, upon the client Mr. Kahlon by FedEx.

_/s/ David H. Haft_____

David H. Haft