## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

YEHUDA SIGALIT,

                Plaintiff,                   21 **CIVIL** 8921 (MMG)

   -against-                             **JUDGMENT**

JOSSEF KAHLON,

                Defendant.

----------------------------------------------------------

JOSSEF KAHLON,

                Counterclaim Plaintiff,

   -against-

YEHUDA SIGALIT and AVRAHAM YEHUDA,

                Counterclaim Defendants.

-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated October 6, 2025, the Court (i) awards $3,355,256 to Sigalit on her equitable accounting claim; (ii) awards a total of $43,690.35, including $38,646 in attorney's fees and $5,044.35 in expenses, to the Yehudas; (iii) dismisses Kahlon's counterclaims as a terminal sanction under the Court's inherent power and under Rule 4l(b) for failure to prosecute and to comply with this Court's orders; (iv) and imposes a daily fine of $150.00 upon Kahlon to compel compliance with this judgment. The daily fine payments shall begin two weeks from the date of the Opinion and Order, and only if Kahlon has failed to pay the judgment owed to Sigalit and the award of attorney's fees and costs to the Yehudas prior to that date; accordingly, this case is closed.

**Dated:** New York, New York                           TAMMI M. HELLWIG

                                                                        Clerk of Court

        October 8, 2025                               BY:

                                                                          Deputy Clerk