**GORDON & HAFFNER, LLP**

| **Attorneys at Law** | *David E. Gordon, Esq.* |
| --- | --- |
| 480 Mamaroneck Avenue | *Senior Counsel* |
| Harrison, New York 10528 | |
| ---------- | |
| (718) 631-5678 | |

October 20, 2025

<u>VIA</u> <u>ECF</u> and <u>EMAIL</u>:  GarnettNYSDChambers@nysd.uscourts.gov

Hon. Margaret M. Garnett
United States District Judge
United States District Court,
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, NY 10007

      Re:   *Sigalit Yehuda v. Jossef Kahlon,* 21-cv-08921 (MMG)

Dear Judge Garnett:

    We represent the Plaintiff and Counterclaim Defendant Yehuda Sigalit and Counterclaim Defendant Avraham Yehuda in the above-referenced case.

    As directed by your Honor's October 6, 2025 Opinion and Order (ECF Doc. No. 146), I write to inform the Court that neither the Judgment (ECF Doc. No. 148), nor any part of it, has been paid.

                      Respectfully submitted,

                      /s/ *<u>Steven R. Haffner</u>*
                         Steven R. Haffner