UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SIGALIT YEHUDA,

        Plaintiff,

    v.

JOSSEF KAHLON

        Defendant/Counterclaim Plaintiff,

    v.

AVRAHAM YEHUDA,

        Counterclaim Defendant.
---------------------------------------------------------------x

21-cv-08921 (MGG)

**ORDER TO SHOW CAUSE**

Upon the annexed Declaration of Steven R. Haffner, dated November 5, 2025, and upon all of the pleadings and proceedings heretofore had herein, it is

**ORDERED**, that the above-named Defendant and Judgment Debtor, Jossef Kahlon ("Kahlon"), show cause before this Court, in Room ___ at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, on the ___ day of November 2025, at ____ a.m./p.m. of that day, or as soon thereafter as counsel can be heard, why an order should not be issued and entered: (i) pursuant to Federal Rule of Civil Procedure Rule ("FRCP") 59(e), to alter or amend the Judgment entered in this case October 8, 2025, to add pre-judgment interest at the New York statutory rate of nine percent (9%) per annum from October 15, 2011 through October 8, 2025; and (ii) a damage award in the amount of $500,000 for unpaid 2011 distributions, plus prejudgment interest thereon at the aforementioned rate from October 15, 2012 to October 8, 2025; and it is further

**ORDERED,** that service of a copy of this Order to Show Cause, together with all of the

supporting papers upon which it is based, shall be served on Kahlon by _____ and filed through the Court's electronic case filing system ("ECF"), on or before the ___ day of November 2025; and it is further

**ORDERED,** that answering papers, if any, shall be served upon Plaintiff by the means aforesaid through and filed through ECF, on or before the ___ day of November 2025; and it is further

**ORDERED,** that Plaintiff's reply in further support of his motion, if any, shall be served on Kahlon by and filed through ECF, on or before the ___ day of November 2025.

                                      ENTERED:

                                      _____
                                      HONORABLE MARGARET G. GARNETT
                                      UNITED STATES DISTRICT JUDGE