```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
    YEHUDA SIGALIT,                          :
                                             :   Case No.: 1:21-cv-08921
           Plaintiff,                        :
                                             :   Judge: Hon. Margaret M. Garnett
    v.                                       :
                                             :
    JOSSEF KAHLON,                           :
                                             :
           Defendant.                        :
                                             :
------------------------------------------------------------x
```

# DECLARATION OF MR. KAHLON IN SUPPORT OF MOTION TO REOPEN TIME TO FILE NOTICE OF APPEAL PURSUANT TO FED. R. APP. P. 4(a)(6)

I, Jossef Kahlon, declare under penalty of perjury as follows:

1. I am the Defendant in this action, Sigalit v. Kahlon, Case No. 1:21-cv-08921, pending in the United States District Court for the Southern District of New York. I submit this declaration in support of my motion to reopen the time to file a notice of appeal pursuant to Federal Rule of Appellate Procedure 4(a)(6) from the Court's October 6, 2025 Opinion and Order (ECF No. 146) and the Clerk's October 8, 2025 Judgment (ECF No. 148).

2. On October 6, 2025, the Court entered an Opinion and Order in this case (ECF No. 146). On October 8, 2025, the Clerk entered judgment (ECF No. 148).

3. As of October 6 and October 8, 2025, I was without representation by counsel. My prior counsel had been removed and/or permitted to withdraw on October 6, 2025, and I was unrepresented when judgment was entered on October 8, 2025.

4. However, despite the Order of the Court directing my prior counsel to notify me about the withdrawal and to file a certificate of service accordingly, that did not happen. The last communication I received directly from Mr. Haft – an email dated August 22, 2025 –

1

predates his withdrawal and therefore could not have notified me as such. Attached as Exhibit A is a series of inbox screenshots presenting the most recent emails that I received from both of Mr. Haft's email addresses.

5. I did not receive notice of the entry of the October 6, 2025 Opinion and Order (ECF No. 146) or the October 8, 2025 Judgment (ECF No. 148) within 21 days after those entries were made. I did not receive those documents, or notice of their entry, by mail or by email within that time.

6. I understand that a certificate of service was filed by Mr. Haft stating that the October 6, 2025 Opinion and Order was served upon me on October 23, 2025. That did not occur. I did not receive the Opinion and Order on October 23, 2025 by Fed-Ex *or* by email as Mr. Haft claimed had happened. The last email I received directly from Mr. Haft, dated August 22, 2025, predates the Opinion and Order and therefore could not have constituted service (Exhibit A).

7. I did not at any point receive any email from my prior counsel attaching, linking to, or otherwise providing the October 6, 2025 Opinion and Order or the October 8, 2025 Judgment, nor did I receive any other communication that informed me those entries had been made. The last email I received from prior counsel, dated August 22, 2025, predates the Opinion and Order and therefore contains no attachment or notice as such.

8. I also did not receive any text messages from my prior counsel informing me of the withdrawal/removal or advising me that an Opinion and Order or Judgment had been entered. The last text message I received from my prior counsel is dated August 21, 2025 and contains no references to the October 6, 2025 Opinion and Order (ECF No. 146) or the October 8, 2025 Judgment (ECF No. 148), or to any other court filing. After that date,

I did not receive a single text message from my prior counsel. Attached as Exhibit B are the two most recent pages of my text messages with Mr. Haft; the last message received is highlighted.

9. On November 25, 2025, I filed a letter with the Court (ECF No. 157). In that letter, I explained that I was only then learning for the first time that my prior counsel had withdrawn/been removed and that I had not received notice. At that time, I was responding to Plaintiff's November 5, 2025 Motion to Alter Judgment that the Court had directed Plaintiff to serve on me. As I am not an attorney and possess no legal background, I did not understand the substance of these documents. My November 25, 2025 letter does not reflect that I had received notice of entry of the October 6, 2025 Opinion and Order or the October 8, 2025 Judgment, because I had not.

10. Due to the timing of the Thanksgiving holiday, I was unable to immediately find new counsel once I had learned of my prior counsel's withdrawal. Accordingly, I did not learn about the Court's October 6, 2025 Opinion and Order (ECF No. 146) or the October 8, 2025 Judgment (ECF No. 148) until Friday, December 12, 2025, when I retained new counsel, Jacob Chen, and I had a call with my new counsel. During that call, my new counsel reviewed the docket in my case and explained to me what was happening, including that the Court had entered the October 6, 2025 Opinion and Order and that judgment had been entered on October 8, 2025.

11. I am making this motion within 14 days of December 12, 2025, which is when I first learned of the entry of the Opinion and Order and the Judgment, and within 180 days of the entry of judgment.

12. The circumstances here are particularly difficult because this is a complex case with an

3

extensive procedural history, and I was left without counsel involuntarily, without notice, at the time the dispositive Order and Judgment were entered. It would be unjust for me to lose my right to seek appellate review based on lack of notice and the loss of counsel at the time of entry.

13. Reopening the time to file a notice of appeal for 14 days will not prejudice Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 16 , 2025

Respectfully submitted,

_____
Jossef Kahlon

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 16, 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email to all registered attorneys of record.

                                        */s/ Jacob Chen*
                                        Jacob Chen