# Conversation with: DAVID HAFT (5167823612)

| Type | Date | Name / Number | Content |
|---|---|---|---|
| Sent | Sep 10, 2025 16:48:59 | +15167823612 | █████████████████████ |
| Sent | Sep 10, 2025 12:34:24 | +15167823612 | ████████████████████████████ |
| Sent | Sep 3, 2025 12:38:40 | +15167823612 | ███████████████████████ |
| Sent | Aug 21, 2025 17:42:16 | +15167823612 | ████████████████ |
| Sent | Aug 21, 2025 16:59:27 | +15167823612 | ██████████████████ |
| Sent | Aug 21, 2025 16:45:20 | +15167823612 | ████████████████████████████████████ |

| | | | |
|---|---|---|---|
| Received | Aug 21, 2025 16:27:33 | +15167823612 | |
| Sent | Aug 21, 2025 16:08:15 | +15167823612 | |
| Sent | Aug 21, 2025 16:07:44 | +15167823612 | |
| Sent | Aug 21, 2025 16:06:46 | +15167823612 | |
| Received | Aug 21, 2025 14:58:20 | +15167823612 | |