**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

YEHUDA SIGALIT,                                    :

          Plaintiff,                                   :

                                :      Civil Action No.: 1:21-cv-08921

          v.                                          :

                                :      Judge: Hon. Margaret M. Garnett

JOSSEF KAHLON,                                     :

                                :      **NOTICE OF MOTION**

          Defendant.                                   :

                                :

-----------------------------------------------------------------x

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendant's Motion Pursuant to Federal Rules of Civil Procedure 60(b)(1) and 60(b)(6), the Declaration of Jossef Kahlon and exhibits thereto, and upon all prior pleadings and proceedings herein, Defendant Jossef Kahlon will move this Court, before the Honorable Margaret M. Garnett, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, on a date and time to be set by the Court, for an Order:

1.  Vacating the Court's October 6, 2025 Opinion and Order (ECF No. 146) and the judgment entered thereon pursuant to Federal Rules of Civil Procedure 60(b)(1) and 60(b)(6);

2.  Reopening Plaintiff's May 13, 2025 motion for contempt and discovery sanctions (ECF No. 133) for adversarial consideration on a complete record;

3.  Permitting Defendant to file and have considered opposition papers to Plaintiff's May 13, 2025 motion;

4.  Upon consideration of such opposition, denying Plaintiff's motion for contempt and discovery sanctions in its entirety, including the monetary sanctions, dismissal of Defendant's counterclaims, fee and cost awards, and coercive daily fines imposed by the October 6, 2025 Order; and

5.  Granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.3 and Federal Rule of Civil Procedure 6(d), answering papers, if any, shall be served in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

Dated:   New York, New York
         January 8, 2026                          Respectfully Submitted,

                                                  DGW Kramer LLP

                                                  By: /s/ Jacob Chen
                                                  Jacob Chen, Esq.
                                                  *Attorneys for Plaintiffs*
                                                  45 Rockefeller Plaza, 20th Floor
                                                  New York, NY 10111
                                                  Telephone: 917-633-6860