**GORDON & HAFFNER, LLP**

| **Attorneys at Law** | *David E. Gordon, Esq.* |
|---|---|
| 480 Mamaroneck Avenue | *Senior Counsel* |
| Harrison, New York 10528 | |

----------
(718) 631-5678

March 6, 2026

<u>VIA</u> <u>ECF</u>:  GarnettNYSDChambers@nysd.uscourts.gov

Hon. Margaret M. Garnett
United States District Judge
United States District Court,
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, NY 10007

Re:    *Sigalit Yehuda v. Jossef Kahlon,* 21-cv-08921 (MG)

Dear Judge Garnett:

We represent the Plaintiff and Counterclaim Defendant Yehuda Sigalit ("Sigalit") and Counterclaim Defendant Avraham Yehuda in the above-referenced case and write to object to Defendant's unauthorized submission of his "Declaration of Mr. Kahlon With Respect to A Verified Statement of Accounting", dated March 4, 2026 (ECF Doc. No. 178).

Should the Court consider allowing Kahlon's above submission, Kahlon requests leave to file a more complete objection by Tuesday, March 10, 2026.

Your Honor's consideration of this request is appreciated.

Respectfully submitted,

/s/ *Steven R. Haffner*
Steven R. Haffner

cc: Jacob Chen, Esq.   (via ECF)