**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YEHUDA SIGALIT,<br><br>Plaintiff,<br><br>v.<br><br>JOSSEF KAHLON,<br><br>Defendant. | Civil Action No.: 1:21-cv-08921<br><br>Judge: Hon. Margaret M. Garnett |

**SUPPLEMENTAL DECLARATION OF JACOB Y. CHEN, ESQ.**
**WITH RESPECT TO A VERIFIED STATEMENT OF ACCOUNTING**

I, Jacob Chen, upon penalty of perjury, declare as follows:

1. I am an attorney duly admitted to practice before this Court and a partner with DGW Kramer LLP, counsel for Defendant Jossef Kahlon in this action. I submit this Supplemental Declaration to update the Court regarding two matters that remained outstanding following Defendant's Declaration dated March 4, 2026 (ECF No. 178).

2. In Defendant's March 4, 2026 Declaration, Defendant explained that his current counsel had contacted his former attorney, John Fulco, regarding whether he or his former law firm possessed any documents that had been exchanged or produced during the SEC investigation of TJM, and that the search was ongoing.

3. On June 16, 2026, after my office made repeated attempts to contact him, Mr. Fulco confirmed by email to me that neither he nor his office possesses any responsive documents.

4. Defendant's March 4, 2026 Declaration also described Mr. Kahlon and counsel's efforts to obtain historical brokerage records from eTrade.

5. After my office's continued collaborative efforts with Mr. Kahlon to obtain any and all existing eTrade documents, we were able to locate certain eTrade stock records on or around April 20, 2026, but have been unable to acess any additional records.

6. On April 21, 2026, my office produced all available documents and records received from eTrade to counsel for Plaintiff.

7. I submit this Supplemental Declaration solely to advise the Court of these developments since the filing of Defendant's March 4, 2026 Declaration.

8. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: July 22, 2026

By: /s/ Jacob Chen
Jacob Chen, Esq.